UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Shanika Roper v. 3M Co. et al.*<br><br>Case No.: 7:20cv02945 | Case No. 3:19-md-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## JOINT SUBMISSION REGARDING THE PARTIES' VENUE AND CHOICE OF LAW AGREEMENTS

Pursuant to Case Management Orders 31 and 45, the parties submit the following Joint Submission Regarding Parties' Venue and Choice of Law Agreements.

1. Plaintiff and Defendants have agreed to the following Venue: USDC Northern District of Georgia

2. Plaintiff and Defendants have agreed to the following state law for choice-of-law analysis: Alabama

| | |
|---|---|
| *s/ Kari L. Sutherland*<br>Kari L. Sutherland<br>BUTLER SNOW LLP<br>1200 Jefferson Ave., Suite 205<br>Oxford, MS 38655<br>Telephone: (662) 513-8000<br>Kari.sutherland@butlersnow.com | By: */s/ Joshua H. Bauer*<br>Dennis C. Reich<br>Texas State Bar No. 16739600<br>Joshua H. Bauer<br>Texas State Bar No. 24084380<br>REICH & BINSTOCK, L.L.P.<br>4265 San Felipe, Suite 1000<br>Houston, Texas 77027 |

| | |
|---|---|
| Susan M. Robinson<br>THOMAS COMBS & SPANN, PLLC<br>300 Summers Street, Suite 1380<br>Charleston, WV 25301<br>Telephone: (304) 414-1808<br>srobinson@tcspllc.com<br><br>Kimberly Branscome<br>DECHERT LLP<br>633 W. 5th St., Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5762<br>kimberly.branscome@dechert.com<br><br>Robert C. "Mike" Brock<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5991<br>mike.brock@kirkland.com<br><br>Mark J. Nomellini<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-3254<br>mark.nomellini@kirkland.com<br><br>*Counsel for Defendants 3M Company, 3M*<br>*Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC,*<br>*Aearo Intermediate, LLC and Aearo, LLC* | Tel: (713) 622-7271<br>Fax: (713) 623-8724<br>dreich@reichandbinstock.com<br>jbauer@reichandbinstock.com |
| *Counsel for Defense* | *Counsel for Plaintiff* |