# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF FLORIDA
 3                  PENSACOLA DIVISION
 4
 5
 6
 7
 8   IN RE:  3M COMBAT ARMS
     EARPLUG PRODUCTS LIABILITY
 9   LITIGATION
10                              CASE NO:
                         3:19-md-2885-MCR-GRJ
11
                         Judge M. Casey Rodgers
12              Magistrate Judge Gary R. Jones
13
14   THIS DOCUMENT RELATES TO:
     SHANIKA ROPER
15
     CASE NO. 7:20cv02945-MCR-GRJ
16
     _____
17
18
19
             The videotaped testimony via Zoom Video
20
     Conferencing of SHANIKA ROPER, with the witness in
21
     Atlanta, Georgia, taken on the 1st day of
22
     February, 2022, commencing at approximately
23
             a.m. EST, before Jennie Q. Brown, Certified
24
     Court Reporter.
25
```

Shanika Roper

```
 1          A.    No, I do not.

 2          Q.    Let's see, I will come back to number

 3  five because we'll -- that's a separate document,

 4  and I'll ask you some questions about that a

 5  little bit later.

 6          Number six, do you have any documents

 7  referencing medical costs or expenses that you may

 8  have had to pay out of pocket for the injuries

 9  that you are alleging here?

10          A.    No, I do not.

11          Q.    And number seven, do you have any gun

12  or hunting licenses?

13          A.    Just a permit, the gun permit.

14          Q.    Georgia concealed carry permit?

15          A.    It's actually Alabama because that's

16  where I moved from.

17          Q.    Okay.  And do you have that with you

18  today?

19          A.    I do.

20          Q.    Okay.  Can I ask you to do me a

21  favor?  Can you hold onto that and send a copy of

22  it to Mr. Bauer because we'll just have that as an

23  exhibit to attach to this.

24          MR. CARTER:

25               Josh, is that okay?
```

Shanika Roper

```
 1          VIDEOGRAPHER:

 2               I'm sorry to interrupt.  Ms. Roper,

 3          your video feed is sideways.

 4          (AN OFF-THE-RECORD DISCUSSION WAS HAD.)

 5          VIDEOGRAPHER:

 6               We are now going off the video

 7          record.  The time is currently 10:19 a.m.

 8          VIDEOGRAPHER:

 9               We are now back on the video record.

10          The time is currently 10:22 a.m.

11   BY MR. CARTER:

12          Q.    Okay.  All right.  Everybody's video

13   is where it's supposed to be.  We are ready to get

14   moving here in this deposition.

15          Ms. Roper, before we went off, I believe I

16   was asking you some questions about documents and

17   materials that we had asked for in this

18   deposition.  And I think my last question was just

19   confirming that you don't own any hearing

20   protection devices.  Correct?

21          A.    I didn't hear you.

22          Q.    That's fine.  Do you own any hearing

23   protection devices?

24          A.    No, I do not.

25          Q.    Great.  I know that you stated that
```

Shanika Roper

1    you don't have your Combat Arms earplugs.  When

2    was the last time that you remember seeing or

3    having your Combat Arms earplugs?

4         A.    Back in 2017, 2018.

5         Q.    Okay.  And would that have also been

6    the last time you used them?

7         A.    Yes.

8         Q.    Okay.  All right.  Other than

9    messages or e-mails that you may have sent to your

10   attorneys or received from your attorneys, did you

11   receive any e-mails or texts or letters regarding

12   this lawsuit or your injuries?

13        A.    No.

14        Q.    Okay.  Great.  And have you discussed

15   this case with anybody other than your lawyer?

16        A.    No.

17        Q.    Okay.  Do you have a Facebook

18   account?

19        A.    I do not.

20        Q.    Okay.  Do you have a Twitter account?

21        A.    I do not.

22        Q.    Instagram?

23        A.    No.

24        Q.    TikTok?

25        A.    No.

Shanika Roper

1  declaration that says the answers in the case

2  census form were true and correct to the best of

3  your knowledge?

4          A.    Yes.

5          Q.    Okay.  Great.  I'm going to cut my

6  screen share off again.  All right.  So much.  And

7  where did I go?  All right.

8          So the census form that you filled out had

9  some just general questions on it.  Were there any

10  questions in filling that census out that you

11  didn't understand or weren't entirely clear to

12  you?

13         A.    No.

14         Q.    Okay.  All right.  In looking at that

15  census form, it indicated that your US Army career

16  lasted from August 2001 to October 2018.  Does

17  that sound right to you?

18         A.    Yes.

19         Q.    Okay.  All right.  And I have read --

20  and I'll just ask this.  You were honorably

21  discharged in 2018, correct?

22         A.    Correct.

23         Q.    Great.  What was the highest rank you

24  achieved during your Army career?

25         A.    Sergeant.

Shanika Roper

```
 1          Q.     Sergeant.  Wonderful.  During your
 2   17 -- a little over 17 years in the Army, were you
 3   ever deployed?
 4          A.     Yes.
 5          Q.     Okay.  When were you deployed?
 6          A.     Twenty -- 2003 to 2004.
 7          Q.     And where were you deployed to?
 8          A.     Baghdad.
 9          Q.     Baghdad, Iraq.  Okay.
10          A.     Yes.
11          Q.     And do you remember approximately
12   what month in 2003 your deployment started?
13          A.     I don't.
14          Q.     Okay.  Do you remember what month it
15   ended in 2004?
16          A.     I don't.
17          Q.     Okay.  Other than this 2003 to 2004
18   deployment in Baghdad, were you deployed any other
19   times?
20          A.     No.
21          Q.     Okay.  Where were you primarily
22   stationed during your Army career?
23          A.     You want each location?
24          Q.     To the best we can do it, because I
25   know we have got to go all the way back to 2001.
```

Shanika Roper

