# EXHIBIT 2

**CAUTION:** NOT TO BE USED FOR IDENTIFICATION PURPOSES | **THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.** | **ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID**

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. [redacted] |
|---|---|---|
| ROPER, SHANIKA JANELLE | ARMY/USAR | |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| SGT | E05 | 1982[redacted] | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| FORT BENNING, GEORGIA | FORT BENNING GEORGIA 31905-1944 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 0326CMPLT T1 CHEM HQS FC | REDSTONE ARSENAL TC, AL 35898-5193 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| USAR CON GP (RET) 1600 SPEARHEAD DIVISION AVE, FT KNOX, KY 40122 | AMOUNT: $400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 42A2O HUMAN RESOURCES SPEC - 4 YRS 1 MOS// NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2014 | 08 | 22 |
| | b. SEPARATION DATE THIS PERIOD | 2018 | 10 | 03 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0004 | 01 | 12 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0002 | 09 | 13 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0010 | 02 | 26 |
| | f. FOREIGN SERVICE | 0001 | 03 | 11 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2009 | 07 | 30 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and months and year completed) |
|---|---|
| ARMY COMMENDATION MEDAL//ARMY GOOD CONDUCT MEDAL//ARMY RESERVE COMPONENT ACHIEVEMENT MEDAL//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//ARMY SERVICE RIBBON//ARMED FORCES RESERVE MEDAL W/ M DEVICE//NOTHING FOLLOWS | ADMINISTRATIVE SPEC CRS, 2003//HUMAN RESOURCES SPC CRS, 2005//USAR UNIT ADMINISTRATOR BASIC, 2015//USAR UNIT PAY ADMINISTRATION, 2016//NOTHING FOLLOWS |

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | X |

| 16. DAYS ACCRUED LEAVE PAID 8 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

**18. REMARKS** ///////////////////////////////////////////////////////////////////////////////////////
SOLDIER PRESENTED US FLAG//RETIRED LIST GRADE SGT//DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING INFORMATION//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20030624-20031118//BLOCK 1: OTHER NAME(S) OF RECORD: SHANIKA JANELLE LOCKWOOD//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//RETIREMENT CERTIFICATES ISSUED////NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| [redacted] MADISON ALABAMA 35758 | [redacted] CHATTANOOGA TENNESSEE 37461 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) AL | OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X YES | NO |

| 21.a. MEMBER SIGNATURE ESIGNED BY: ROPER.SHANIKA.JANELLE.12 49602660 | b. DATE (YYYYMMDD) 20181001 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: ANDERSON.BETTY.DELORES.1113471804 BETTY D ANDERSON, GS07, HUMAN RESOURCE ASSIS | b. DATE (YYYYMMDD) 20181001 |
|---|---|---|---|

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RETIREMENT | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-40, CHAP 4 | SEJ | 4R |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| [redacted] (ENHANCED) |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) SJR |
|---|---|
| NONE | |

DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | MEMBER - 4