# EXHIBIT 3

**<u>EXHIBIT B</u>**
**Unfiled Case Census Form**
**Initial Census Questions**

1.     Information

      a.     Claimant Name: <u>Shanika, Roper</u>

      b.     Law Firm: <u>Reich and Binstock, LLP</u>

      c.     Male ☐   Female ☑

      d.     Date of birth: ████████ 1982

      e.     Current state of residence: <u>AL</u>

      f.     Number of years in current state of residence: <u>5</u>

2.     Did the claimant serve in the military and/or armed forces?

         Yes ☑     No ☐

If yes:

      a.     Identify each branch the claimant served in, and the dates of service in each branch:

| Branch | Start Date | End Date | | | |
|---|---|---|---|---|---|
| Army | Aug       2001 | Oct | 3 | 2018 | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |
| | | | | | ☐ Present |

5.    Did the claimant use CAEv2 earplugs as a civilian any time?

        Yes ☐      No ☑

6.    Identify the physical injuries claimant sustained as a result of using CAEv2 earplugs:

☐ Total Hearing Loss, Left Ear

☐ Total Hearing Loss, Right Ear

Percentage/grade of hearing loss, if known:

☐ Partial Hearing Loss, Left Ear

_____

☐ Partial Hearing Loss, Right Ear

Percentage/grade of hearing loss, if known:

☐ Tinnitus, Left Ear

_____

☐ Tinnitus, Right Ear

☑ Tinnitus **-** Extent Unknown

☐ Other—Specify: _____

7.    Identify the approximate year on which the claimant first noticed:

a.    that the CAEv2 was not providing adequate protection from loud noises;

        Year: _____

b.    the injury described in response to Question No. 6 above.

| Injury described in response to Question No. 6 | Approx. year first noticed injury |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

5