# EXHIBIT 4

Richard S. Tyler, Ph.D.

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                   PENSACOLA DIVISION

 3

 4   IN RE: 3M COMBAT ARMS      )
     EARPLUG PRODUCTS           )
 5   LIABILITY LITIGATION       )
                                )
 6   This Document Relates to:  ) Case No.
     Shanika Roper              ) 3:19-md-2885-MCR-GRJ
 7                              )
                 Plaintiff      ) Judge M. Casey Rodgers
 8                              ) Magistrate Judge Gary R.
     Case No.                   )                  Jones
 9   7:20-cv-02945-MCR-GRJ      )
                                )
10   -------------------------)

11

12

13         THE VIDEO TELECONFERENCE DEPOSITION OF

14   RICHARD S. TYLER, Ph.D., taken before Kristi L.

15   Miller, Certified Shorthand Reporter and Notary

16   Public, commencing at 9:00 a.m., C.S.T., July 1,

17   2022, with all parties appearing remotely.

18

19

20

21

22       Reported by:  Kristi L. Miller, C.S.R.

23

24            GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
25                Deps@golkow.com
```

 1                  MR. BAUER:  Thank you.
 2      Q.   Doctor Tyler, when did the plaintiff
 3   start using Combat Arms Earplugs during her
 4   service?
 5      A.   I don't recall.  I'd have to go back
 6   and look at the record.
 7      Q.   Would it be fair to say that it was
 8   prior to her deployment to Iraq in 2003?
 9      A.   I don't recall.  I'd have to go back
10   and look.
11      Q.   Okay.  Do you recall seeing an
12   audiogram from 2005 that reflected that she
13   reported using hand-formed earplugs at that
14   time?
15                  MR. BAUER:  Objection, form.  If
16   you're going to ask about a document, please
17   show it.
18      A.   Yeah, can you show it to me, please?
19      Q.   I'll pull it up when we go to break
20   here.  I'll ask a couple more questions first,
21   though.
22                  Are you offering an opinion
23   today that safer alternative earplug designs
24   were available which would have reduced or
25   eliminated the plaintiff's risk of

```
 1   noise-induced tinnitus and hyperacusis in the
 2   military?
 3       A.   Absolutely.  I don't think that's in
 4   question.
 5       Q.   Is it your opinion that -- well, let
 6   me take a step back.
 7                What safer alternative designs
 8   are you referring to?
 9       A.   Well, there's a wide variety of other
10   hearing protection devices that were and are
11   currently available that have not been
12   acknowledged to have any deficits to them, so I
13   think there's several different devices that
14   she could have used.
15       Q.   Is it your opinion that because a
16   hearing protection device has not been
17   acknowledged to have a problem that it does not
18   have a problem?
19       A.   Well, I think that any manufacturer of
20   a hearing protection device would want to
21   monitor that very carefully, especially as an
22   example of what's happened in these 3M cases in
23   the last year, is that I'm sure that every
24   other company from now on in is going to be
25   very careful to make sure that there's no
```

1                    C E R T I F I C A T E

2

3              I, the undersigned, shorthand reporter,
     a Notary Public, do hereby certify that I acted
4    as the shorthand reporter in the foregoing matter
     at the time and place indicated herein; that I
5    took in shorthand the  proceedings had at said
     time and place; that said shorthand notes were
6    reduced to print under my supervision and
     direction by means of computer-aided transcription,
7    and that the foregoing pages are a full and
     correct transcript of the shorthand notes so
8    taken; that said deposition was submitted to
     the witness for signature, if requested to do
9    so by a party or the witness; that any changes
     if any, requested by the witness are attached
10   hereto.

11
               I further certify that I am neither
12   attorney nor counsel for, or related to or
     employed by any of the parties in the foregoing
13   matter, and further that I am not a relative or
     employee of any attorney or counsel employed by
14   the parties hereto, or financially interested
     in the action.
15

16

17

18                      _____
                              NOTARY PUBLIC
19

20

21

22

23

24

25