# EXHIBIT 3

1        UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF FLORIDA

3           PENSACOLA DIVISION

4

5

6

7

8   IN RE:  3M COMBAT ARMS
    EARPLUG PRODUCTS LIABILITY
9   LITIGATION

10                          CASE NO:
                         3:19-md-2885-MCR-GRJ

11

                         Judge M. Casey Rodgers
12              Magistrate Judge Gary R. Jones

13

14  THIS DOCUMENT RELATES TO:
    SHANIKA ROPER

15

    CASE NO. 7:20cv02945-MCR-GRJ

16

    _____

17

18

19

         The videotaped testimony via Zoom Video
20
    Conferencing of SHANIKA ROPER, with the witness in
21
    Atlanta, Georgia, taken on the 1st day of
22
    February, 2022, commencing at approximately
23
         a.m. EST, before Jennie Q. Brown, Certified
24
    Court Reporter.
25

1  that 12 hours a day indoors, what loud noises

2  would you have been exposed to kind of on a daily

3  basis?

4        A.    If -- a forklift, if anything at all,

5  just for moving mail.  But nothing loud, loud.

6        Q.    Okay.  All right.  Okay.  As for the

7  Combat Arms, do you remember when you were first

8  given a Combat Arms earplug?

9        A.    I do not.

10       Q.    Okay.  Do you remember being provided

11 any instruction on the Combat Arms?

12       A.    Not that I recall, I don't remember.

13       Q.    Okay.  And I think we talked about a

14 -- I think I asked this question earlier (audio

15 distortion) make sure.

16       You don't specifically recall what the

17 Combat Arms earplugs looked like, correct?

18       STENOGRAPHIC REPORTER:

19            Can you repeat that, please?

20       MR. BAUER:

21            We can't hear you again.

22       MR. CARTER:

23            Typical.  Typical.  Technology is

24            always my friend.

25 BY MR. CARTER:

1       Q.    Just to clarify from earlier,

2   Ms. Roper, you don't have any specific

3   recollection what the Combat Arms earplug looks

4   like, correct?

5       A.    Not that I recall.

6       Q.    Okay.  Do you just generally recall

7   ever having an earplug that had a yellow end and a

8   green end?

9       A.    Yes.

10      Q.    Okay.  Tell me about those earplugs,

11  the green and yellow earplugs.  What do you recall

12  about them?

13      A.    We would just -- well, I would just

14  put them in my ear.  I don't recall putting them

15  in any certain way, one color over the other.  I

16  just remember putting them in my ear.

17      Q.    And you don't recall whether you were

18  putting in the yellow end or the green end?

19      A.    I do not.

20      Q.    Do you remember having any discussion

21  or being given any sort of instructions about what

22  the yellow end was for, what the green end was

23  for?

24      A.    No.

25      Q.    Okay.  Did you ever undergo any sort

CERTIFICATE

   I, Jennie Q. Brown, Certified Court
Reporter do hereby certify that prior to the
commencement of the examination, the witness was
remotely sworn by me to testify to the truth, the
whole truth and nothing but the truth.

   I do further certify that the foregoing is
a verbatim transcript of proceedings in the matter
aforementioned and was transcribed by me using
stenographic means, to the best of my ability.

   I do further certify that I am neither of
counsel nor of kin to the parties to the action,
nor am I otherwise interested in the outcome of
this case.

JENNIE Q. BROWN, CCR

Certified Court Reporter