# EXHIBIT 3

| IN RE: 3M COMBAT ARMS | ) | |
|---|---|---|
| EARPLUG PRODUCTS | ) | CASE NO. 3:19-MD-2885 |
| LIABILITY LITIGATION | ) | |

### PLAINTIFF SHANIKA ROPER'S RESPONSES TO DEFENDANT 3M'S AMENDED AMENDED FIRST SET OF INTERROGATORIES TO PLAINTIFF

TO: Defendant 3M Company ("3M"), and through its Attorneys of Record: Mark Nomellini, Kirkland & Ellis LLP, 300 North LaSalle Chicago, IL 60654; and Mike Brock, Kirkland & Ellis LLP, 300 North LaSalle Chicago, IL 60654.

COMES NOW, Plaintiff, Shanika Roper, through the undersigned attorney, and in accordance with the Federal Rules of Civil Procedure, submits the following Plaintiff's Responses to Defendant 3M's ("Defendant" or "3M") Amended First Set of Interrogatories to Plaintiff. As discovery in this matter is ongoing, Plaintiff reserves the right to amend, supplement, modify, or change her responses.

Dated: January 6, 2022

                                              **Respectfully submitted,**

                                              **REICH & BINSTOCK, LLP**

                                              By: /S/ Dennis C. Reich

                                              Dennis C. Reich, Esq. (TX - SBN 16739600)
                                              Robert J. Binstock, Esq. (TX – SBN 02328250)
                                              4265 San Felipe, Suite 1000
                                              Houston, Texas 77027
                                              Tel: (713) 622-7271
                                              Fax: (713) 623-8724
                                              dreich@reichandbinstock.com
                                              bbinstock@reichandbinstock.com

                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 6, 2022, a true and correct copy of the foregoing: PLAINTIFF SHANKIA ROPER'S OBJECTIONS AND RESPONSES TO DEFENDANT 3M'S FIRST AMENDED INTERROGATORIES TO PLAINTIFF was served as follows: [MDL Centrality] By electronically serving the above document via the MDL Centrality Plaintiff Portal ID Number 6087.

/s/ Dennis C. Reich
Dennis C. Reich

# PLAINTIFF'S OBJECTIONS & ANSWERS TO DEFENDANT'S AMENDED FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify All Persons who have knowledge of Or information Concerning Your alleged injuries, including but not limited to health care professionals, physicians, audiologists, nurses, physician assistants, treating facilities, clinics, therapists, other medical facilities Or providers that have examined Your ears And/Or hearing.

**ANSWER:**

Plaintiff objects to this Interrogatory on the ground that it is overbroad, unduly burdensome, vague, ambiguous, unclear, and disproportionate. As written, it asks Plaintiff to "Identify All Persons who have knowledge of… Your alleged injuries," which would require Plaintiff to identify dozens of persons who have no substantive knowledge of or involvement in the issues in this litigation, and would require Plaintiff to provide information beyond her personal knowledge. Plaintiff further objects on the ground that this Interrogatory lacks specificity, and fails to contain any limits as to time or scope.

Plaintiff also objects to this Interrogatory to the extent that it seeks to require Plaintiff to testify as to the "information" known to or "knowledge" possessed by any Person other than herself, which Plaintiff cannot know.

Moreover, Plaintiff objects to this Interrogatory to the extent that it seeks information equally available to both Parties, in that Plaintiff has executed a release granting Defendants access to records that may be responsive to this Interrogatory.

Notwithstanding said objections, and without waiving same, Plaintiff responds as follows:

Plaintiff recalls receiving treatment for her tinnitus and at the following health care facilities and/or clinics:

Birmingham VA Medical Center
700 19th St. South
Birmingham, AL 35233

Fox Army Health Centr
4100 Goss Rd.
Redstone Arsenal, AL 35809

**INTERROGATORY NO. 2:**

Describe in detail the injuries Or conditions that You allege were caused by Your use of the CAEv2, including but not limited to the date on which those injuries began.

**ANSWER:**

Plaintiff objects to this Interrogatory to the extent that Plaintiff is not an expert and is not qualified with the requisite skill, knowledge, education, experience, or training to render the expert or legal conclusions that this Interrogatory seeks. Plaintiff objects to this Interrogatory in that it is overbroad, unduly burdensome and vague in that it fails to define "injury" or "condition." Plaintiff also objects to this Interrogatory to the extent that the information sought is equally accessible to both Parties in records both Parties have received and/or will receive pursuant to the medical or other authorizations provided by Plaintiff.

Notwithstanding said objections, and without waiving same, Plaintiff's injuries include tinnitus, from which Plaintiff began to suffer in 2018.

**INTERROGATORY NO. 3:**

Describe in detail how You acquired Each pair of CAEv2 that You were issued, including who issued the CAEv2, And the date on which You were issued the CAEv2.

**ANSWER:**

Plaintiff objects to this Interrogatory on the ground that it is overbroad, vague, ambiguous and unclear regarding "*how* [Plaintiff] first acquired the CAEv2." Plaintiff also objects to this Interrogatory to the extent that it is irrelevant and immaterial, and to the extent that the information sought is burdensome for Plaintiff to provide and is equally accessible to both Parties in records both Parties have received and/or will receive pursuant to the medical or other authorizations provided by Plaintiff. Fed. R. Civ. P. 26(b)(2)(C). Plaintiff further objects on the ground that the information sought by this Interrogatory may be better obtained through other discovery means.

Notwithstanding said objections, and without waiving same, Plaintiff does not recall exactly when and where she was issued the CAEv2 Earplugs.

**INTERROGATORY NO. 4:**

Describe in detail Any And All instructions, including written And oral instructions, Or training that You received Related To Or Concerning the CAEv2, including the Person(s) providing the instructions And the date of And locations at which You were provided such instructions.

**ANSWER:**

Plaintiff objects to this Interrogatory on the ground that it is overbroad, vague, burdensome, ambiguous and unclear in that it fails to contain any reasonable limitations as to time or scope, and fails to define "instruction(s)" or "training." *See* Fed. R. Civ. P. 26(b)(1). Plaintiff objects on the ground that the information sought by this Interrogatory may be better obtained through other discovery means. Fed. R. Civ. P. 26(b)(2)(C). Plaintiff objects on the ground that the information sought is equally available to the requesting Party.

Notwithstanding said objections and without waiving same, Plaintiff received instructions on use of the CAEv2 multiple times while in the military, including written instructions on at least one occasion.

## VERIFICATION

I, Shanika Roper, verify that I have read the foregoing, **Plaintiff Shanika Roper's Answers and Objections to Defendant 3M's First Set of Interrogatories** and that the answers contained therein are true and correct to the best of my information, knowledge, and belief. I verify under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2021

*Shanika Roper*
Shanika Roper