# EXHIBIT 4

# Medications

## *Active Medications*

| Rx # | Drug | Status | Quantity | Fill Date | Refills Left |
|---|---|---|---|---|---|
| ███ | ███ | ███ | █ | ███ | █ |
| ███ | ███ | ███ | █ | ███ | █ |
| ███ | ███ | ███ | █ | ███ | █ |
| 6102842 | Ibuprofen (Ibuprofen), 800 Mg, Tablet, Oral, Mckesson Packag, 100 Ea. Blist Pack | Active | 30 | 06 Dec 2016 | 2 of 2 |
| ███ | ███ | ███ | █ | ███ | █ |
| ███ | ███ | ███ | █ | ███ | █ |
| ███ | ███ | ███ | █ | ███ | █ |
| ███ | ███ | ███ | █ | ███ | █ |
| ███ | ███ | ███ | █ | ███ | █ |
| ███ | ███ | ███ | █ | ███ | █ |

Roper, Shanika Janelle    DOB: ███ 1982  SSN: ***-**-9863  DoD ID: ███    Created: 06 Nov 2018
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 50

3M_ROPER_S004915



## Expired Medications

| Rx # | Drug | Status | Quantity | Fill Date | Refills Left |
|---|---|---|---|---|---|
| F43035765 | Ibuprofen, 200 Mg, Tablet, Oral Take As Directed With Food | Expired | 1 | 13 Feb 2018 | NR |



Roper, Shanika Janelle   DOB: ████ 1982  SSN: ***-**-9863   DoD ID: █████   Created: 06 Nov 2018
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 55

3M_ROPER_S004920

| ID | Medication | Status | Qty | Date | Refills |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |
| F42609416 | Ibuprofen, 800 Mg, Tablet, Oral<br>1 By Mouth Three Times A Day With Food | Expired | 60 | 16 Jan 2015 | NR |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| M12832389 | Ibuprofen, 800 Mg, Tablet, Oral<br>Take One Tablet By Mouth Three Times A Day With Food As Needed | Expired | 30 | 24 Mar 2012 | NR |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |

Roper, Shanika Janelle   DOB: ███ 1982  SSN: ***-**-9863  DoD ID: ███   Created: 06 Nov 2018
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
Page 59

3M_ROPER_S004924