# EXHIBIT 1

Shanika Roper

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF FLORIDA
 3                    PENSACOLA DIVISION
 4
 5
 6
 7
 8   IN RE:  3M COMBAT ARMS
     EARPLUG PRODUCTS LIABILITY
 9   LITIGATION
10                                CASE NO:
                                  3:19-md-2885-MCR-GRJ
11
                               Judge M. Casey Rodgers
12                   Magistrate Judge Gary R. Jones
13
14   THIS DOCUMENT RELATES TO:
     SHANIKA ROPER
15
     CASE NO. 7:20cv02945-MCR-GRJ
16
     _____
17
18
19
          The videotaped testimony via Zoom Video
20
     Conferencing of SHANIKA ROPER, with the witness in
21
     Atlanta, Georgia, taken on the 1st day of
22
     February, 2022, commencing at approximately
23
          a.m. EST, before Jennie Q. Brown, Certified
24
     Court Reporter.
25
```

Shanika Roper

```
 1          Q.    9mm?
 2          A.    Yes.
 3          Q.    Okay.   Who made the 9mm?  Was that
 4   Glock?
 5          A.    I'm not sure.
 6          Q.    Was it Glock, I think?  Or was it Sig
 7   Sauer?
 8          A.    I'm not sure.
 9          Q.    Okay.   Other than the M16 and the
10   9mm, any other -- any other heavy weapons you may
11   have used?
12          A.    No ·
13          Q.    Okay.   Was your 9mm your everyday
14   carry?
15          A.    No.   My everyday carry was the M16.
16          Q.    Okay.   Let's talk about the M16 just
17   a little bit.  How frequently did you use your
18   M16?
19          A.    We went to the range twice a year.
20          Q.    Okay.   Outside of the range two times
21   a year, did you ever use your M16?
22          A.    No.
23          Q.    Okay.   And when you would go to the
24   range, would you use hearing protection?
25          A.    Yes.
```

Shanika Roper

```
1          Q.    Okay.  Did you use the Combat Arms
2    earplugs?
3          A.    Yes.
4          Q.    Okay.  Any other hearing protection
5    devices you can remember using at the gun range?
6          A.    No.
7          Q.    Okay.  Okay.  The 9mm, how often did
8    you use the 9mm?
9          A.    About the same.  Twice a year when we
10   would go to the range.
11         Q.    Okay.  And what hearing protection
12   did you use when firing the 9mm?
13         A.    What was provided.
14         Q.    Okay.  I guess when you say what was
15   provided, I guess every range is different
16   sometimes.  But was it something where you would
17   show up to your station on the range and there
18   would be hearing protection there at that station?
19         A.    Yes.
20         Q.    Okay.  Was that over ear or in the
21   ear?
22         A.    In the ear.
23         Q.    Okay.  Do you remember what the
24   Combat Arms earplugs looked like?
25         A.    I don't.
```

1         Q.    Okay.  Do you remember them having
2    two -- I guess, two separate ends to them like a
3    yellow end and a green end?
4         A.    Yes.  I do know they had some
5    separate ends, yes.
6         Q .   Okay.  When you were at the gun range
7    firing the M16 and the 9mm, which end did you put
8    into your ear, the yellow or the green?
9         A.    I don't remember.
10        Q.    Okay.  Did the officer in charge of
11   the range provide you any sort of instruction or
12   guidance on which end of the earplug you should
13   use?
14        A.    I do not recall.
15        Q.    Did the officer in charge of the
16   range, I guess, demonstrate how to use the
17   earplugs that were -- or hearing protection that
18   was provided?
19        A.    I don't recall.
20        Q.    And just to interject, your video
21   rotated again so you are sideways.  There you go.
22   We are clear again.  Okay.  Where was I?  Where
23   was I?  Okay.
24        Outside of the M16 and 9mm and doing range
25   practice approximately two times per year, just to

1          Q.    Just to clarify from earlier,

2    Ms. Roper, you don't have any specific

3    recollection what the Combat Arms earplug looks

4    like, correct?

5          A.    Not that I recall.

6          Q.    Okay.  Do you just generally recall

7    ever having an earplug that had a yellow end and a

8    green end?

9          A.    Yes.

10         Q.    Okay.  Tell me about those earplugs,

11   the green and yellow earplugs.  What do you recall

12   about them?

13         A.    We would just -- well, I would just

14   put them in my ear.  I don't recall putting them

15   in any certain way, one color over the other.  I

16   just remember putting them in my ear.

17         Q.    And you don't recall whether you were

18   putting in the yellow end or the green end?

19         A.    I do not.

20         Q.    Do you remember having any discussion

21   or being given any sort of instructions about what

22   the yellow end was for, what the green end was

23   for?

24         A.    No·

25         Q.    Okay.  Did you ever undergo any sort

1   hearing protection on the range that was provided
2   to you, where did you obtain earplugs if you
3   needed them, you know, outside of the range
4   context?
5           A.   Usually the unit would provide them.
6           Q.   Okay.  So I guess to use another sort
7   of example, when you were taking the Humvee out to
8   go drop mail and, you know, pick mail up from
9   places, where would you obtain the earplugs that
10  you would use while you rode or drove around the
11  Humvee?
12          A.   The supply section would have them.
13          Q.   And when you were done with your
14  rounds in the Humvee, what would you do with the
15  hearing protection?
16          A.   Throw them away.
17          Q.   Did you come home from Iraq with any
18  of the earplugs that you used over there?
19          A.   Not that I remember.  I'm not sure.
20          Q.   Okay.  Let's see, other than the
21  earplugs with the green and yellow ends, are there
22  any other earplugs that you recall using while you
23  were in the military?
24          A.   No.
25          Q.   Okay.  Do you remember getting any