```
 1   So the best that we can summarize nearly 20 years,
 2   let's see if we can do it.  Okay?
 3        A.    Okay.
 4        Q.    So let's start at the beginning.
 5        A.    Rome, Georgia.
 6        Q.    Okay.
 7        A.    Atlanta, Georgia.  Fort Benning,
 8   Georgia.  Fort Riley, Kansas.
 9        Q.    Okay.
10        A.    Fort Jackson, South Carolina.  Fort
11   Hood, Texas.  And Huntsville, Alabama.
12        Q.    I'm trying to remember what base is
13   in Huntsville.  Was that an Army location or was
14   that Air Force?
15        A.    Army.  Redstone Arsenal.
16        Q.    Ahh, that's right.  Okay.  We are
17   going to try as best we can to get some dates on
18   this.
19             Since you started August 2001, I'm guessing
20   that in 2001 you were in Rome, Georgia?
21        A.    Yes.
22        Q.    How long were you in Rome?
23        A.    Until 2004, I believe.
24        Q.    Okay.  And then Atlanta.  Where in
25   Atlanta were you stationed?
```

Shanika Roper

```
 1    Twenty years of moving to summarize.  It's a lot.
 2    Okay.
 3           When you were deployed from 2003 to 2004,
 4    what was your -- what was your job or role in
 5    Baghdad?
 6           A.    I was a postal clerk.
 7           Q.    Okay.  And throughout your time in
 8    the military, what jobs and positions have you
 9    held?
10           A.    I was the administrative
11    clerk/manager for my units.
12           Q.    Okay.  Great.  Let's see, when you
13    first enlisted in August of 2001, do you recall
14    going any -- undergoing any sort of health
15    screening?
16           A.    Yes.
17           Q.    Okay.  Can you describe that to me?
18           A.    Going through MEPS.  I was just
19    checked from head to toe by a doctor.  I don't
20    remember the details of it.
21           Q.    Okay.  Do Cameron, Calvin Jr., or
22    Caiden play any, like, school sports?
23           A.    Yes.
24           Q.    Okay.  What do they play?
25           A.    They have played football,
```

Shanika Roper

1   screening back in 2001 when you enlisted?

2        A.    Yes.

3        Q.    Okay.  Can you describe that test for

4   me?

5        A.    You put your headphones on and you

6   hit the button when you hear the sound.

7        Q.    Okay.  And I take it that, you know,

8   it will play a sound in a different earbud or,

9   I guess, in a different headphone so that it kind

10  of tests your ability to hear in each ear

11  independently, correct?

12       A.    Correct.

13       Q.    Okay.  And do you have to, I guess,

14  raise your hand or press a button to say I just

15  got a tone in my left ear to kind of show that you

16  are able to hear it?

17       A.    Yes.

18       Q.    Okay.  Do you recall the results of

19  that hearing test that you did in 2001?

20       A.    I do not.

21       Q.    Okay.  Other than the Army, have you

22  served in any other branches of the military?

23       A.    No.

24       Q.    Okay.  Where did you attend basic

25  training?

Sharrika Roper

```
 1          A.    Fort Jackson.

 2          Q.    Fort Jackson --

 3          A.    South Carolina.

 4          Q.    South Carolina.  Okay.  Were you

 5    exposed to any loud noises at Fort Jackson in

 6    South Carolina during basic training?

 7          A.    On the range, yes.

 8          Q.    Okay.  What sort of hearing

 9    protection were you given when you were on the gun

10    range at Fort Jackson?

11          A.    I don't know the exact protection

12    that was issued.  But whatever they provided is

13    what I used.

14          Q.    Okay.  Do you remember if it was -- I

15    mean, this would have been 2001, so obviously, you

16    know, 20 years ago.

17          Do you remember if it was over ear, like

18    ear muff styled ear protection, or was it an

19    in-ear, like, hearing earplug?

20          A.    I believe it was in the ear.

21          Q.    Okay.  Outside of -- outside of the

22    gun range, any other loud noises you would have

23    been exposed to during basic training?

24          A.    No.

25          Q.    Okay.  Did you do any flight training
```

Shanika Roper

```
1    loud noises you would have been exposed to at

2    basic training would have been gun ranges,

3    correct?

4         A.    Correct.

5         Q.    Okay.  Gun range is also listed in

6    this answer.  I take it that during your stations

7    throughout Texas and Kansas and South Carolina and

8    Georgia and even your deployment in Baghdad, you

9    had to do regular weapons training, correct?

10        A.    Correct.

11        Q.    And that would involve regular trips

12   to the gun range?

13        A.    Correct.

14        Q.    Okay.  And were you provided hearing

15   protection at the gun range, or were you expected

16   to bring the protection that had been issued to

17   you?

18        A.    They were provided.

19        Q.    Okay.  What sort of hearing

20   protection would they provide you?

21        A.    In the ear is all I remember.

22        Q.    Okay.  All right.  The next one

23   listed there is operating heavy machinery or heavy

24   equipment.  Sorry.  Operating heavy equipment.

25             What heavy equipment did you operate during
```

```
 1   your military career?
 2        A.    Just the military vehicles and the
 3   weapons.  That's it.
 4        Q.    Okay.  What vehicles did you operate?
 5        A.    The Humvee and the deuce and a half,
 6   those.
 7        Q.    Can you spell that second one?
 8        A.    Deuce and a half --
 9        Q.    Is that just -- is that slang for a
10   two-and-a-half-ton truck?
11        A.    That's it.
12        Q.    Okay.  I'm still up on my lingo.
13   Okay.  Other than the Humvee and the
14   two-and-a-half-ton truck, any other heavy
15   equipment or machinery you would have operated
16   that may not have been a vehicle, but, you know, a
17   generator or anything like that?
18        A.    No.
19        Q.    Okay.  The next thing listed in this
20   answer is flight training.  Did you undergo any
21   flight training during your time in the Army?
22        A.    No.
23        Q.    Okay.  And were you ever on a flight
24   line?
25        A.    Not that I recall.
```

Shanika Roper

```
 1           Q.    Okay.  Other than the Humvee and the
 2     two-and-a-half-ton truck, any other military
 3     aircraft or vehicles you would have traveled on?
 4           A.    C-130.
 5           Q.    Okay.  Any helicopters?
 6           A.    No.
 7           Q.    And then just kind of finishing this
 8     answer off, do you recall any instances during
 9     your deployment where you were instructed by a
10     commanding officer to use your Combat Arms
11     earplugs?
12           A.    No.
13           Q.    And were you ever engaged in any fire
14     fights with the enemy?
15           A.    No.
16           Q.    Okay.  I will unshare my screen here
17     and put myself back on.  Thank you so much.
18           I'm going to go back to my notes so we can
19     keep this moving.  All right.
20           We talked a little bit about the gun range.
21     I did not ask you what weapons you fired at the
22     gun range.
23           What weapons did you use during your
24     military career?
25           A.    The M16 and the 9.
```

Shanika Roper

```
 1          Q.     9mm?

 2          A.     Yes.

 3          Q.     Okay.  Who made the 9mm?  Was that

 4   Glock?

 5          A.     I'm not sure.

 6          Q.     Was it Glock, I think?  Or was it Sig

 7   Sauer?

 8          A.     I'm not sure.

 9          Q.     Okay.  Other than the M16 and the

10   9mm, any other -- any other heavy weapons you may

11   have used?

12          A.     No.

13          Q.     Okay.  Was your 9mm your everyday

14   carry?

15          A.     No.  My everyday carry was the M16.

16          Q.     Okay.  Let's talk about the M16 just

17   a little bit.  How frequently did you use your

18   M16?

19          A.     We went to the range twice a year.

20          Q.     Okay.  Outside of the range two times

21   a year, did you ever use your M16?

22          A.     No.

23          Q.     Okay.  And when you would go to the

24   range, would you use hearing protection?

25          A.     Yes.
```

Shanika Roper

1    Q.    Okay.  Did you use the Combat Arms

2    earplugs?

3    A.    Yes.

4    Q.    Okay.  Any other hearing protection

5    devices you can remember using at the gun range?

6    A.    No.

7    Q.    Okay.  Okay.  The 9mm, how often did

8    you use the 9mm?

9    A.    About the same.  Twice a year when we

10   would go to the range.

11   Q.    Okay.  And what hearing protection

12   did you use when firing the 9mm?

13   A.    What was provided.

14   Q.    Okay.  I guess when you say what was

15   provided, I guess every range is different

16   sometimes.  But was it something where you would

17   show up to your station on the range and there

18   would be hearing protection there at that station?

19   A.    Yes.

20   Q.    Okay.  Was that over ear or in the

21   ear?

22   A.    In the ear.

23   Q.    Okay.  Do you remember what the

24   Combat Arms earplugs looked like?

25   A.    I don't.

Shanika Roper

1    Q.    Okay.  Do you remember them having

2  two -- I guess, two separate ends to them like a

3  yellow end and a green end?

4    A.    Yes.  I do know they had some

5  separate ends, yes.

6    Q.    Okay.  When you were at the gun range

7  firing the M16 and the 9mm, which end did you put

8  into your ear, the yellow or the green?

9    A.    I don't remember.

10    Q.    Okay.  Did the officer in charge of

11  the range provide you any sort of instruction or

12  guidance on which end of the earplug you should

13  use?

14    A.    I do not recall.

15    Q.    Did the officer in charge of the

16  range, I guess, demonstrate how to use the

17  earplugs that were -- or hearing protection that

18  was provided?

19    A.    I don't recall.

20    Q.    And just to interject, your video

21  rotated again so you are sideways.  There you go.

22  We are clear again.  Okay.  Where was I?  Where

23  was I?  Okay.

24    Outside of the M16 and 9mm and doing range

25  practice approximately two times per year, just to

Shanika Roper

1  close the book on this, any other weapons you

2  recall firing or using while you were in the

3  military?

4       A.    No.

5       Q.    Okay.  And I believe I asked this.

6  But just to make sure that I have covered it, ever

7  exposed to periods of live fire?

8       A.    Yes.

9       Q.    Okay.  Can you describe that for me?

10      A.    At the -- the night fire I think is

11  what they call it where we -- and it's during

12  basic training.  So it's a training period that we

13  do.  I think it's called night fire, if I'm not

14  mistaken.

15      Q.    Okay.  So this would have been during

16  your basic training at Fort Jackson?

17      A.    Yes.

18      Q.    And this would have been part of

19  drills and training of going out at night and

20  engaging in -- I'm trying to think of the right

21  word.  Just engaging in fire situations?

22      A.    Yes.

23      Q.    Okay.  Thank you.  Outside of  --

24  outside of night fire in basic training, any other

25  periods where you have been exposed to live fire?

Shanika Roper

```
 1          A.    No.

 2          Q.    Okay.  Any exposure -- particularly

 3   when you were over in Iraq, any exposure to IEDs

 4   or explosions?

 5          A.    One.  One explosion.

 6          Q.    Okay.  Can you tell me about that?

 7          A.    It was just something exploded

 8   outside of the building that we were working in at

 9   the time.

10          Q.    Okay.  And where would this have

11   been, in Baghdad?

12          A.    Baghdad, yes.

13          Q.    Okay.  About how far away from the

14   explosion were you?

15          A.    I don't remember.

16          Q.    I'm going to back up ever so slightly

17   and ask you about this.  When you were in Baghdad,

18   where were you stationed?

19          A.    It was the -- what was it called?  It

20   was just the mail processing building.  I'm not

21   sure exactly where.

22          Q.    Okay.  And can you just sort of take

23   me through a typical day during your deployment to

24   Baghdad?

25          A.    We just processed the mail that comes
```

Shanika Roper

```
 1    processing, were you wearing any hearing

 2    protection typically?

 3          A.    No.

 4          Q.    Okay.

 5          A.    Not that I remember.

 6          Q.    Okay.  Did you have to evacuate the

 7    building or anything like that?

 8          A.    We did.

 9          Q.    Okay.  And when you evacuated, where

10    did you go?

11          A.    I believe -- if I remember correctly,

12    we went down to -- like, we walked down to

13    another, like, holding area, sort of say.

14          Q.    Okay.  All right.  Outside of this

15    explosion, was it just one explosion or were there

16    multiples?

17          A.    It was just one.

18          Q.    Okay.  Any other explosions, IEDs,

19    anything like that you would have been exposed to

20    in Iraq?

21          A.    No.

22          Q.    Okay.  Now, we talked a little bit

23    about the Humvee or the beloved deuce and a half.

24    How often were you driving a Humvee?

25          A.    At least two or three times a week.
```

Shantika Roper

 1          Q.     Okay.  And about how -- where were

 2   you driving the Humvee?

 3          A.     To -- in Baghdad to pick up mail from

 4   the various drop boxes.

 5          Q.     Okay.  And were you driving or were

 6   you a passenger?

 7          A.     Both.

 8          Q.     Okay.  Were you wearing hearing

 9   protection while driving the Humvee?

10          A.     Yes.

11          Q.     Okay.  What hearing protection do you

12   recall wearing?

13          A.     In the ear.

14          Q.     Okay.  Do you recall wearing Combat

15   Arms or was it a different in-the-ear hearing

16   protection?

17          A.     I would say Combat Arms.  But I don't

18   really remember if it would have been anything

19   else.

20          Q.     Okay.  When you were in the Humvee,

21   did you have a helmet or any sort of radio

22   equipment that you had?

23          A.     Helmet.

24          Q.     Okay.  Did that helmet have like a

25   radio or any sort of, I guess, ear device that

Shanika Roper

 1    would allow you to hear whoever else was in the

 2    vehicle with you?

 3         A.    No.

 4         Q.    Okay.  How about with the

 5    two-and-a-half-ton truck, how long did you drive

 6    those?

 7         A.    I'm going to say once or twice.

 8         Q.    Okay.  And what were the

 9    circumstances that you had to drive that truck?

10         A.    Normally to pick up something or drop

11    something off.

12         Q.    Okay.  Did you wear hearing

13    protection while operating that truck?

14         A.    Yes.

15         Q.    Okay.  What hearing protection would

16    that have been?

17         A.    The same.  I'm going to say in the

18    ear.  I don't really recall.

19         Q.    Did you ever use your Combat Arms

20    earplugs with a communications headset?

21         A.    No.

22         Q.    Okay.  All right.  And the

23    communications -- or, I'm sorry.  Nevermind.

24    Strike that question.

25         Did you ever operate these vehicles without

 1   wearing hearing protection?

 2        A.    No.

 3        Q.    Okay.  And just to clarify because we

 4   talked about it earlier, you don't recall being on

 5   the flight line or anything, correct?

 6        A.    Not that I recall.  I'm not -- I

 7   don't remember.

 8        Q.    The C-130, did you wear hearing

 9   protection while in the C-130?

10        A.    Yes.

11        Q.    How often were you in a C-130?

12        A.    Just for the flight over to Baghdad.

13        Q.    Okay.

14        A.    And on the way back.

15        Q.    And what hearing protection did you

16   use?

17        A.    I don't recall.  I just know it was

18   in the ear.  Don't know the type.

19        Q.    Okay.  Any exposure to aircraft noise

20   while you were at the mail processing facility?

21        A.    Not direct contact, so to say.

22        Q.    All right.  On the -- and I know I

23   asked you about it earlier, and this question just

24   kind of popped into my brain.

25             During your mail processing and working

```
 1    that 12 hours a day indoors, what loud noises

 2    would you have been exposed to kind of on a daily

 3    basis?

 4         A.    If -- a forklift, if anything at all,

 5    just for moving mail.  But nothing loud, loud.

 6         Q.    Okay.  All right.  Okay.  As for the

 7    Combat Arms, do you remember when you were first

 8    given a Combat Arms earplug?

 9         A.    I do not.

10         Q.    Okay.  Do you remember being provided

11    any instruction on the Combat Arms?

12         A.    Not that I recall, I don't remember.

13         Q.    Okay.  And I think we talked about a

14    -- I think I asked this question earlier (audio

15    distortion) make sure.

16         You don't specifically recall what the

17    Combat Arms earplugs looked like, correct?

18         STENOGRAPHIC REPORTER:

19              Can you repeat that, please?

20         MR. BAUER:

21              We can't hear you again.

22         MR. CARTER:

23              Typical.  Typical.  Technology is

24         always my friend.

25    BY MR. CARTER:
```

1      Q.    Just to clarify from earlier,

2   Ms. Roper, you don't have any specific

3   recollection what the Combat Arms earplug looks

4   like, correct?

5      A.    Not that I recall.

6      Q.    Okay.  Do you just generally recall

7   ever having an earplug that had a yellow end and a

8   green end?

9      A.    Yes.

10     Q.    Okay.  Tell me about those earplugs,

11   the green and yellow earplugs.  What do you recall

12   about them?

13     A.    We would just -- well, I would just

14   put them in my ear.  I don't recall putting them

15   in any certain way, one color over the other.  I

16   just remember putting them in my ear.

17     Q.    And you don't recall whether you were

18   putting in the yellow end or the green end?

19     A.    I do not.

20     Q.    Do you remember having any discussion

21   or being given any sort of instructions about what

22   the yellow end was for, what the green end was

23   for?

24     A.    No.

25     Q.    Okay.  Did you ever undergo any sort

Shanika Roper

```
 1    of fitting or session to have an earplug molded to

 2    your ear?

 3         A.    No.

 4         Q.    Okay.  Do you remember receiving any

 5    sort of earplugs in, like, a carrying case or any

 6    sort of packaging?

 7         A.    Just the little plastic bag.

 8         Q.    Okay.  Can you describe the plastic

 9    bag for me?

10         A.    It may have -- it was just a little

11    small plastic bag that -- it had some writing on

12    it.  I don't recall what the writing said exactly.

13         Q.    Okay.  Were you able to choose what

14    hearing protection devices you used while you were

15    in the military?

16         A.    No.

17         Q.    Do you remember ever using

18    earplugs -- and I think you can get them at the

19    drugstore too, the ones that are kind of like foam

20    that you have to, like, squeeze a little bit and

21    stick in your ear?

22         A.    I don't.

23         Q.    Okay.  Do you ever recall using, I

24    guess, ear muff style ear protection while in the

25    military?
```

Shanika Roper

```
 1          A.     Never used those.
 2          Q.     Okay.  So the over-ear ear protection
 3    you have never used while in the military?
 4          A.     No.
 5          Q.     Okay.  Did you ever need to replace
 6    your Combat Arms earplugs?
 7          A.     They was always provided.
 8          Q.     Okay.  So I guess my next question
 9    is -- and let's just go just as an example.  I
10    asked you about the gun range earlier.  And you
11    said that when you would go to your station at the
12    range there would be hearing protection provided.
13    Do you remember that?
14          A.     Yes.
15          Q.     Okay.  When you were done firing your
16    M16, your 9mm, doing your range training, what did
17    you do with the hearing protection device that you
18    were provided?
19          A.     Throw them away.
20          Q.     Okay.  So this wasn't something where
21    you would take it out of your ear and just leave
22    it at the station for the next person?
23          A.     No.
24          Q.     Okay.  And when you would show up to
25    the station, I take it that the hearing protection
```

1  device would be in some sort of bag that indicated

2  it hadn't been in somebody else's ear, you know,

3  five minutes prior?

4       A.    Can you say that again, the last

5  part?

6       Q.    Yeah.  So when you would go to the

7  station on the range and the hearing protection

8  was there and provided for you, was it in some

9  sort of bag or case or anything like that that, I

10  guess, told you that it was a fresh pair of

11  earplugs?

12       A.    Yes.  It was usually in a box.

13       Q.    Okay.  When you say box, was it just

14  a box with a bunch of earplugs in them and you

15  just grabbed two out?

16       A.    It would be like the little pack, the

17  little bags would be in the box, and we would just

18  grab the bags that were in the box.

19       Q.    Okay.  I'm going to use sort of an

20  analogy.  Like when you are trick-or-treating and

21  there's just like a bowl full of candy, right.  It

22  was sort of like that, just a number --

23       A.    Yes.

24       Q.    -- bags with the earplugs in?  Okay.

25  Let's see, outside of -- outside of using that

Shanika Roper

```
1   hearing protection on the range that was provided
2   to you, where did you obtain earplugs if you
3   needed them, you know, outside of the range
4   context?
5        A.    Usually the unit would provide them.
6        Q.    Okay.  So I guess to use another sort
7   of example, when you were taking the Humvee out to
8   go drop mail and, you know, pick mail up from
9   places, where would you obtain the earplugs that
10  you would use while you rode or drove around the
11  Humvee?
12       A.    The supply section would have them.
13       Q.    And when you were done with your
14  rounds in the Humvee, what would you do with the
15  hearing protection?
16       A.    Throw them away.
17       Q.    Did you come home from Iraq with any
18  of the earplugs that you used over there?
19       A.    Not that I remember.  I'm not sure.
20       Q.    Okay.  Let's see, other than the
21  earplugs with the green and yellow ends, are there
22  any other earplugs that you recall using while you
23  were in the military?
24       A.    No.
25       Q.    Okay.  Do you remember getting any
```

1    instruction on folding back some of the flaps on

2    the earplug to get a better fit?

3         A.    No.

4         Q.    Okay.  And I think we asked this in

5    the interrogatories.  But just to ask it here in

6    the deposition, did you ever receive a wallet card

7    or a little piece of paper to carry with you that

8    provided you instructions on using earplugs or

9    hearing protection?

10        A.    I don't recall.

11        Q.    Okay.  Are you familiar with the term

12   noise reduction rating?

13        A.    Not really.

14        Q.    Okay.  Well, then I will just move on

15   from that one.

16        How would you describe the military's

17   culture with respect to needing to follow safety

18   policies?

19        A.    Safety was number one.

20        Q.    Okay.  Now, within the mail

21   processing center or within your unit, did anybody

22   implement procedures to make sure that you wore

23   hearing protection at appropriate times?

24        A.    I believe people would go around just

25   to make sure you had something in your ear, like

Shanika Roper

1   range in your administrative role, were you

2   wearing hearing protection?

3           A.    Yes.

4           Q.    Where did you obtain that hearing

5   protection?

6           A.    It was provided.

7           Q.    Okay.  Was that a similar situation

8   with a sort of box of earplugs?

9           A.    Yes.

10          Q.    Okay.  Any other situations in your

11  administrative work throughout your Army career

12  where you would have needed to wear hearing

13  protection or would have worn hearing protection?

14          A.    No.

15          Q.    Okay.  In deciding to wear Combat

16  Arms earplugs, did you rely on any statements made

17  about their safety or their performance?

18          A.    No.

19          Q.    Okay.  Let's see, have you ever seen

20  any advertisements for the Combat Arms earplug?

21          A.    I don't recall.

22          Q.    We talked a little bit about how the

23  Combat Arms has a yellow end and a green end.  Do

24  you recall what each end of the Combat Arms is

25  intended to do?

Shanika Roper

```
 1          A.    No.

 2          Q.    Okay.  Do you recall ever having any

 3   sort of discussion on what the yellow end was

 4   designed for, when it should be worn?

 5          A.    No.

 6          Q.    Okay.  Do you recall any sort of

 7   discussion or instruction on when the green end

 8   should be worn?

 9          A.    No.

10          Q.    Okay.  Did you ever use the green end

11   while you were out on the range doing weapons

12   fire?

13          A.    I don't recall.

14          Q.    Okay.  Let's see.  When you were

15   wearing the Combat Arms earplugs, did they impede

16   your ability to communicate with your fellow

17   service members on the range or wherever it was

18   that you were wearing them?

19          A.    I don't recall.

20          Q.    Were you able to hear commands from

21   the range officer or, you know, your passenger in

22   the Humvee when you were wearing the Combat Arms

23   earplugs?

24          A.    Yes.

25          Q.    Okay.  With the Combat Arms, did you
```

Shanrika Roper

```
 1    ever have any issues where it felt like they were

 2    loosening in your ear?

 3          A.    Sometimes they would almost -- it

 4    would feel like they were falling out, so I would

 5    push them back in.

 6          Q.    Okay.  Have you ever worn foam

 7    earplugs?

 8          A.    I didn't hear the last part of the

 9    question.

10          Q.    That's fine.  Have you ever worn foam

11    earplugs?

12          A.    I'm not sure what those are.

13          Q.    They are kind of like -- they look

14    like little pills almost.  And, like, they are --

15    you know, they are with foam, so, like, they are

16    kind of squeezable and you just sort of squeeze

17    them down and stick them in your ear.  Have you

18    ever had to use those?

19          A.    I believe once or twice before on the

20    range.

21          Q.    Would those have also been in a box

22    of earplugs?  Is that how you would have had

23    access to them?

24          A.    Yes.

25          Q.    This box of earplugs, was it all the
```

Shanika Roper

1    same type of earplug or were there different

2    varieties in there?  Or was it all just the same

3    type of earplug?

4         A.    The same.

5         Q.    Okay.  And in your recollection, it

6    would have been the Combat Arms earplug?

7         A.    Yes.

8         Q.    Okay.  Let's see, other than that

9    explosion that we talked about a little bit

10   earlier, while you were in the military, were you

11   ever exposed to any unexpected loud noise?

12        A.    No, not that I recall.

13        Q.    All right.  Let's see, we talk -- you

14   mentioned it a little bit earlier just a couple of

15   questions ago that sometimes it would feel like

16   the earplugs were falling out and that you would

17   just stick them back into your ear.

18        Do you remember what circumstances would

19   kind of cause them to loosen?

20        A.    I don't.

21        Q.    Okay.  Did you ever discuss the

22   loosening with anybody?

23        A.    No.  I don't recall.

24        Q.    Okay.  Did you ever tell a range

25   officer or a commanding officer about the

Shanika Roper

```
 1   loosening?
 2        A.    No.  I don't recall.
 3        Q.    Okay.  Let's see, what was your
 4   opinion about the Combat Arms earplugs while you
 5   were using them?
 6        A.    I really didn't have one.  They were
 7   just earplugs.
 8        Q.    Okay.  Did they work well?
 9        A.    As far as I know.
10        Q.    Did you ever raise any concerns about
11   the Combat Arms earplugs during your military
12   service?
13        A.    No.
14        Q.    All right.  And, let's see.  When it
15   came to the Combat Arms earplugs, just to sort of
16   make sure that I have got this clear, you would
17   use them on the range, and then when you were done
18   you would throw them away, correct?
19        A.    Correct.
20        Q.    Was there a -- was there, like, a
21   trash can or something there at the -- at the
22   range station to throw them away, or did you have
23   to, like, go throw them away when you got back to
24   your -- to your, you know, duty station or to
25   wherever it was you were sleeping?
```

Shanika Roper

```
 1           A.    It's just like a -- I describe it as
 2    a weird type of feeling in my -- in my ear.  It's
 3    like a -- it's like something hurts but it itches
 4    at the same time, if that makes sense.  That's why
 5    say I describe it as a weird type of feeling.
 6           Q.    Does it feel like pressure in your
 7    ear?
 8           A.    Yes.
 9           Q.    Okay.  And you said like an itch?
10           A.    It's like an itch but an ache at the
11    same time.
12           Q.    Okay.  Where does it feel like it is
13    in the ear?
14           A.    It feels like it's, like, in the
15    inner, inside the ear.
16           Q.    Okay.  When you feel that sort of
17    itch, ache, pressure, whatever it is we are going
18    to call it, what -- what typically causes that to
19    happen?
20           A.    It's usually like if I hear -- maybe
21    even if something on the TV is loud or some music
22    is loud or some -- it's usually something --
23    something loud.
24           Q.    Okay.  So a loud noise of some kind,
25    you know --
```

Shanika Roper

```
 1          A.    Yeah.

 2          Q.    -- like, say, it's a siren rolling

 3   down the street or --

 4          A.    Yes.

 5          Q.    -- you know, or a Falcons game or

 6   something, some loud noise may trigger it?

 7          A.    Yes.

 8          Q.    When did you first start experiencing

 9   this sort of weird feeling in your ear?

10          A.    Back in, I'm going to say, maybe

11   2014, 2015 maybe.

12          Q.    Okay.  And do you recall what was

13   going on when you first felt it?

14          A.    I don't.

15          Q.    Okay.  About how frequently does it

16   occur?

17          A.    Not as not often now because I pretty

18   much try to stay away from things that are loud.

19          Q.    Okay.  What type of music do you

20   listen to?

21          A.    It's a variety.  Jazz, R&B.

22          Q.    Okay.  I noticed the Purple Rain

23   shirt which stands out to me because I'm currently

24   in Minneapolis, which is near and dear to me as

25   well.
```

Shanika Roper

```
 1          A.    It doesn't.
 2          Q.    Okay.  What sort of -- I know we
 3   talked about, you know, kind of random loud
 4   noises.  What other sort of situations have you
 5   been in that has triggered that sort of weird
 6   feeling in your ear?
 7          A.    That's really it.  If I -- like, for
 8   work I use a headset, but I have to turn the
 9   volume down all -- like, low where I can hear but
10   it's not so loud that it sounds like something is
11   knocking on my ear.
12          Q.    Okay.  Is the weird feeling in your
13   ear preventing your ability to do your work with
14   the headphones?
15          A.    No.
16          Q.    Okay.  When you talk on the phone --
17   I know I feel I talk on the phone rarely these
18   days because everybody just texts nowadays.
19          But when you talk on the phone, are you
20   like me and you just throw it on speakerphone and
21   kind of hold it out, you know, in front of you
22   like I tend to do, or do you still kind of hold it
23   to your ear?
24          A.    I have to put it on speakerphone
25   because I don't things on my ear.
```

Shanika Roper

1    that feeling starts?

2         A.    No.

3         Q.    Okay.  Have you spoken with a doctor

4    or anybody about it?

5         A.    Just when I met with Dr. Kumar, we

6    briefly went over.

7         Q.    What did Dr. Kumar say?

8         A.    He wants me to see a specialist.

9         Q.    Okay.  All right.  Have you talked to

10   any other doctors in the past about this sort of

11   weird feeling in your ear?

12        A.    Yes.  I want to say back in 2015-16

13   time frame.

14        Q.    Okay.  And what -- what was the sort

15   of recommendation or the discussion back in 2015,

16   2016?

17        A.    Just to kind of stay away from noises

18   or anything that irritates my ears.

19        Q.    All right.  Has there been any sort

20   of diagnosis or anything associated with this, or

21   is it just sort of a weird feeling in your ear?

22        A.    As far as I know, I -- it's just a

23   feeling.

24        Q.    Okay.  Is there any ringing or like a

25   high-pitched noise or buzzing in your ear

Shanika Roper

```
1   associated with it?

2         A.    Sometimes ringing.

3         Q.    Okay.  Has that occurred in both ears

4   or just one?

5         A.    Both.

6         Q.    How would you describe the ringing?

7         A.    Almost like if somebody is ringing a

8   bell standing next to me.

9         Q.    Okay.  How long does that last?

10        A.    It kind of fades out over time during

11  the day.

12        Q.    Okay.  And how frequently does that

13  happen?

14        A.    Maybe a couple times a month maybe.

15        Q.    And is it always associated with the

16  pressure feeling we were talking about, or does it

17  occur outside of that?

18        A.    Sometimes it occurs outside of it.

19  Sometimes it's during.  Like if I hear something

20  loud, it will be like the lasting effect of it, of

21  hearing it.

22        Q.    Okay.  Let's see, so you moved to

23  Atlanta in May, correct?

24        A.    Yes.

25        Q.    And have you been over off of
```

1    Cumberland that entire time?

2         A.    Yes.

3         Q.    Okay.  During baseball season, can

4    you hear the fireworks that get shot off from the

5    bridge?

6         A.    I cannot.

7         Q.    Okay.

8         A.    I can't.

9         Q.    I was just going to ask if that was

10   something that triggers it.  I'm just make -- I'm

11   just trying to cover as many bases as I can.

12        Okay.  And you don't use any type of

13   hearing aids, correct?

14        A.    Correct.

15        Q.    The video went away.

16        A.    There we go.  Are we there?  Okay.

17        Q.    You are sideways.  There we go.

18   Okay.  Great.

19        When was the last time you felt this

20   pressure sensation in your ear?

21        A.    I would say maybe a couple months

22   ago.  I felt it and I was asleep then.  It was

23   like during the nighttime.

24        Q.    Okay.  And if you were sleeping, I

25   take it you weren't aware of any particular sounds

Shanika Roper

1    or triggers that could have set that off?

2         A.    No.

3         Q.    Okay.  And you haven't been

4    prescribed any medication for hearing loss,

5    correct?

6         A.    No, I haven't.

7         Q.    Okay.  And I think I asked some of

8    this earlier when we were talking about migraines.

9    When you get a migraine, do you ever have this

10   pressure feeling in your ear?

11        A.    Not that I pay attention to because

12   my focus be on the migraine itself.

13        Q.    But you are not -- you are not

14   sitting here and saying, oh, you think that the

15   migraines are caused by the ear pressure or

16   anything like that?  Those are just --

17        A.    No.

18        Q.    -- independent things of one another?

19        A.    Yes.

20        Q.    Okay.  Great.  Let's see -- oh, you

21   disappeared on me again.  Welcome back.  Rotate

22   it.  All right.  You are an old pro at this now.

23   Okay.

24        Let's see, has -- and I think I asked this

25   but just making sure.  Has any health care

Shanika Roper

1    provider ever diagnosed you with tinnitus?

2         A.    I believe it's in my -- as far as I

3    know, I believe it's in my records.  But I'm not

4    sure.

5         Q.    All right.  And this pressure feeling

6    and the ear ringing, has that gotten worse from

7    when you first started to experience it in about

8    2014, 2015 to now?

9         A.    No.  It's about the same.

10        Q.    Okay.  All right.  Let's see, does

11   your tinnitus ever wake you up or prevent you from

12   falling asleep?

13        A.    I have been woken up before with it.

14        Q.    Is that kind of what we were talking

15   about a couple months ago when you were asleep and

16   then started to feel that pressure sensation in

17   your ear?

18        A.    Yes.

19        Q.    Okay.  Has it ever prevented you from

20   falling asleep?

21        A.    No.

22        Q.    Okay.  Has any doctor ever told you

23   that your hearing loss was caused by the Combat

24   Arms earplugs?

25        A.    No, not that I recall.

Shanika Roper

1       Q.    Okay.  Do you feel like your tinnitus

2  has impacted your ability to do just day-to-day

3  tasks?

4       A.    No.

5       Q.    Okay.  And I think I asked this in

6  relation to just the headset itself.  But your

7  tinnitus has not prevented you from, you know,

8  doing your job on a day-to-day basis, correct?

9       A.    Correct.

10      Q.    Okay.  Is there anything that you

11 were able to do before you started experiencing

12 tinnitus that you can't do today?

13      A.    I just don't -- I don't like to be

14 around loud noises or, like, with a large crowd.

15      Q.    Okay.  Well, large crowds haven't

16 been much of a problem the past two years, have

17 they?

18      A.    They have not.

19      Q.    All right.  Let's see, any other

20 injuries?  I know we talked about the motor

21 vehicle accident and the back injury.

22      Any other injuries that you have suffered

23 either from your military service or from, you

24 know, day-to-day life whether it be a

25 slip-and-fall in a grocery store or a sports

1    impacted your ability to proceed within your GS

2    pay scale?

3         A.    No.

4         Q.    Okay.  Any negative performance

5    reviews that are tied to tinnitus or any issues

6    with your ears?

7         A.    No.

8         Q.    Okay.  Are there any jobs that you

9    have applied for that you have not gotten as a

10   result of any issues with your hearing or with

11   tinnitus?

12        A.    No.

13        Q.    Okay.  Great.  Let's see, we are

14   going to move on here to the next category I have.

15        When did you first learn about the Combat

16   Arms litigation that we are here talking about

17   today?

18        A.    I don't remember the exact time I

19   learned about it.

20        Q.    Okay.  How did you hear about it?

21        A.    I read something that -- an article

22   that I came across.

23        Q.    Do you remember where you would have

24   read it?

25        A.    It would have been in -- it would

Shanika Roper

1    A.    Not his exactly.  But, yes, the

2    initial contact information, yes.

3    Q.    Okay.  Not -- you don't have to tell

4    me conversations you had.  I don't want to hear

5    about conversations you have had.

6         I guess who did you first contact after

7    reading that article?  Was it like a call center?

8    What, kind of, was that situation?

9    A.    I don't remember what it was.  I just

10   remember speaking to someone about it.  I'm not

11   sure if it was a call center or not.

12   Q.    Okay.  All right.  And then just to

13   kind of go over this and make sure that I have

14   covered everything that I need to cover.  We are

15   getting so close to the end, I promise you.

16        You are not alleging that there's anything

17   about your tinnitus that prevents you from being

18   able to work, correct?

19   A.    Correct.

20   Q.    And you haven't lost any earnings to

21   date base on your tinnitus?

22   A.    Correct.

23   Q.    Okay.  I know that when I asked you a

24   little earlier about migraines you had mentioned

25   that, you know, if you get a bad one sometimes you

1    have got to take a day and just kind of lay there
2    and, you know, get through it, right.
3          Have you had to miss any days of work or
4    take sick days because of the pressure feeling in
5    your ear?
6          A.    No.
7          Q.    Okay.  Are you going to claim that
8    you are going to lose earnings in the future based
9    on the condition in your ear?
10         A.    No.
11         Q.    Okay.  Let's see, have you incurred
12   any medical costs to date as a result of the
13   pressure or ache, itch, whatever we want to call
14   it, in your ear?
15         A.    No.
16         Q.    Okay.  And the medical treatment that
17   you have received, we just talked about Dr. Kumar.
18   We talked about the tests that you did yesterday.
19   Those are covered by insurance, correct?
20         A.    Correct.
21         Q.    And do you have Tricare?
22         A.    I use the VA for everything.  And
23   I --
24         Q.    Okay.  Let's see, any medical costs
25   that you have incurred out of pocket related to

Shanika Roper

```
 1                     CERTIFICATE

 2

 3

 4          I, Jennie Q. Brown, Certified Court

 5     Reporter do hereby certify that prior to the

 6     commencement of the examination, the witness was

 7     remotely sworn by me to testify to the truth, the

 8     whole truth and nothing but the truth.

 9

10          I do further certify that the foregoing is

11     a verbatim transcript of proceedings in the matter

12     aforementioned and was transcribed by me using

13     stenographic means, to the best of my ability.

14

15          I do further certify that I am neither of

16     counsel nor of kin to the parties to the action,

17     nor am I otherwise interested in the outcome of

18     this case.

19

20

21

22

       JENNIE Q. BROWN, CCR

23

       Certified Court Reporter

24

25
```