# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 3:19-md-2885 |
| | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| *This document relates to:* *Roper v. 3M Company, et al.,* Case No. 7:20-cv-02945-MCR-GRJ | |

## First Amended Case-Specific Expert Report of Dr. Richard Tyler

### 1. Introduction

In preparation for this report, I reviewed and considered the relevant records, documents, and history of Plaintiff Shanika Roper. The documents I reviewed and relied upon in forming my opinions are contained on my Materials Considered List, attached as Exhibit A. Based on these documents, my training, experience, education, and examination of Plaintiff, I offer the following opinions to a reasonable degree of audiological and scientific certainty.

### 2. Summary of Opinions

   **a.** Plaintiff has hearing damage, hyperacusis, tinnitus and related auditory injuries ("hearing damage"). In reliance upon the general causation opinions of Rich McKinley, Mark Packer, Christopher Spankovich (the "General Experts"), and my review of Defendant's Flange Report, dated July 10, 2000; the U.S. Army Criminal Investigation Command's Law Enforcement Report, dated December 13, 2018; and the U.S. Air Force's recall letter, dated July 30, 2019; and other documents (e.g. earplug adapter stem made of hard plastic Delrin was too short, too wide, and too stiff; the basal edges of the opposing end of CAEv2 contacted the user's outer ear [tragus, etc.] – thereby causing imperceptible loosening), the CAEv2 failed to provide an adequate fit, seal and/or continued seal/retention for a reasonable period of time for many users. These flaws and the resulting inadequate fit, seal and/or continued seal/retention and imperceptible loosening of the CAEv2 in Plaintiff while exposed to hazardous continuous and/or impulsive noise exposure during military service were the cause and/or substantial

1

contributing factors in causing Ms. Jumanah to suffer hearing damage, including but not limited to: tinnitus and hyperacusis.

**b.**   Plaintiff's hearing damage and related auditory injuries were directly and proximately caused by her use of the CAEv2 while exposed to noise.

**c.**   If the CAEv2 had performed as intended, Plaintiff's noise-related hearing damage, and related auditory injuries, would have been prevented.

**d.**   Plaintiff's hearing damage and related auditory injuries are permanent and are likely to progress and place her at an increased risk of further harm.

**e.**   Plaintiff's hearing damage and related auditory injuries have a substantial negative impact on her quality of life. Tinnitus and hyperacusis impede socialization and can have a serious effect on one's quality of life.

**f.**   In reliance upon the general causation opinions of the General Experts, and my knowledge and experience concerning hearing protection devices, I find there were safer alternative hearing protection devices available that could have significantly reduced or prevented Plaintiff's hearing damage and related injuries.

## 3.   Qualifications

I am a full Professor, as well as the Director of Audiology, at The University of Iowa in the Department of Otolaryngology – Head and Neck Surgery. I have a joint appointment in the Department of Communications Sciences and Disorders. The Department of Otolaryngology is part of the University of Iowa's medical school. In my role I teach medical students/otolaryngology residents about the science of Otolaryngology. I also provide oversight and direction to the Department's research mission and mentorship for resident and faculty research. Throughout my academic career I have received numerous awards, appointments, and scholarships in the field of Audiology, which are outlined in my *curriculum vitae* (Exhibit B).

I hold a Doctor of Philosophy (Ph.D.) in Psychoacoustics from the University of Iowa., a Master of Science in Audiology from the University of Western Ontario, and a Bachelor of Science in Communication Disorders from the University of Western Ontario. Since 1985, I have held a Certificate of Clinical competence in Audiology from the American Speech-Language-Hearing Association. Since 1986, I have held a Certificate of Licensure for Audiology with the State of Iowa.

2

Following the award of my Ph.D. in 1978, I served as a Staff Scientist Psychoacoustician/Audiologist on the Medical Research Council at the Institute of Hearing Research, in Nottingham, United Kingdom (1978-1980). In 1980, I became the Scientist-In-Charge of the Nottingham Clinical Outstation Medical Research Council at the Institute of Hearing Research in Nottingham, United Kingdom (1980-1981). In 1981, I became an Assistant Professor and Director of Audiology at the University of Iowa in the Department of Otolaryngology-Head and Neck Surgery, which is part of the Department of Speech Pathology and Audiology (1981-1984). In 1984 I was promoted to Associate Professor and continued in my role as the Director of Audiology at the University of Iowa in the Department of Otolaryngology-Head and Neck Surgery (1984-1987). In 1987, I became a Full Professor and continued in my role as the Director of Audiology at The University of Iowa in the Department of Otolaryngology-Head and Neck Surgery.

In my role at the University of Iowa, I teach undergraduate and graduate level courses in audiology and otolaryngology on topics ranging from tinnitus and hyperacusis treatments, to cochlear implants tinnitus and implantable hearing aids.

In addition to my academic experience, I am a clinical audiologist and currently licensed to practice audiology in Iowa. I have served as a clinical audiologist for over 40 years. As a clinical audiologist I conduct diagnostic assessments to measure hearing loss, conduct differential diagnosis to determine the form of hearing loss, and counsel my patients regarding the dangers of noise exposure and the benefits of hearing protection. My duties also include measuring and counseling tinnitus and hyperacusis patients and providing sound therapy devices. In my clinical practice, I perform a comprehensive case history, and can perform otoscopy, measure the range and sensitivity of a patient's sense of hearing using audiometry, as well as perform other objective measures to identify any lesions and perform differential diagnosis and recommend management strategies.

I have also treated numerous military veterans during my career, diagnosing and treating many veterans with noise-induced hearing loss. These include veterans with exposure to impulse noise, blast exposure, and long-term noise exposure. Many of these veterans suffer from tinnitus. I offer specific treatments for their tinnitus and hearing loss in each individual patient. I counsel veterans on the use of ear protection when exposed to loud noise. I also currently serve as a co-principal investigator on a VA grant to explore a drug treatment for a subtype of tinnitus.

Over the past 40 years, I have been extensively involved with and held leadership positions in national societies that deal with hearing loss and tinnitus. I have been a member of the American Speech-Language-Hearing Association (ASHA), American Academy of Audiology (AAA), American Auditory Society

(AAS), American Tinnitus Association (ATA), British Tinnitus Association (BTA), and the Association for Research in Otolaryngology (ARO).

I have served as Chair for 37 years of the Annual Conference on Management of the Tinnitus Patient. I also served as Chair for 5 years of the Scientific Advisory Committee of the American Tinnitus Association. In addition, I have served as Chair of the Resident Research Committee, Department of Otolaryngology-Head & Neck Surgery (1988-1993).

I was invited by the Institute of Medicine of the National Academies to participate in a meeting and preparation of a book entitled Noise and Military Service; Implications for Hearing Loss and Tinnitus (2006).

I adopt and incorporate the recitation of my education, training, experience, and background contained in my current curriculum vitae, attached as Exhibit B.

My current academic research focus is on tinnitus and hyperacusis. I have published articles on measuring hearing loss beyond the pure-tone thresholds. It has been known for decades that pure-tone threshold losses do not identify all of the physiological and psychoacoustical factors involved in hearing loss. Some people now call these measurements hidden hearing loss. One area of physiological measures not reflected in pure-tone threshold losses has recently been called cochlear Synaptopathy.

I have presented at more than 300 Conferences and Symposiums across the country and around the world on a wide array of audiology and otolaryngology topics. Some relevant publications include:

- Tyler, R. S., Fernandes, M., & Wood, E. J. (1980). Masking, temporal integration and speech intelligibility in listeners with noise-induced hearing loss. In: I. Taylor and A. Markides (Eds.), Disorders of Auditory Function III (211-36). London: Academic Press.

- Tyler, R. S. & Tye-Murray, N. (1986). The relationship between speech perception and psychoacoustical measurements in noise-induced hearing loss subjects. In: R.J. Salvi, D. Henderson, R.P. Hamernik and V. Colletti (Eds.), Basic and Applied Aspects of Noise-Induced Hearing Loss. New York: Plenum Publishing Corp.

- LaMarte, F. P., & Tyler, R. S. (1987). Noise-induced tinnitus. Journal of the American Association of Occupational Health Nursing, 35(9): 403-406.

- Wang, T-C., Chang, T-Y, Tyler, R., Lin, Y-J., et al. (2020). Noise Induced Hearing Loss and Tinnitus-New Research Developments and Remaining Gaps in Disease Assessment, Treatment and Prevention. Brain Sci. 10, 732; doi:10.3390/brainsci10100732

- Tyler, R. S., Cacace, A. T. (2005). Chapter 4, Tinnitus, 116-145. In L.E. Humes, L.M. Joellenbeck, J.S. Durch, (Eds). Noise and Military Service: Implications for Hearing Loss and Tinnitus. Washington, D.C.: The National Academies Press.

Finally, in my weekly clinic for tinnitus impaired patients, I routinely discuss and provide hearing protection. I work to help them with counseling.

For this matter, I am being compensated $195 per hour spent consulting, $295 per hour spent in deposition, $395 per hour spent in court, and $650 per day spent traveling.

4.   Background

a.   **Tinnitus**

Sensorineural tinnitus involves the perception of a sound when there is no external source. It can be perceived in both ears or one ear. Noise exposure is the most common cause of tinnitus. It can sometimes be caused by medications or the aging process, typically over the age of 60 years. Tinnitus affects different people differently. It can be very debilitating. As there is no cure, some people even commit suicide because they have tinnitus. Areas I have identified as being affected include 1) thoughts and emotions, 2) sleep, 3) concentration, and 4) hearing. It affects different people differently. Because there is no cure, people must 'learn to live with it'. Most cannot, and most want a pill to make it go away. Tyler, R. S. & Baker, L. J. (1983). Difficulties experienced by tinnitus sufferers. Journal of Speech and Hearing Disorders, 48(2): 150-154; Tyler, R. S. (2012). Patient Preferences and Willingness to Pay for Tinnitus Treatment J. Am Acad. Audiol. 23, 115-125

b.   **Tinnitus, Depression, PTSD, and Anxiety**

In my Psychological Model of tinnitus, I note it is important to distinguish between the 1) Tinnitus and the 2) Reactions to the tinnitus. If an individual is previously suffering from a disorder that included mental stress (such as depression, PTSD, and anxiety), this makes it even more difficult to deal with the tinnitus. This is very clear in my clinical practice.

In addition, hearing damage can result in missing spoken information and misunderstanding spoken information. It interferes with hearing in background noise and localizing where sound is coming from. This interferes with social interaction, and can lead to depression, anxiety and insolation, impacting their overall quality of life, which I review in the following article. Tyler R, Perreau A, Mohr AM, Ji H, Mancini PC (2019). An Exploratory Step Toward Measuring the 'Meaning of Life' in Patients with Tinnitus and in Cochlear Implant Users. J Am Acad Audiol. 2019 Sep 27. doi: 10.3766/jaaa.19022; Tyler, R. S. & Baker, L. J. (1983). Difficulties

experienced by tinnitus sufferers. Journal of Speech and Hearing Disorders, 48(2): 150-154.

### c.    Tinnitus and Sleep

Sleep is one common issue for patients with tinnitus. Lack of good sleep impacts many daily life activities, and therefore quality of life. Sleeping is meant to occur in a quiet space. With the tinnitus, there is no quiet. Lack of sleep due to tinnitus can be very challenging and interfere with productivity and socialization.

### d.    Hyperacusis

Hyperacusis is when moderately intense sounds are very loud and sounds may evoke a pain sensation. Other terms have been used in the literature, including hypersensitivity, misophonia, select-sound sensitivity, decreased sound tolerance, phonophobia. Examples of sounds reported include doors closing, dishes clanging together, and dogs barking. Tyler, R. S., Pienkowski, M., Roncancio, E. R., Jun, H. J., Brozoski, T., Dauman, N., Coelho, C. B., Andersson, G., Keiner, A. J., Cacace, A., Martin, N., & Moore, B. C. J. (2014). A Review of hyperacusis and future directions:  Part I. Definitions and manifestations. Am J Audiol, 23(4):402-19. PMID: 25104073; Pienkowski, M., Tyler, R. S., Roncancio, E. R., Jun, H. J., Brozoski, T., Dauman, N., Coelho, C. B., Andersson, G., Keiner, A. J., & Cacace, A. T. (2014). A review of hyperacusis and future directions: part II. Measurement, mechanisms, and treatment. Am. J. Audiol., 23(4), 420-436

### e.    Treatment of Tinnitus and Hyperacusis

There is no cure for tinnitus. Patients must learn to live with it. Tinnitus can interfere with thoughts and emotions, hearing, sleep, and concentration. Patients can receive counseling in these areas. There are wearable sound-therapy devices (some together with hearing aids), that produce some noise, such as waterfalls, that attempts to make the tinnitus less noticeable. This can be helpful but does not make the tinnitus go away. Patients still must learn to live with it.

There is no cure for hyperacusis. Patients must learn to live with it. Hearing protection can be worn in everyday situations, but this then interferes with hearing, understanding speech and hearing warning sounds.

## 5.    General Causation Opinions

In forming my opinion that, to a reasonable degree of audiological certainty, defects in the CAEv2 were the direct and proximate cause and/or were a substantial contributing factor of, Plaintiff's hearing damage and related auditory injuries, I rely upon the general causation opinions of the General Experts in their entirety. With the background of my education, training, and experience, I also reviewed and

considered the Flange Report, CID Report, design drawings of the CAEv2, and other documents in forming my opinion that the CAEv2 is defective in that it does not adequately fit, seal, and maintain a continued seal sufficient to protect against hearing damage. Specifically, these defects include that: the CAEv2 was too short for proper insertion; contained an opposing, non-inserted end with basal edges and material that contacted and/or deformed against the outer ear; contained a hard, stiff, and excessively wide adapter stem component which failed to adequately accommodate the dynamic human ear canal; and, as a result, had a propensity to imperceptibly loosening over excessively short duration. Based on the CID Report, testimony of 3M employees and former employees, and other internal 3M documents, 3M did not provide this information to the military.

I have examined and inserted the CAEv2 earplugs into my ear canals, as well as many other hearing protection used by the military.

## 6.   Plaintiff's History & Background

As in my clinical practice and explained further below, I conducted a differential diagnosis of Plaintiff in arriving at my specific causation opinions. I considered and relied upon all of the below and everything contained on my Materials Considered List, Exhibit A.

### a.   **Military History and Noise Exposure**

Ms. Roper served in the military from 2001 to 2018. She reports military noise exposure to weapons and heavy vehicles.

### b.   **Non-Military Noise Exposure**

The only noise-producing devices and/or activities outside of Ms. Roper's military service identified is listening to music and infrequently attending sporting events. This non-military noise exposure did not contribute to her tinnitus or hyperacusis.

### c.   **Non-Military Occupations**

Her non-military occupational history include employment at the following locations:

- Department of Veterans Affairs – Loan Technician
- Missile Defense Agency – HR Specialist

These jobs did not contribute to her tinnitus or hyperacusis.

### d.   **Health History and Other Injuries**

Plaintiff's health records document numerous health conditions. It is noted she had:

7

- Sleep Apnea
- Left and Right Ankle Tendonitis
- Polycystic Ovarian Syndrome
- Gastroesophageal Reflux Disease
- Chronic Constipation
- Gallbladder Disorder
- Right and Left Foot Hallux Valgus

None of these medical conditions are causes of tinnitus or hyperacusis. However, the emotional impact of her tinnitus and hyperacusis might make it more difficult for her to deal with these conditions.

### e.    Medications

I have reviewed all medications contained within Plaintiff's extensive records, including but not limited to:

- Oxycodone-Acetaminophen
- Trazodone Hydrochloride
- Guaifenesin/Pseudoephedrine Hydrochloride
- Escitalopram
- D-Methorphan
- Ibuprofen
- Nyquil Severe Cold-Flu
- Diclofenak 1%
- Axithrmycin
- Cyclobenzaprine
- Cepacol
- Guaiefenesin
- Hydrocodone Bit/Acetaminophen
- Diphenhydramine
- Phenylephrine
- Plan B 1-Step
- Metformin
- Metronidazol
- Meloxicam
- Methocarbamol
- Sertraline Hydrochloride
- Fluconazole
- Albuterol Sulfate
- Benzonatate
- Pantoprazole Sodium
- Amoxicillin Trihydrate/Potassium Clavulate
- Pseudoephedrine Hydrochloride
- Naproxin
- Liquifilm
- Tears Renewed
- Aspirin
- Ciotrimazole
- Omeprazole
- Cyanocobalamin
- Trazodine Hydrochloride
- Wellbutrin XL
- Topramate
- Doxycycline HYC
- Duloxetine Hydrochloride
- Diclomine
- Polyethylene

8

- Colyte
- Golytely
- Linzess
- Nonoxynol 9
- DTP Vaccine
- Varicella Virus Vaccine
- NatalCare Plus/ Prenatal Plus tablet
- Ferrous Sulf
- Acetaminiphen
- Docusate
- Dibucaine
- Glycerin/Witch Hazel Leaf
- Lanolin Ointment
- Magnesium Hydroxide
- Fentanyl Cytrate
- Bupivacaine Hydrochloride
- Dyphenhydramine Hydrochloride
- Lidocaine Hydrochloride
- Nalbuphine Hydrochloride
- Ropivacaine Hydrochloride
- Misoprostol
- Oxytocin/Normal Saline
- Terbutaline Sulfate
- Ondansetron
- Pyridoxine
- Promethazine
- Pseudoephedrine Hydrochloride
- Macrobid Eq
- Metronidazol
- Bacitracin
- Sulfamethox/trimeth
- Ortho Try-Ceclen
- Zolmitriptan
- Promethazine Hydrochloride
- Z-ranitidine
- Promethazine Hydrochloride
- Metroclopramide
- Pseudoephedrine Hcl/Chlorpheniramine Maleate

Given these medications, her limited ingestion, and the timing of ingestion, I did not find these to bear any significance on Ms. Roper's tinnitus or hyperacusis.

### f.     Alcohol, Drug, Tobacco Use

Ms. Roper is not a problem drinker. She also does not have an extensive history of smoking or drug use. Regardless, these are not known to cause tinnitus or hyperacusis.

### g.     Family History of Tinnitus or Hyperacusis

She reports no family history of tinnitus or hyperacusis.

## 7.     Tinnitus and Hyperacusis

Based on all available records and Plaintiff's reports, she had no complaints of tinnitus prior to entering the military. Instead, Ms. Roper first began experiencing tinnitus in approximately 2014 to 2015.

Ms. Roper experiences her tinnitus as a "weird type of feeling" in her ear that

at times hurts, aches, and itches. [Dep. 91:1-23]. This feeling also sometimes presents as pressure within her ear. [*Id.*]. Ms. Roper typically experiences her tinnitus in the presence of loud noises. [Dep. 91:16-92:7]. In an attempt to reduce occurrences of tinnitus, Ms. Roper now stays away from loud noises. [Dep. 92:15-18]. This prevents her from enjoying activities where she knows there will be large crowds. [Dep. 102: 10-14]. Additionally, Ms. Roper's tinnitus has woken her up while sleeping. [Dep. 101:10-12].

## 8.   Remote Examination

On March 28, 2022, I remotely interviewed Ms. Roper. I reviewed her records and questioned her about her noise exposure, use of hearing protection, difficulties resulting from tinnitus, hyperacusis and other related issues.

### a.   Tinnitus

Ms. Roper noted that the ringing in her ears comes and goes, occurring approximately five times a month. The ringing can last all day and will sometimes interfere with her sleep. Ms. Roper tries to use music to drown out the ringing in her hears.

### b.   Hyperacusis

Ms. Roper stated that her ears are very sensitive to sounds. She will refuse to go inside places if she is worried there will be loud sounds present. Ms. Roper identified dishes making noise in the kitchen as a problematic source of sound for her, which is common for individuals suffering from hyperacusis. Ms. Roper stated that even when she is upstairs, the sound from dishes making noise can cause her discomfort. Another example of a sound that particularly bothers Ms. Roper is the sudden shutting of the microwave door in the kitchen. Sounds with rapid rise times very commonly cause discomfort to an individual suffering from hyperacusis. Finally, Ms. Roper indicated that she has become somewhat of a homebody, as she does not like to be in a crowd: "I just keep to myself at home."

## 9.   Defense Examination

The Atlanta Hearing Associates performed an evaluation on March 15, 2022. The evaluation documents the presence of tinnitus.

## 10.   Specific Causation Opinions

As in my clinical practice, I performed a differential diagnosis to determine the cause of Plaintiff's tinnitus, hyperacusis and related auditory injuries based on my training, experience, the materials reviewed, and the remote examination I conducted.

I considered a variety of potential causes of Plaintiff's acquired hearing damage and related auditory injuries including, but not limited to, noise exposure, hearing protection device use, ototoxicity, age, significant head trauma, vascular injury or ear infections, sudden sensorineural hearing loss, acoustic neuroma, auto-immune disorders, neoplastic disorders, metabolic conditions, otosclerosis, otitis media, Meniere's disease, otitis media, obstruction of the ear canal, tympanic membrane perforation, cholesteatoma, tympanosclerosis, and other potential co-morbidities and health conditions. I ruled out all of these and other conditions contained in the health records and discovery some of which I explain below.

Based on the pertinent records and data, I considered and then ruled out the potential causes as detailed below until I arrived at one cause within a reasonable degree of audiological and scientific certainty: the inadequate protection of the CAEv2 caused Ms. Roper's tinnitus, hyperacusis and related auditory injuries. These conditions are permanent, likely to progress, and greatly impact her quality of life and exacerbate and aggravate her other medical conditions.

Head trauma: She has no significant head trauma contributing to her tinnitus and hyperacusis.

Ototoxic Medication: She has no significant use of ototoxic medications that contributed to her tinnitus or hyperacusis.

Congenital hearing loss: There is no reported family history of genetic hearing loss.

Hearing Protection Devices: Ms. Roper does not recall when she was issued her CAEv2 devices, but does recall that it was prior to her diagnosis of tinnitus in 2018.

Other health conditions: She has no other health condition that could have contributed to her tinnitus or hyperacusis.

Acoustic neuroma: There is no evidence to suggest she has a tumor on one of her hearing nerves.

In conclusion, Ms. Roper's tinnitus and hyperacusis are directly related to her use of CAEv2. These conditions are permanent, will likely progress, and will require future treatment. Her tinnitus and hyperacusis will have a negative impact of her quality of life and emotional state, her ability to communicate with others, her sleep, and her ability to focus on tasks. It will also interfere with her ability to accommodate to any other health issue she has now or might have to deal with in the future.

Relying upon the general causation opinions of the General Experts, and my knowledge and experience concerning hearing protection devices, I find that there

11

were safer alternative hearing protection devices available to Plaintiff during her military service. Based upon my review of Plaintiff's military and non-military noise exposure, injuries, and the progression of those injuries, it is my opinion to a reasonable degree of audiological certainty that Plaintiff could have significantly reduced or prevented tinnitus, hyperacusis and related injuries if she had used one or more of those available alternative products instead of the CAEv2 during her military service.

I reserve the right to amend and/or supplement my opinions based on any new material, information, evidence, or testimony in this case.

Richard S. Tyler

Richard Tyler, PhD
6-30-22
Date

12

**EXHIBIT A**

1. Deposition of Shanika Roper Taken February 1, 2022

2. Defendant Produced DME Data of Shanika Roper

3. DOEHRS Data from MDL Centrality

4. Plaintiff Medical Records, Bates numbered:
   3M_ROPER_S000242-000243
   3M_ROPER_S000342-000343
   3M_ROPER_S000906-000907
   3M_ROPER_S001323-001326
   3M_ROPER_S001824-001825
   3M_ROPER_S002196-002197
   3M_ROPER_S002766-002796
   3M_ROPER_S002998
   3M_ROPER_S003256
   3M_ROPER_S003296-003297
   3M_ROPER_S004052
   3M_ROPER_S004197
   3M_ROPER_S004209
   3M_ROPER_S004445
   3M_ROPER_S005235
   3M_ROPER_S005606-005607

## **EXHIBIT B**

CARVER COLLEGE OF MEDICINE CURRICULUM VITAE

Richard S T ler

Februa ry2022

## I. EDUCATIONAL AND PROFESSIONAL HISTORY

### A. List of institutions attended (earliest to most recent)

| | |
|---|---|
| 1971 | (Science) - University of Windsor, Windsor, Ontario, Canada |
| 1974 | BSc (Communication Disorders) - University of Western Ontario, London, Ontario, Canada |
| 1975 | MSc (Audiology) - University of Western Ontario, London, Ontario, Canada |
| 1978 | PhD (Psychoacoustics) - University of Iowa, Iowa City, Iowa, United States |

### Licensures

| | |
|---|---|
| 1986 - Present | State of Iowa Certificate of Licensure (Audiology, State of Iowa |

### Certifications

| | |
|---|---|
| 1985 - Present | Certificate of Clinical competence (Audiology), American Speech-Language-Hearing Association |

### B. Professional Development Activities

### C. Employment History

| | |
|---|---|
| 1978 - 1980 | Staff Scientist Phychoacoustician/Audiologist<br>Medical Research Council, Institute of Hearing Research, Nottingham, United Kingdom |
| 1980_ 1981 | Scientist-In-Charge, Nottingham Clinical Outstation<br>Medical Research Council, Institute of Hearing Research, Nottingham, United Kingdom |
| 1981 - 1984 | Assistant Professor, Director of Audiology<br>The University of Iowa, Department of Otolaryngology-Head and Neck Surgery, Department of Speech Pathology and Audiology |
| 1984 - 1987 | Associate Professor, Director of Audiology<br>The University of Iowa, Department of Otolaryngology-Head and Neck Surgery, Department of Speech Pathology and Audiology |
| 1987 - Present | Professor, Director of Audiology<br>The University of Iowa, Department of Otolaryngology-Head and Neck Surgery, Department of Communications Sciences and Disorders |

### D. Honors, Awards, Recognitions, Outstanding Achievements

| | |
|---|---|
| 1970 | Windsor Coaches Association Bursary |

| 1973 | Bursary - ATA Trucking Industry Education Foundation |
|---|---|
| 1974 | Faculty Association Scholarship - University of Western Ontario |
| 1974 | University Gold Medal - University of Western Ontario |
| 1975 | Special University Scholarship - University of Western Ontario |
| 1979 | Swedish Institute Guest Scholarship |
| 1980 | TS Littler Prize - British Society of Audiology |
| 1981 | Visiting Fellow Awards - Commission of the European Communities |
| 1983 | 3M Faculty Grant |
| 1986 | Burrows Welcome Research Travel Grant |
| 1986 | NATO Collaborative Research Grant |
| 1987 | Visiting Research Fellow - MacQuarrie University, Australia |
| 1988 | Honorary Professor - Jinzhou Medical University, China |
| 1988 | Who's Who in Entertainment |
| 1988 | World Rehabilitation Fund International Exchange of Experts and Information in Rehabilitation (IEEIR) Fellowship |
| 1989 | Honorary Visiting Fellow in Audiology - MacQuarrie University, Australia |
| 1994 | American Tinnitus Association Special Recognition Award |
| 2005 | The National Academies Institute of Medicine Committee Member on Noise and Military Service: Implications for Hearing Loss and Tinnitus |
| 2008 | Editors Award - American Speech-Language and Hearing Association |
| 2009 | Invited member Food and Drug Administration: Ear, Nose and Throat Devices Advisory Panel |
| 2009 - 2011 | World Health Organization Panel on 'Burden of disease from environmental noise', Environmental noise and tinnitus |
| 2011 - 2012 | Committee for Revision of the Veterans Administration Schedule for Rating Disabilities (hearing loss and tinnitus; only non-VA member;) |
| 2013 | Consultant for USA Bureau of Consumer Protection, Federal Trade Commission |
| 2016 | Honorary Professorship for Contributions to Cochlear Implant field - Società di Medicina e Scienze Naturali di Universita di Parma |
| 2021 | College of Medicine, University of Iowa |

## II. TEACHING

### A. Teaching assignments

**Classroom, Seminar, Teaching Laboratory**

| 2010-present | Music Apps, High-fidelity Sound and Hearing |
|---|---|
| 1993-present | Basic Science: Tinnitus |
| 1993-2014 | Basic Science: Cochlear Implants; Implantable Hearing Aids |
| | Basic Science: Research, Publishing & Scientific Integrity |

| | |
|---|---|
| 1993-present | Annual Seminar, Management of the Tinnitus & Hyperacusis Patient |
| 1995-2006 | Seminar in Audiology: Cochlear implants |
| | Speech and Hearing Processes Tinnitus |
| | Hearing Aids Models of Hearing |
| | Biomedical Engineering Seminar |
| | Seminars in Clinical Audiology Auditory |
| | Evoked Potentials Cochlear Implants |
| | Refresher Courses for Family Physicians |
| | Lectures on Aging in Bio-medical Engineering Department Audiology |
| | teaching to residents and staff |
| 1996 | Basic Science: Basic Acoustics /Psychoacoustics |
| 1996 | Basic Science: Cochlear Implants |
| 1996 | Basic Science: Research, Publishing & Scientific Integrity |
| 1997 | Basic Science: Basic Acoustics /Psychoacoustics |
| 1997 | Basic Science: Cochlear Implants |
| 1997 | Basic Science: Research, Publishing & Scientific Integrity |
| 1997 | Basic Science: Tinnitus |
| 1997 | Seminar in Audiology: Cochlear implants |
| 1998 | Basic Science: Basic Acoustics /Psychoacoustics |
| 1998 | Basic Science: Cochlear Implants |
| 1998 | Basic Science: Research, Publishing & Scientific Integrity |
| 1999 | Basic Science: Basic Acoustics /Psychoacoustics |
| 1999 | Basic Science: Cochlear Implants |
| 1999 | Basic Science: Research, Publishing & Scientific Integrity |
| 1996 – 2000 | Basic Science: Research, Publishing & Scientific Integrity |
| 2000 | Basic Science: Basic Acoustics /Psychoacoustics |
| 2000 | Basic Science: Cochlear Implants |
| 2000 | Basic Science: Research, Publishing & Scientific Integrity |
| 2000 | Seminar in Audiology: Tinnitus treatment |
| 2001 | Seminar in Audiology: Tinnitus treatment |
| 2002 | Basic Science: Basic Acoustics /Psychoacoustics |
| 2002 | Basic Science: Cochlear Implants |
| 2002 | Basic Science: Research, Publishing & Scientific Integrity |
| 1996-2018 | Basic Science: Tinnitus |
| 2003 | Basic Science: Basic Acoustics /Psychoacoustics |
| 2003 | Basic Science: Cochlear Implants |
| 2003 | Basic Science: Research, Publishing & Scientific Integrity |
| 2013 – 2018 | Music Apps, High Fidelity Sound and Hearing |

|  | Audiology teaching to residents and staff |
|--|--|
|  | Auditory Evoked Potentials |
|  | Basic Science for Otolaryngology Residents |
|  | Biomedical Engineering Seminar |
|  | Cochlear Implants |
|  | Hearing Aids |
|  | Hearing and Noise |
|  | Introductory and Advanced Audiology |
|  | Introductory and Advanced Hearing Science |
|  | Lectures on Aging in Bio-medical Engineering Department |
|  | Models of Hearing |
|  | Refresher Courses for Family Physicians |
|  | Seminars in Clinical Audiology |
|  | Speech and Hearing Processes |
| 2018 | Hearing Loss and Tinnitus in Agriculture (Occupational Medicine) |

### Clinical Teaching

| 2004–present | Basic Science: Cochlear Implants Tinnitus, Implantable Hearing Aids |
|--|--|
| 2013-present | Tinnitus and Hyperacousis Treatments |
| 2010 – 2012 | IPods, High-fidelity Music and Hearing |

## B. Student Supervision (* indicates chair of the committee)

### Clinical Fellows

| 1988 – 1989* | Kazou Murai, MD - Pharmacology of Tinnitus<br>*Visiting Fellow, Morioka, Iwate, Japan* |
|--|--|
| 1988 – 1989* | James Stouffer - PhD - Tinnitus Stat<br>*Residence, London, Ontario, Canada* |
| 1990* | F Bergeron, MSc - Cochlear Implant Selection Criteria<br>*Visiting Fellow, from Charlesbourg, Quebec, Canada* |
| 1993* | Philippe Hubert - Cochlear Implants<br>*Visiting Fellow, from Bordeaux, France* |
| 1995 - 1996* | Zhengguo Zhang, PhD - Cohclear Implants in Children<br>*Visiting fellow from Beijing, China* |
| 1995 - 1996* | Rafael Quinonez - Iowa Cochlear Implant Clinical<br>*visiting fellow, University of Iowa* |
| 2000* | Richard Van Housel, PhD - Codependent Binaural Cochlear Implants<br>*Visiting Fellow from The University of Melbourne, Australia* |

| | |
|---|---|
| 2000 - 2001* | John Preece, PhD - Tinnitus and Cochlear Implants |
| 2002 | Shigeyo Nagase - Cochlear Implants<br>*Visiting Fellow from Tokyo Medical University, Japan* |
| 2004 - 2005* | Sang-Hee Park - Cochlear Implants<br>*visiting Fellow from Korea* |
| 2005* | William Noble, PhD - Binaural Hearing tinnitus<br>*Visiting Fellow from the University of New England, Armidale, Australia* |
| 2004 - 2006* | Claudia Coelho, MD - Hyperacusis<br>*Visiting Fellow from Brazil* |
| 2006 – 2007* | Pan Tao, MD - Cochlear Implants tinnitus<br>*Visiting Fellow from People's Republic of China* |
| 2007 – 2009* | Son Chang, MD - Cochlear Implants Tinnitus<br>*visiting fellow from Korea* |
| 2009 – 2011* | Monika Kordus, PhD - Cochlear Implants and hearing aids<br>*visiting fellow from Poland* |
| 2011 – 2015 | Wenjia Dai, MD - Cochlear Implants<br>*Visiting Fellow from China* |
| 2015-2017 | *Aniruddha Deshpande, Ph.D.* |
| 2018-2019 | *Patrica Mancini, PhD*<br>Medical School,<br>Universidade Federal de Minas Gerais, Brazil |
| 2019-2020 | Mohamad Salah Elgandy<br>Egypt |

## Graduate Students

Aaron Parkinson - Graduate - PhD
*Passed*

Ann Perreau - Graduate - PhD
*Passed*

Charissa Lansing - Graduate - PhD
*Passed*

Hua Ou - Graduate - PhD
*Passed*

John Preece - Graduate - PhD
*Passed*

K Kavanagh - Graduate - MSc
*Passed*

M Shailer - Graduate - MSc
*Passed*

**Other**

2005 – 2006          Inas Ramadan, MD - Cochlear Implants Tinnitus
                     *Visiting Fellow from Egypt*

2012 - 2015          Eveling Rojas, MD - Tinnitus
                     *visiting Fellow from Columbia*

## III. SCHOLARSHIP/PROFESSIONAL PRODUCTIVITY

### A. Publications or creative works (earliest to most recent)

#### Peer-reviewed papers and journal articles

1. Tyler RS. Temporal integration and cochlear hearing loss, Human Communication. 1976;1:9-24.

2. Tyler RS, Small AM. Two-tone suppression in backward masking, The Journal of the Acoustical Society of America. 1977 July;62(1):215-218. doi: 10.1121/1.381489.

3. Tyler RS, Dalzell LE. Derived whole nerve action potentials in response to low frequency stimuli, Human Communication. 1977;2:159-168.

4. Yovetich WS, Booth JC, Tyler RS. The effect of dysfluencies on attention in stutterers and non stutterers, Human Communication. 1977;2:29-36.

5. Tyler RS, Small AM. Two tone suppression in backward masking, Journal of the Acoustical Society of America. 1977;62:215-218.

6. Small AM, Tyler RS. Additive masking effects of noise bands of different levels., The Journal of the Acoustical Society of America. 1978 March;63(3):894-904. PMID:670557.

7. Tyler RS. Unmasking Effects Produced by Combination Tones, The Journal of the Acoustical Society of America. 1978 December;64(6):1731-1732. doi: 10.1121/1.2033240.

8. Tyler RS, Small AM, Abbas PJ. Unmasking produced by combination tones., The Journal of the Acoustical Society of America. 1979 August;66(2):379-87. PMID:512201.

9. Tyler RS. Measuring hearing loss in the future., British journal of audiology. Supplement. 1979 November;2: 29-40. PMID:294303.

10. Tyler RS, Coles R, Haggard MP. Tinnitus Research and Treatment; The Role of the Institute of Hearing Research, Tinnitus Association. 1979.

11. Tyler RS. Combination tones and unmasking., Hearing research. 1980 June;2(3-4):357-68. PMID:7410240.

12. Tyler RS, Wood EJ. A comparison of manual methods for measuring hearing levels., Audiology : official organ of the International Society of Audiology. 1980;19(4):316-29. PMID:7378026.

13. Tyler RS, Fernandes MA, Wood EJ. Masking, temporal integration and speech intelligibility in listeners with noise induced hearing loss, Journal Academic Press. 1980.

14. Tyler RS, Summerfield AQ. Psychoacoustical and phonetic measures of temporal processing in normal and hearing impaired listeners, Delft University Press. 1980.

15. Shailer MJ, Tyler RS, Coles RR. Critical masking bands for sensorineural tinnitus., Scandinavian audiology. 1981;10(3):157-62. PMID:7302523.

16. Tyler RS. Invited discussant, Tinnitus. 1981:136-137.

17. Tyler RS, Lindblom B. Preliminary study of simultaneous-masking and pulsation-threshold patterns of vowels, The Journal of the Acoustical Society of America. 1982 January;71(1):220-223. doi: 10.1121/1.387354.

18. Tyler RS, Wood EJ, Fernandes M. Frequency resolution and hearing loss., British journal of audiology. 1982 February;16(1):45-63. PMID:7055654.

19. Tyler RS, Fernandes MA, Wood EJ. Masking of pure tones by broad-band noise in cochlear-impaired listeners., Journal of Speech and Hearing Research. 1982 March;25(1):117-24. PMID:7087412.

20. Tyler RS. Reger, Scott N.1901–1982, The Journal of the Acoustical Society of America. 1982 August;72(2):644-644. doi: 10.1121/1.388151.

21. Tyler RS, Conrad-Armes D. Spontaneous acoustic cochlear emissions and sensorineural tinnitus., British journal of audiology. 1982 August;16(3):193-4. PMID:7171874.

22. Tyler RS, Summerfield Q, Wood EJ, Fernandes MA. Psychoacoustic and phonetic temporal processing in normal and hearing-impaired listeners., The Journal of the Acoustical Society of America. 1982 September;72(3):740-52. PMID:7130532.

23. Hall JW, Tyler RS, Fernandes MA. Monaural and binaural auditory frequency resolution measured using bandlimited noise and notched-noise masking., The Journal of the Acoustical Society of America. 1983 March;73(3):894-8. PMID:6841815.

24. Tyler RS, Conrad-Armes D. The determination of tinnitus loudness considering the effects of recruitment., Journal of speech and hearing research. 1983 March;26(1):59-72. PMID:6865383.

25. Tyler RS, Baker LJ. Difficulties experienced by tinnitus sufferers., The Journal of speech and hearing disorders. 1983 May;48(2):150-4. PMID:6621006.

26. Tyler RS, Conrad-Armes D. Tinnitus pitch: a comparison of three measurement methods., British journal of audiology. 1983 May;17(2):101-7. PMID:6626779.

27. Tyler RS, Baker LJ, Armstrong-Bednall G. Difficulties experienced by hearing-aid candidates and hearing-aid users., British journal of audiology. 1983 August;17(3):191-201. PMID:6357328.

28. Tyler RS, Wood EJ, Fernandes M. Frequency resolution and discrimination of constant and dynamic tones in normal and hearing-impaired listeners., The Journal of the Acoustical Society of America. 1983 October;74(4):1190-9. PMID:6643841.

29. Tyler RS, Smith PA. Sentence identification in noise and hearing-handicap questionnaires., Scandinavian audiology. 1983;12(4):285-92. PMID:6665513.

30. Tyler RS, Holland SJ, Harker LA, Gantz BJ. The relationship between pure tone thresholds and psychoacoustical tuning curves in the hearing impaired: Preliminary findings, Springer-Verlag. 1983.

31. Hall JW, Tyler RS, Fernandes MA. Factors influencing the masking level difference in cochlear hearing-impaired and normal-hearing listeners., Journal of speech and hearing research. 1984 March;27(1):145-54. PMID:6717000.

32. Tyler RS, Conrad-Armes D. Masking of tinnitus compared to masking of pure tones., Journal of speech and hearing research. 1984 March;27(1):106-11. PMID:6716994.

33. Tyler RS, Conrad-Armes D, Smith PA. Postmasking effects of sensorineural tinnitus: a preliminary investigation., Journal of speech and hearing research. 1984 September;27(3):466-74. PMID:6482416.

34. Tyler RS, Hall JW, Glasberg BR, Moore BC, Patterson RD. Auditory filter asymmetry in the hearing impaired., The Journal of the Acoustical Society of America. 1984 November;76(5):1363-8. PMID:6512098.

35. Kavanagh KT, Harker LA, Tyler RS. Auditory brainstem and middle latency responses. I. Effect of response filtering and waveform identification. II. Threshold responses to a 500-HZ tone pip., The Annals of otology, rhinology & laryngology. Supplement. 1984;108:1-12. PMID:6421220.

36. McCabe BF, Tyler RS, Gantz BJ, Lowder MW, Otto SR, Preece JP. Preliminary assessment of the Los Angeles, Vienna and Melbourne cochlear implants., Acta oto-laryngologica. Supplementum. 1984;411:247-53. PMID:6596849.

37. Tyler RS, Lowder MW, Otto SR, Preece JP, Gantz BJ, McCabe BF. Initial Iowa results with the multichannel cochlear implant from Melbourne., Journal of speech and hearing research. 1984 December;27(4):596-604. PMID:6549200.

38. Gantz BJ, Tyler RS, McCabe BF, Preece J, Lowder MW, Otto SR. Iowa cochlear implant clinical project: results with two single-channel cochlear implants and one multi-channel cochlear implant., The Laryngoscope. 1985 April;95(4):443-9. PMID:3838565.

39. Gantz BJ, Tyler RS. Cochlear implant comparisons., The American journal of otology. 1985 November;Suppl:92-8. PMID:3878092.

40. Tyler RS, Gantz BJ, McCabe BF, Lowder MW, Otto SR, Preece JP. Audiological results with two single channel cochlear implants., The Annals of otology, rhinology, and laryngology. 1985;94(2 Pt 1):133-9. PMID:3838870.

41. Summerfield Q, Foster J, Tyler R, Bailey PJ. Influences of formant bandwidth and auditory frequency selectivity on identification of place of articulation in stop consonants, Speech Communication. 1985;4:213-229.

42. Gantz BJ, Tyler RS, McCabe BF, Preece JP, Lowder MW, Otto SR. Initial results with two single channel cochlear implants, Raven Press. 1985.

43. Tyler RS. Book Review: Artificial Auditory Stimulation TheoriesArtificial Auditory Stimulation TheoriesKeidelW. D. and FinkenzellerP., eds. Hard cover, 58 illustrations, indexed, 151 pages, 1984. Karger, Basel, Switzerland, $75., Annals of Otology, Rhinology & Laryngology. 1986 January;95(1):109-109. doi: 10.1177/000348948609500124.

44. Tyler RS. Book Review: Hearing Science: Recent Advances Hearing Science: Recent Advances BerlinC., ed. Speech, Language, and Hearing Science Series, Daniloff Raymond G., editor-in-chief. Hard cover, illustrated, indexed, 477 pages, 1984. College-Hill Press, San Diego, $49.50., Annals of Otology, Rhinology & Laryngology. 1986 March;95(2):214-214. doi: 10.1177/000348948609500229.

45. Report of the Ad Hoc Committee on Cochlear Implants., ASHA. 1986 April;28(4):29-52. PMID:3754752.

46. Tyler RS, Preece JP, Lansing CR, Otto SR, Gantz BJ. Previous experience as a confounding factor in comparing cochlear-implant processing schemes., Journal of speech and hearing research. 1986 June;29(2):282-7. PMID:3755194.

47. Tyler RS. Book Review: The Auditory Brainstem ResponseThe Auditory Brainstem ResponseJacobsonJohn T., ed. Hard cover, illustrated, indexed, 415 pages, 1985. San Diego, College Hill Press, $39.50., Annals of Otology, Rhinology & Laryngology. 1986 July;95(4):437-437. doi: 10.1177/000348948609500427.

48. Tyler RS, Tye-Murray N. Frequency resolution measured by adaptively varying the notch width: Results from normals and hearing impaired, Plenum Press. 1986:323-330.

49. Tyler RS, Davis JM, Lansing CR. Cochlear implants in young children., ASHA. 1987 April;29(4):41-9. PMID:3580030.

50. Bentler RA, Tyler RS. Tinnitus management., ASHA. 1987 May;29(5):27-32. PMID:3593456.

51. Lusk RP, Tyler RS. Hazardous sound levels produced by extracorporeal shock wave lithotripsy., The Journal of urology. 1987 June;137(6):1113-4. PMID:3586138.

52. MacAllister C, Qualls C, Tyler R, Root CR. Multiple myeloma in a horse., Journal of the American Veterinary Medical Association. 1987 August;191(3):337-9. PMID:3654300.

53. LaMarte FP, Tyler RS. Noise-induced tinnitus., AAOHN journal : official journal of the American Association of Occupational Health Nurses. 1987 September;35(9):403-6. PMID:3650081.

54. McCabe BF, Tyler RS. An international test battery for cochlear implant patients., Acta oto-laryngologica. 1987;103(5-6):637-9. PMID:3618193.

55. Gantz BJ, McCabe BF, Tyler RS. Use of multichannel cochlear implants in obstructed and obliterated cochleas., Otolaryngology--head and neck surgery : Journal of American Academy of Otolaryngology-Head and Neck Surgery. 1988 January;98(1):72-81. PMID:3124055.

56. Tye-Murray N, Tyler RS. A critique of continuous discourse tracking as a test procedure., The Journal of speech and hearing disorders. 1988 August;53(3):226-31. PMID:3294503.

57. Tyler RS. Open-set word recognition with the Duren/Cologne extracochlear implant., The Laryngoscope. 1988 September;98(9):999-1002. PMID:3412098.

58. Gantz BJ, Tyler RS, Knutson JF, Woodworth G, Abbas P, McCabe BF, Hinrichs J, Tye-Murray N, Lansing C, Kuk F. Evaluation of five different cochlear implant designs: audiologic assessment and predictors of performance., The Laryngoscope. 1988 October;98(10):1100-6. PMID:3172957.

59. Tyler RS. Open-set word recognition with the 3M/Vienna single-channel cochlear implant., Archives of otolaryngology--head & neck surgery. 1988 October;114(10):1123-6. PMID:3415819.

60. Tyler RS, Iler-Kirk K, Tye-Murray N. Simultaneous and forward masking patterns of a formant transition, Academic Press. 1988:440-447.

61. Tyler RS. The auditory representation of vowels as inferred from psychoacoustical masking patterns, Journal of Phonetics. 1988;16:125-137.

62. Tyler RS. Book Review: Rehabilitative Audiology: Children and AdultsRehabilitative Audiology: Children and AdultsAlpinerJerome G. and McCarthyPatricia A., editors. Hard cover, illustrated, indexed, 533 pages, 1987. Williams & Wilkins, Baltimore, $36.50., Annals of Otology, Rhinology & Laryngology. 1989 April;98(4):322-322. doi: 10.1177/000348948909800418.

63. Kuk FK, Tyler RS, Rustad N, Harker LA, Tye-Murray N. Alternating current at the eardrum for tinnitus reduction., Journal of speech and hearing research. 1989 June;32(2):393-400. PMID:2786979.

64. Tyler RS, Kuk FK. The effects of "noise suppression" hearing aids on consonant recognition in speech-babble and low-frequency noise., Ear and hearing. 1989 August;10(4):243-9. PMID:2619801.

65. Tye-Murray N, Tyler RS. Auditory consonant and word recognition skills of cochlear implant users., Ear and hearing. 1989 October;10(5):292-8. PMID:2792582.

66. Tyler RS, Stouffer JL, Schum R. Audiological rehabilitation of the tinnitus client, Journal of the Academy of Rehabilitative Audiology. 1989;22:30-42.

67. Tye-Murray N, Tyler RS, Bong B, Nares T. Computerized laser videodisc programs for training speechreading and assertive communication behaviors, Journal of the Academy of Rehabilitative Audiology. 1989;21:143-152.

68. Tyler RS, Tye-Murray N, Moore BC, McCabe BF. Synthetic two-formant vowel perception by some of the better cochlear-implant patients., Audiology : official organ of the International Society of Audiology. 1989;28(6):301-15. PMID:2532003.

69. Tyler RS, Moore BC, Kuk FK. Performance of some of the better cochlear-implant patients., Journal of Speech and Hearing Research. 1989 December;32(4):887-911. PMID:2601319.

70. Preece JP, Tyler RS. Temporal-gap detection by cochlear prosthesis users., Journal of speech and hearing research. 1989 December;32(4):849-56. PMID:2601315.

71. Tyler RS, Tye-Murray N, Otto SR. The recognition of vowels differing by a single formant by cochlear-implant subjects., The Journal of the Acoustical Society of America. 1989 December;86(6):2107-12. PMID:2532227.

72. Tyler RS. Speech perception with the nucleus cochlear implant in children trained with the auditory/verbal approach., The American Journal of Otology. 1990 March;11(2):99-107. PMID:2321696.

73. Tyler RS, He NJ. Audiology in China., ASHA. 1990 May;32(5):40-2, 95. PMID:2337424.

74. Tye-Murray N, Lowder M, Tyler RS. Comparison of the F0F2 and F0F1F2 processing strategies for the Cochlear Corporation cochlear implant., Ear and hearing. 1990 June;11(3):195-200. PMID:2358129.

75. Kuk FK, Tyler RS. Relationship between consonant recognition and subjective ratings of hearing aids., British Journal of Audiology. 1990 June;24(3):171-7. PMID:2364189.

76. Tyler RS, Kelsay D. Advantages and disadvantages reported by some of the better cochlear-implant patients., The American Journal of Otology. 1990 July;11(4):282-9. PMID:2399950.

77. Stouffer JL, Tyler RS. Characterization of tinnitus by tinnitus patients., The Journal of Speech and Hearing Disorders. 1990 August;55(3):439-53. PMID:2381186.

78. Tye-Murray N, Purdy SC, Woodworth GG, Tyler RS. Effects of repair strategies on visual identification of sentences., The Journal of speech and hearing disorders. 1990 November;55(4):621-7. PMID:2232743.

79. Kuk FK, Tyler RS, Gantz BJ, Bertschy M. Relationships among loudness indexes in cochlear-implant patients., Archives of otolaryngology--head & neck surgery. 1990 November;116(11):1320-4. PMID:2242264.

80. Tyler RS, Kuk FK. Consonant recognition and quality judgments of noise-reduction hearing aids., Acta oto-laryngologica. Supplementum. 1990;469:224-9. PMID:2356731.

81. Tye-Murray N, Tyler RS, Lansing CR, Bertschy M. Evaluating the effectiveness of auditory training stimuli using a computerized program, Volta Review. 1990;92(1):25-30.

82. Kuk FK, Tyler RS, Gantz BJ, Bertschy M. Intensity operating range measures as predictors of word-recognition ability in cochlear implant subjects., Scandinavian audiology. 1990;19(3):139-45. PMID:2237253.

83. Kuk FK, Tyler RS, Mims L. Subjective ratings of noise-reduction hearing aids., Scandinavian audiology. 1990;19(4):237-44. PMID:2075416.

84. Tyler RS. What should be implemented in future cochlear implants?, Acta oto-laryngologica. Supplementum. 1990;469:268-75. PMID:2356735.

85. Kuk FK, Tyler RS, Russell D, Jordan H. The psychometric properties of a tinnitus handicap questionnaire., Ear and hearing. 1990 December;11(6):434-45. PMID:2073977.

86. Tyler RS, Tye-Murray N, Gantz BJ. Aural rehabilitation., Otolaryngologic clinics of North America. 1991 April;24(2):429-45. PMID:1857621.

87. Stouffer JL, Tyler RS, Kileny PR, Dalzell LE. Tinnitus as a function of duration and etiology: counselling implications., The American Journal of Otology. 1991 May;12(3):188-94. PMID:1882967.

88. Speech-perception aids for hearing-impaired people: current status and needed research. Working Group on Communication Aids for the Hearing-Impaired., The Journal of the Acoustical Society of America. 1991 August;90(2 Pt 1):637-83. PMID:1939883.

89. Knutson JF, Hinrichs JV, Tyler RS, Gantz BJ, Schartz HA, Woodworth G. Psychological predictors of audiological outcomes of multichannel cochlear implants: preliminary findings., The Annals of Otology, Rhinology, and Laryngology. 1991 October;100(10):817-22. PMID:1952648.

90. Knutson JF, Schartz HA, Gantz BJ, Tyler RS, Hinrichs JV, Woodworth G. Psychological change following 18 months of cochlear implant use., The Annals of Otology, Rhinology, and Laryngology. 1991 November;100(11):877-82. PMID:1746819.

91. Tyler RS. What can we learn about hearing aids from cochlear implants?, Ear and hearing. 1991 December;12(6 Suppl):177S-186S. PMID:1794644.

92. Tyler RS, Lowder MW. Audiological management and performance of adult cochlear-implant patients., Ear, Nose, & Throat Journal. 1992 March;71(3):117-22, 125-8. PMID:1572270.

93. Tye-Murray N, Tyler RS, Woodworth GG, Gantz BJ. Performance over time with a nucleus or Ineraid cochlear implant., Ear and Hearing. 1992 June;13(3):200-9. PMID:1397761.

94. Dauman, R. & Tyler, R. S. (1993). Tinnitus suppression in cochlear implant users. Advances in Oto-Rhino-Laryngology, 48: 168-73.

95. Fryauf-Bertschy H, Tyler RS, Kelsay DM, Gantz BJ. Performance over time of congenitally deaf and postlingually deafened children using a multichannel cochlear implant., Journal of Speech and Hearing Research. 1992 August;35(4):913-20. PMID:1405546.

96. Dauman R, Tyler RS. Some considerations on the classification of tinnitus. In: Aran JM, Dauman R, eds. Proceedings of the Fourth International Tinnitus Seminar. France; Bordeaux. Kugler Publications (Amsterdam, New York) 1992:225–29.

97. Murai K, Tyler RS, Harker LA, Stouffer JL. Review of pharmacologic treatment of tinnitus., The American Journal of Otology. 1992 September;13(5):454-64. PMID:1359790.

98. Tyler RS, Opie JM, Fryauf-Bertschy H, Gantz BJ. Future directions in cochlear implants, Journal of Speech-Language-Pathology and Audiology. 1992;16(2):151-164.

99. Tyler RS, Preece JP, Lansing CR, Gantz BJ. Natural vowel perception by patients with the ineraid cochlear implant., Audiology : official organ of the International Society of Audiology. 1992;31(4):228-39. PMID:1444934.

100. Tyler RS, Aran JM, Dauman R. Recent advances in tinnitus, Am J Audiol. 1992;1(4):36-44.

101. Tyler RS, Moore BC. Consonant recognition by some of the better cochlear-implant patients., The Journal of the Acoustical Society of America. 1992 December;92(6):3068-77. PMID:1474222.

102. Tyler RS. Cochlear Implants and the Deaf Culture, Am J Audiol. 1993 March 1;2(1):26. doi: 10.1044/1059-0889.0201.26.

103. Dauman R, Tyler RS, Aran JM. Intracochlear electrical tinnitus reduction., Acta oto-laryngologica. 1993 May;113(3):291-5. PMID:8517130.

104. Tyler RS. Response to Pool and Rose, Am J Audiol. 1993 November 1;2(3):69-a. doi: 10.1044/1059-0889.0203.69b.

105. Tyler RS, Champe G. An audiovisual feature test for young deaf children in English, French, Spanish and German., Advances in oto-rhino-laryngology. 1993;48:203-6. PMID:8273480.

106. Gantz BJ, Woodworth GG, Knutson JF, Abbas PJ, Tyler RS. Multivariate predictors of success with cochlear implants., Advances in oto-rhino-laryngology. 1993;48:153-67. PMID:8273471.

107. Dauman R, Tyler RS. Tinnitus suppression in cochlear implant users., Advances in oto-rhino-laryngology. 1993;48:168-73. PMID:8273472.

108. Tyler RS. Advantages of disadvantages expected and reported by cochlear implant patients., The American Journal of Otology. 1994 July;15(4):523-31. PMID:8588608.

109. Gantz BJ, Tyler RS, Woodworth GG, Tye-Murray N, Fryauf-Bertschy H. Results of multichannel cochlear implants in congenital and acquired prelingual deafness in children: five-year follow-up., The American Journal of Otology. 1994 November;15 Suppl 2:1-7. PMID:8572105.

110. Maillet CJ, Tyler RS, Jordan HN. Change in the quality of life of adult cochlear implant patients., The Annals of Otology, Rhinology & Laryngology. Supplement. 1995 April;165:31-48. PMID:7717632.

111. Tyler RS. Tinnitus in the profoundly hearing-impaired and the effects of cochlear implants., The Annals of Otology, Rhinology & Laryngology. Supplement. 1995 April;165:25-30. PMID:7717631.

112. Gantz BJ, Tyler RS, Woodworth G. Preliminary results with the Clarion cochlear implant in postlingually deaf adults., The Annals of Otology, Rhinology & Laryngology. Supplement. 1995 September;166:268-9. PMID:7668664.

113. Brown CJ, Abbas PJ, Bertschy M, Tyler RS, Lowder M, Takahashi G, Purdy S, Gantz BJ. Longitudinal assessment of physiological and psychophysical measures in cochlear implant users., Ear and Hearing. 1995 October;16(5):439-49. PMID:8654899.

114. Kim JW, Tyler RS. An Introduction to Neural Networks for Hearing Aid Noise Recognition, Am J Audiol. 1995 November 1;4(3):20. doi: 10.1044/1059-0889.0403.20.

115. Tyler RS, Lowder MW, Parkinson AJ, Woodworth GG, Gantz BJ. Performance of adult Ineraid and Nucleus cochlear implant patients after 3.5 years of use., Audiology : official organ of the International Society of Audiology. 1995;34(3):135-44. PMID:8561691.

116. Parkinson AJ, Tyler RS, Woodworth GG, Lowder MW, Gantz BJ. A within-subject comparison of adult patients using the Nucleus F0F1F2 and F0F1F2B3B4B5 speech processing strategies., Journal of Speech and Hearing Research. 1996 April;39(2):261-77. PMID:8729916.

117. Tyler RS, Summerfield AQ. Cochlear implantation: relationships with research on auditory deprivation and acclimatization., Ear and Hearing. 1996 June;17(3 Suppl):38S-50S. PMID:8807275.

118. Kelsay DM, Tyler RS. Advantages and disadvantages expected and realized by pediatric cochlear implant recipients as reported by their parents., The American Journal of Otology. 1996 November;17(6):866-73. PMID:8915415.

119. Tyler RS, Gantz BJ, Woodworth GG, Parkinson AJ, Lowder MW, Schum LK. Initial independent results with the Clarion cochlear implant., Ear and Hearing. 1996 December;17(6):528-36. PMID:8979040.

120. Fryauf-Bertschy H, Tyler RS, Kelsay DM, Gantz BJ, Woodworth GG. Cochlear implant use by prelingually deafened children: the influences of age at implant and length of device use., Journal of Speech, Language, and Hearing Research : JSLHR. 1997 February;40(1):183-99. PMID:9113869.

121. Tyler RS, Parkinson AJ, Woodworth GG, Lowder MW, Gantz BJ. Performance over time of adult patients using the Ineraid or nucleus cochlear implant., The Journal of the Acoustical Society of America. 1997 July;102(1):508-22. PMID:9228814.

122. Tyler RS, Fryauf-Bertschy H, Kelsay DM, Gantz BJ, Woodworth GP, Parkinson A. Speech perception by prelingually deaf children using cochlear implants., Otolaryngology--head and neck surgery : official journal of **American Academy of Otolaryngology-Head and Neck Surgery**. 1997 September;117(3 Pt 1):180-7. PMID:9334763.

123. Tyler RS, Gantz BJ, Woodworth GG, Fryauf-Bertschy H, Kelsay DM. Performance of 2- and 3-year-old children and prediction of 4-year from 1-year performance., The American Journal of Otology. 1997 November;18(6 Suppl):S157-9. PMID:9391643.

124. Tyler RS, Gantz BJ, Parkinson AJ, Woodworth GG, Lowder MW, Parkinson WS. Initial comparison between the Clarion, Nucleus and Ineraid cochlear implants., Advances in oto-rhino-laryngology. 1997;52:274-8. PMID:9042504.

125. Tyler, R. S. (1997). Tinnitus: Current theories and treatments. **The Hearing Journal**, 50)8);10, 12, 18-19.

126. Tyler RS, Fryauf-Bertschy H, Kelsay DM, Gantz BJ, Woodworth GG, Parkinson A. Speech Perception by Prelingually Deaf Children using Cochlear Implants, Otolaryngology-Head and Neck Surgery. 1997;117(3):180-187.

127. Tyler RS, Fryauf-Bertschy H, Gantz BJ, Kelsay DM, Woodworth GG. (1997) Speech perception in prelingually implanted children after four years., Advances in oto-rhino-laryngology.52:187-92. PMID:9042484.

128. Tyler RS. Perspectives on tinnitus., **British Journal of Audiology**. 1997 December;31(6):381-6. PMID:9478284.

129. Knutson JF, Murray KT, Husarek S, Westerhouse K, Woodworth G, Gantz BJ, Tyler RS. Psychological change over 54 months of cochlear implant use., **Ear and Hearing**. 1998 June;19(3):191-201. PMID:9657594.

130. Parkinson AJ, el-Kholy W, Tyler RS. Vowel perception in prelingually deafened children with multichannel cochlear implants., **Journal of the American Academy of Audiology**. 1998 June;9(3):179-90. PMID:9644615.

131. Rubinstein JT, Parkinson WS, Lowder MW, Gantz BJ, Nadol JB, Tyler RS. Single-channel to multichannel conversions in adult cochlear implant subjects. **Journal of the American Academy of Audiology**. 1998 July;19(4):461-6. PMID:9661755.

132. Tyler RG. Environmental considerations for sound-level meters, **The Journal of the Acoustical Society of America**. 1999 February;105(2):1139-1139. doi: 10.1121/1.425422.

133. Tomblin JB, Spencer L, Flock S, Tyler R, Gantz B. A comparison of language achievement in children with cochlear implants and children using hearing aids., **Journal of Speech, Language, and Hearing Research**: JSLHR. 1999 April;42(2):497-509. PMID:10229463. PMCID: PMC3210571.

134. Rubinstein JT, Parkinson WS, Tyler RS, Gantz BJ. Residual speech recognition and cochlear implant performance: effects of implantation criteria., **Am J Otol**. 1999 July;20(4):445-52. PMID:10431885.

135. Tyler RS, Rubinstein JT, Teagle H, Kelsay D, Gantz BJ. Pre-lingually deaf children can perform as well as post-lingually deaf adults using cochlear implants., Cochlear Implants International. 2000 March;1(1):39-44. PMID:18791992.

136. Tyler RS, Gfeller K, Mehr MA. A preliminary investigation comparing one and eight channels at fast and slow rates on music appraisal in adults with cochlear implants., Cochlear Implants International. 2000 September;1(2):82-7. PMID:18791996.

137. Tyler RS, Kelsay DM, Teagle HF, Rubinstein JT, Gantz BJ, Christ AM. 7-year speech perception results and the effects of age, residual hearing and preimplant speech perception in prelingually deaf children using the Nucleus and Clarion cochlear implants., Advances in Oto-rhino-laryngology. 2000;57:305-10. PMID:11892175.

138. Tyler RS, Parkinson A, Wilson B, Parkinson W, Lowder M, Witt S, Rubinstein J, Gantz B. Evaluation of different choices of n in an n of m processor for cochlear implants., Advances in Oto-rhino-laryngology. 2000;57:311-5. PMID:11892176.

139. Gfeller K, Christ A, Knutson JF, Witt S, Murray KT, Tyler RS. Musical backgrounds, listening habits, and aesthetic enjoyment of adult cochlear implant recipients., Journal of the American Academy of Audiology. 2000;11(7):390-406. PMID:10976500.

140. Gantz BJ, Rubinstein JT, Tyler RS, Teagle HF, Cohen NL, Waltzman SB, Miyamoto RT, Kirk KI. Long-term results of cochlear implants in children with residual hearing., The Annals of Otology, Rhinology &Laryngology. Supplement. 2000 December;185:33-6. PMID:11140995.

141. Knutson JF, Wald RL, Ehlers SL, Tyler RS. Psychological consequences of pediatric cochlear implant use., The Annals of Otology, Rhinology & Laryngology. Supplement. 2000 December;185:109-11. PMID:11140977.

142. Knutson JF, Wald RL, Ehlers SL, Tyler RS. Psychological consequences of pediatric cochlear implant use., The Annals of Otology, Rhinology & Laryngology. Supplement. 2000 December;185:109-11. PMID:11140977.

143. Knutson JF, Ehlers SL, Wald RL, Tyler RS. Psychological predictors of pediatric cochlear implant use and benefit., The Annals of otology, rhinology & laryngology. Supplement. 2000 December;185:100-3. PMID:11140974.

144. Tyler RS, Teagle HF, Kelsay DM, Gantz BJ, Woodworth GG, Parkinson AJ. Speech perception by prelingually deaf children after six years of Cochlear implant use: effects of age at implantation., The Annals of otology, rhinology & laryngology. Supplement. 2000 December;185:82-4. PMID:11141017.

145. Luxford WM. Minimum speech test battery for postlingually deafened adult cochlear implant patients., Otolaryngology--head and neck surgery: official journal of American Academy of Otolaryngology-Head and Neck Surgery. 2001 February;124(2):125-6. PMID:11226944.

146. Tyler RS. Introduction to a Special Issue on Tinnitus, The Hearing Journal. 2001 November;54(11):13. doi: 10.1097/01.hj.0000293147.78596.3c.

147. Tyler RS, Bergan CJ. Tinnitus Retraining Therapy, The The Hearing Journal. 2001 November;54(11):36-42. doi: 10.1097/01.hj.0000293152.09091.a9.

148. Tyler RS, Gantz BJ, Rubinstein JT, Wilson BS, Parkinson AJ, Wolaver A, Preece JP, Witt S, Lowder MW. Three-month results with bilateral cochlear implants., **Ear and hearing**. 2002 February;23(1 Suppl):80S-89S. PMID:11883771.

149. Gantz BJ, Tyler RS, Rubinstein JT, Wolaver A, Lowder M, Abbas P, Brown C, Hughes M, Preece JP. Binaural cochlear implants placed during the same operation., Otology & neurotology : official publication of the American Otological Society, American Neurotology Society [and] European Academy of Otology and Neurotology. 2002 March;23(2):169-80. PMID:11875346.

150. Tyler RS, Parkinson AJ, Wilson BS, Witt S, Preece JP, Noble W. Patients utilizing a hearing aid and a cochlear implant: speech perception and localization., Ear and hearing. 2002 April;23(2):98-105. PMID:11951854.

151. Tyler RS. Considerations When Evaluating a Tinnitus Patient for Compensation, The Australian & New Zealand Journal of Audiology. 2002;24(2):85-91.

152. van Hoesel RJ, Tyler RS. Speech perception, localization, and lateralization with bilateral cochlear implants., The Journal of the Acoustical Society of America. 2003 March;113(3):1617-30. PMID:12656396.

153. Rubinstein JT, Tyler RS, Johnson A, Brown CJ. Electrical suppression of tinnitus with high-rate pulse trains., Otology & neurotology : official publication of the American Otological Society, American Neurotology Society [and] European Academy of Otology and Neurotology. 2003 May;24(3):478-85. PMID:12806303.

154. Tyler RS, Dunn CC, Witt SA, Preece JP. (2003) Update on bilateral cochlear implantation., Current opinion in otolaryngology & head and neck surgery. October;11(5):388-93. PMID:14502072.

155. Wilson BS, Lawson DT, Muller JM, Tyler RS, Kiefer J. Cochlear implants: some likely next steps., Annual review of biomedical engineering. 2003;5:207-49. PMID:12704085.

156. Preece JP, Tyler RS, Noble W. The Management of Tinnitus, Geriatrics & Aging. 2003;6(6):22-28.

157. Gomaa NA, Rubinstein JT, Lowder MW, Tyler RS, Gantz BJ. Residual speech perception and cochlear implant performance in postlingually deafened adults., Ear and hearing. 2003 December;24(6):539-44. PMID:14663353.

158. Tyler RS, Witt SA, Dunn CC. Trade-offs between better hearing and better cosmetics., Am J Audiol. 2004 December;13(2):193-9. PMID:15903145.

159. Dunn CC, Tyler RS, Witt SA. Benefit of wearing a hearing aid on the unimplanted ear in adult users of a cochlear implant., Journal of speech, language, and hearing research : JSLHR. 2005 June;48(3):668-80. PMID:16197280.

160. Tyler RS, Noble W, Dunn C, Witt S. Some benefits and limitations of binaural cochlear implants and our ability to measure them., International journal of audiology. 2006;45 Suppl 1:S113-9. PMID:16938783.

161. Tyler RS, Coelho C, Noble W. Tinnitus: standard of care, personality differences, genetic factors., ORL; journal for oto-rhino-laryngology and its related specialties. 2006;68(1):14-19; discussion 20-2. PMID:16514258.

162. Tyler RS, Noble W, Coelho C. Considerations for the design of clinical trials for tinnitus., Acta oto-laryngologica. Supplementum. 2006 December(556):44-9. PMID:17114142.

163. Tyler RS, Dunn CC, Witt SA, Noble WG. Speech perception and localization with adults with bilateral sequential cochlear implants., Ear and hearing. 2007 April;28(2 Suppl):86S-90S. PMID:17496655.

164. Ruffin CV, Tyler RS, Witt SA, Dunn CC, Gantz BJ, Rubinstein JT. Long-term performance of Clarion 1.0 cochlear implant users., The Laryngoscope. 2007 July;117(7):1183-90. PMID:17603317.

165. Noble W, Tyler R. Physiology and phenomenology of tinnitus: implications for treatment., International journal of audiology. 2007 October;46(10):569-74. PMID:17922346.

166. Tyler RS, Oleson J, Noble W, Coelho C, Ji H. Clinical trials for tinnitus: study populations, designs, measurement variables, and data analysis., Progress in brain research. 2007;166:499-509. PMID:17956814.

167. Coelho CB, Sanchez TG, Tyler RS. Hyperacusis, sound annoyance, and loudness hypersensitivity in children., Progress in brain research. 2007;166:169-78. PMID:17956781.

168. Tyler RS, Gogel SA, Gehringer AK. Tinnitus activities treatment., Progress in brain research. 2007;166:425-34. PMID:17956807.

169. Coelho CB, Sanchez TG, Tyler RS. Tinnitus in children and associated risk factors., Progress in brain research. 2007;166:179-91. PMID:17956782.

170. Perreau AE, Tyler RS, Witt S, Dunn C. Selection strategies for binaural and monaural cochlear implantation., Am J Audiol. 2007 December;16(2):85-93. PMID:18056875.

171. Noble W, Tyler R, Dunn C, Bhullar N. Hearing handicap ratings among different profiles of adult cochlear implant users., Ear and hearing. 2008 January;29(1):112-20. PMID:18091100.

172. Balkany T, Hodges A, Telischi F, Hoffman R, Madell J, Parisier S, Gantz B, Tyler R, Peters R, Litovsky R. William House Cochlear Implant Study Group: position statement on bilateral cochlear implantation., Otology & neurotology : official publication of the American Otological Society, American Neurotology Society [and] European Academy of Otology and Neurotology. 2008 February;29(2):107-8. PMID:18223440. PMCID: PMC2701670.

173. Tyler RS, Witt SA, Dunn CC, Perreau AE. A daily alternating method for comparing different signal-processing strategies in hearing aids and in cochlear implants., Journal of the American Academy of Audiology. 2008 May;19(5):443-54. PMID:19253815. PMCID: PMC2695396.

174. Dunn CC, Tyler RS, Oakley S, Gantz BJ, Noble W. Comparison of speech recognition and localization performance in bilateral and unilateral cochlear implant users matched on duration of deafness and age at implantation., Ear and hearing. 2008 June;29(3):352-9. PMID:18453885.

175. Tyler RS, Haskell GB, Gogel SA, Gehringer AK. Establishing a tinnitus clinic in your practice., Am J Audiol. 2008 June;17(1):25-37. PMID:18519577.

176. Noble W, Tyler R, Dunn C, Bhullar N. (2008). Unilateral and bilateral cochlear implants and the implant-plus-hearing-aid profile: comparing self-assessed and measured abilities., International journal of audiology. 2008 August;47(8):505-14. PMID:18608531.

177. Kordus M, Tyler RS. Binaural loudness summation by cochlear implant users., The Journal of the Acoustical Society of America. 2008 October;124(4):2494-2494. doi: 10.1121/1.4782806.

178. Tyler RS, Rubinstein J, Pan T, Chang SA, Gogel SA, Gehringer A, Coelho C. Electrical Stimulation of the Cochlea to Reduce Tinnitus., Seminars in hearing. 2008 November;29(4):326-332. PMID:20333263. PMCID: PMC2843508.

179. Roehm PC, Tyler RS, Dunn C, Gantz BJ. Cochlear implantation of prelingually deafened adults: Speech recognition outcomes, Evidence Based Otolaryngology. 2008;14B:298-302.

180. Roehm PC, Tyler RS, Dunn C, Gantz BJ. Comparative implant performance in postlingually deafened adults: Speech recognition outcomes, Springer. 2008;14A:293-298.

181. Tyler RS, Chang SA, Gehringer AK, Gogel SA. Tinnitus: How you can help yourself!, Audiological Medicine. 2008;6:85-91.

182. Balkany T, Hodges A, Telischi F, Gantz BJ, Tyler RS, Hoffman R, Madell J, Parisier S, Peters R. William House Cochlear Implant Study Group—Position Statement on Bilateral Cochlear Implantation, Otology & neurotology : official publication of the American Otological Society, American Neurotology Society [and] European Academy of Otology and Neurotology. 2008;29:107-108.

183. Tyler R, Coelho C, Tao P, Ji H, Noble W, Gehringer A, Gogel S. Identifying tinnitus subgroups with cluster analysis., Am J Audiol. 2008 December;17(2):S176-84. PMID:19056922. PMCID: PMC2668860.

184. Pan T, Tyler RS, Ji H, Coelho C, Gehringer AK, Gogel SA. The relationship between tinnitus pitch and the audiogram., International journal of audiology. 2009 May;48(5):277-94. PMID:19842803.

185. Tyler RS, Perreau AE, Ji H. Validation of the Spatial Hearing Questionnaire., Ear and hearing. 2009 August;30(4):466-74. PMID:19494777. PMCID: PMC2723797.

186. Noble W, Tyler RS, Dunn CC, Bhullar N. Younger- and older-age adults with unilateral and bilateral cochlear implants: speech and spatial hearing self-ratings and performance., Otology & neurotology : official publication of the American Otological Society, American Neurotology Society [and] European Academy of Otology and Neurotology. 2009 October;30(7):921-9. PMID:19692936. PMCID: PMC2828521.

187. Coelho, CB, & Tyler RS (2009) Management of tinnitus in children. Pediatric Audiological Medicine, Second Edition. 21:418-427.

188. Tyler R, Ji H. Tinnitus pitch in patients with normal hearing, Chinese Journal of Otolaryngology. 2009;3:200-203.

189. Pan T, Tyler RS, Ji H, Coelho C, Gehringer AK, Gogel SA. Changes in the tinnitus handicap questionnaire after cochlear implantation., Am J Audiol. 2009 December;18(2):144-51. PMID:19949236. PMCID: PMC2952398.

190. Tyler RS, Witt SA, Dunn CC, Perreau A, Parkinson AJ, Wilson BS. (2010) An attempt to improve bilateral cochlear implants by increasing the distance between electrodes and providing complementary information to the two ears., Journal of the American Academy of Audiology. 2010 January;21(1):52-65. PMID:20085200. PMCID: PMC2857406.

191. Agrawal, S., Coelho, C., Tyler, R., & Witt, S. (2010). Alternative medication for tinnitus relief: Preliminary findings from an ongoing online survey. Tinnitus Today, 20-21.

192. Dunn CC, Perreau A, Gantz B, Tyler RS. Benefits of localization and speech perception with multiple noise sources in listeners with a short-electrode cochlear implant., Journal of the American Academy of Audiology. 2010 January;21(1):44-51. PMID:20085199. PMCID: PMC2809934.

193. Chang SA, Tyler RS, Dunn CC, Ji H, Witt SA, Gantz B, Hansen M. Performance over time on adults with simultaneous bilateral cochlear implants., Journal of the American Academy of Audiology. 2010 January;21(1):35-43. PMID:20085198. PMCID: PMC2850211.

194. Gantz B, Tyler RS. Editorial: Special issue: cochlear implant research from the University of Iowa., Journal of the American Academy of Audiology. 2010 January;21(1):4. PMID:20085194.

195. Perreau A, Tyler RS, Witt SA. (2010) The effect of reducing the number of electrodes on spatial hearing tasks for bilateral cochlear implant recipients., Journal of the American Academy of Audiology. 2010 February;21(2):110-20. PMID:20166312. PMCID: PMC2857399.

196. Dunn CC, Noble W, Tyler RS, Kordus M, Gantz BJ, Ji H. Bilateral and unilateral cochlear implant users compared on speech perception in noise., Ear and hearing. 2010 April;31(2):296-8. PMID:19858720. PMCID: PMC2836420.

197. Tyler RS, Witt SA, Dunn CC, Wang W. Initial development of a spatially separated speech-in-noise and localization training program., Journal of the American Academy of Audiology. 2010 June;21(6):390-403. PMID:20701836. PMCID: PMC2947843.

198. Deshaies, P., Gonzales, Z, Zenner, H. P et al. (2011). Environmental Noise and Tinnitus. WHO p 71-89

199. Tyler RS. (2011). The End of Audiology -- Maybe. The ASHA Leader, 1-4

200. Kochkin, S.; Tyler, R.. & Born, J. (2011). MarkeTrak VIII: Prevalence of Tinnitus and Efficacy of Treatments, The Hearing Review, 18(12):10-26

201. Tyler, R. S. (2012) Patient Preferences and Willingness to Pay for Tinnitus Treatments. Journal of the American Academy of Audiology. 2012 February;23(2):115-25. PMID:22353680.

202. Pan Tao、Richard Tyler、Song Yu、Wang Yu、Koka、Marques. Investigation of the daily effects of tinnitus on patients 2012 (Investigation of the Influence of Tinnitus to patients in Their Daily Life) Chinese Archive of Otolaryngology

203. Tyler RS, Noble W, Coelho CB, Ji H. Tinnitus retraining therapy: mixing point and total masking are equally effective., Ear and hearing. 2012;33(5):588-94. PMID:22609540.

204. Dunn CC, Tyler RS, Witt S, Ji H, Gantz BJ. Sequential bilateral cochlear implantation: speech perception and localization pre- and post-second cochlear implantation., Am J Audiol. 2012 December;21(2):181-9. PMID:22846635. PMCID: PMC3521071.

205. Tyler R. Journal Club, Cognitive Behavior Therapy Respite from Tinnitus. The Hearing Journal. 2013 February;66(2):8. doi: 10.1097/01.hj.0000427116.56302.11.

206. Tyler, R. (2013). Cognitive Behavior Therapy Respite from Tinnitus. The Hearing Journal, 66(2), 8-9.

207. Tyler, R. (2013). Music to my ears, Advance for Speech-Language Pathologists and Audiologists, 21

208. Coelho, C., B., Tyler, R. S., Hansen, M. R., & Gantz, B. J. Tinnitus: There is something you can do about it! In: Kirtane, de Souza, Sana, Devaiah (Eds.) (p 301-307) Otology and Neurotology, Thieme, NYC. (2013)

209. Engineer ND, Rosellini WM, Tyler RS. Willingness to accept and pay for implantable tinnitus treatments: a survey. Neuromodulation: Journal of the International Neuromodulation Society. 2013;16(2):154-62. PMID:22849609.

210. Perreau, A. E., Bentler, R. A., & Tyler, R. S. (2013). The Contribution of a Frequency-Compression Hearing Aid to Contralateral Cochlear Implant Performance. J Am Acad Audiol 24:105-120

211. Tyler, R. S. (2013). Opportunities to help tinnitus patients, Starkey Hearing Technologies, Innovations Vol.3 (1), 1-9.

212. Coelho, C., Witt, S., Ji, H., Hansen, M., Gantz, B., & Tyler, R. (2013). Zinc to treat tinnitus in the elderly: A randomized placebo controlled crossover trial. Otology and Neurotology, August 2013, Vol.34(6), pp.1146-1154

213. Tyler, R. (2013). Cognitive Behavior Therapy: Respite from Tinnitus. The Hearing Journal, 66(2), 8-9.

214. Tyler RS. (2014) Mindfulness-Based Therapy: New Study Underscores Tinnitus Treatment Options, The Hearing Journal. February 67(2):8-10, doi: 10.1097/01.hj.0000442767.35368.0f.

215. Tyler RS. (2014) Mindfulness-Based Therapy.The Hearing Journal. January, 67(1). doi: 10.1097/01.hj.0000442767.35368.0f.

216. Tyler, R., Ji, H., Perreau, H., Witt, S., Noble, W., & Coelho, C. (2014). Development and validation of the Tinnitus Primary Function Questionnaire. Am J Audiol, 23, 260–272

217. Perreau, A., Ou, H., Tyler, R., & Dunn, C. (2014) Self-reported Spatial Hearing Abilities across Different Cochlear Implant Profiles. Am J Audiol. 23(4):374-84. PMID: 25093507

218. Perreau, A., Spejcher, B., Ou, H., & Tyler, R. (2014). The Spatial Hearing Questionnaire: Data from individuals with normal hearing. Ed. 23:173-181. PMID: 25934950.

219. Tunkel, D.E., Bauer, C. A., Sun, G. H., Rosenfeld, R. M., Chandrasekhar, S. S., Cunningham, E. R. Jr., Archer, S. M., Blakley, B. W., Carter, J. M., Granieri, E. C., Henry, J. A., Hollingsworth, D., Khan, F. A., Mitchell, S. Monfared, A., Newman, C. W., Omole, F. S., Phillips, C. D., Robinson, S. K., Taw, M. B., Tyler, R. S., Waguespack, R., Whamond, E. J. 2014. Clinical practice guideline: tinnitus.. Otolaryngol Head Neck Surg. 2014 Oct;151(2 Suppl):S1-S40. doi: 10.1177/0194599814545325

220. Tyler, R. S., Pienkowski, M., Roncancio, E. R., Jun, H. J., Brozoski, T., Dauman, N., Coelho, C. B., Andersson, G., Keiner, A. J., Cacace, A., Martin, N., & Moore, B. C. J. (2014). A Review of hyperacusis and future directions: Part I. Definitions and manifestations. Am J Audiol; 23(4):402-19. PMID: 25104073

221. Tyler, R., Stocking,. C, Secor, C., & Slattery, W. H. (2014). Amplitude Modulated S-Tones Can Be Superior to Noise for Tinnitus Reduction. **Am J Audiol,** Vol.23, 303–308.

222. Pienkowski, M., Tyler, R. S., Roncancio, E. R., Jun, H. J., Brozoski, T., Dauman, N., Coelho, C. B., Andersson, G., Keiner, A. J., Cacace, A., Martin, N., & Moore, B. C. J. (2014). A comprehensive review of hyperacusis and future directions: Part II. Measurement, mechanisms and treatment. Am J Audiol, 23(4):420-36. PMID:25103984

223. Tyler RS, Deshpande AK. (2015). New Tinnitus Questionnaire Is a Sensitive Tool for Clinical Trials, The Hearing Journal. 2015 February;68(2):34. doi: 10.1097/01.hj.0000461186.28616.3a.

224. Tyler, R. S., (2015). Prepare to Help Tinnitus Patients with New Recommendations, Editorial. The Hearing Journal, 68(2)6.

225. Jun, H. J., Ok, S., Tyler, R., Hwang, S. Y., Chae, S. (2015). Is Hypozincemia Related to Tinnitus?: A Population Study Using Data From the Korea National Health and Nutrition Examination Survey Clin Exp Otorhinolaryngol. 2015 Dec;8(4):335-8. doi: 10.3342/ceo.2015.8.4.335. Epub 2015 Nov 10.PMID: 26622950

226. Zhang, J.,Tyler, R., Ji, H., Dunn, C., Wang, N., Hansen, M., and Gantz, B. (2015). Speech, Spatial and Qualities of Hearing Scale (SSQ) and Spatial Hearing Questionnaire (SHQ) Changes Over Time in Adults With Simultaneous Cochlear Implants. Am J Audiol. 24:384-397.

227. Delphi, M., Zamiri Abdolahi, F., Tyler, R., Bakhit, M., Saki, N., Nazeri, A. R. (2015). Validity and reliability of the Persian version of spatial hearing questionnaire. Med J Islam Repub Iran 2015 July 11. Vol. 29:231.

228. Tyler, R. S., Keiner,. A. J., Walker, K., Deshpande, A. K., Witt, S., Killian, M., Ji, H., Patrick, J., Dillier, N., van Dijk, P., Lai, W. K., Hansen, M. R., Gantz, B. (2015). A Series of Case Studies of Tinnitus Suppression with Mixed Background Stimuli in a Cochlear Implant. Am J Audiol. 22;PubMed PMID: 26001407

229. Pan, T., Tyler, R.S., Ji, Hl, Coelho et al (2015). Differences Among Patients That Make Their Tinnitus Worse or Better. Am J Audiol,24;469-476.

230. Tyler, R. S. (2015) New Tinnitus Questionnaire is a Sensitive Tool for Clinical Trials, The Hearing Journal, 34 , Journal Club.

231. Tyler, R. S., Noble, W., Coelho, C, Roncancio, Jun (2015). Tinnitus and Hyperacusis In Katz. M Chasin, K English, L Hood, K Tillery (Eds.) ( p 647-658 )

Handbook of Clinical Audiology, Seventh Edition. Lippincott Williams & Wilkins.Scientific Reports

232. Tyler, R. (2015). Prepare to Help Tinnitus Patients with New Recommendations, **The Hearing Journal.** 68(2):34,36, February 2015.

233. Pan, T., Tyler, R.S., Ji, H., Coelho, C., Goegel, S.A. (2015) Differences Among Patients That Make Their Tinnitus Worse or Better.  **Am J Audiol**. 24, 469-476.

234. Zhang, J.,Tyler, R., Ji, H., Dunn, C., Wang, N., Hansen, M., and Gantz, B. (2015). Speech, Spatial and Qualities of Hearing Scale (SSQ)  and Spatial Hearing Questionnaire (SHQ) Changes Over Time in Adults With Simultaneous Cochlear Implants. **Am J Audiol**. 24:384-397

235. Tyler, R., Kileny, P. R., Deshpande, A. K., Deshpande, S.B, Dunn, C., Hansen, M., Gantz, B. (2016). The Future of Cochlear Implants.  In:  Cacace AT, Kleine ED, Holt AG, Van Dijk P. (Eds) Scientific Foundations of Audiology, Plural Publishing,175-195.

236. Tyler, R., S. (2016). Interest in Hyperacusis on the Rise, The Hearing Journal. February;69(2):32. doi: 10.1097/01.hj.0000480889.17591.b4.

237. Coelho, C., Tyler, R., Ji, H., Rojas-Roncancio, E., Witt, S., Tao, P., Jun, H-J., Wang, T. C., Hansen, M., Gantz, B. (2016). Survey on the Effectiveness of Dietary Supplements to Treat Tinnitus, Am J Audiol. Vol 25, 184-205.

238. Rojas-Roncancio, E., Tyler, R. Jun, H. J., Wang, T. C., Ji, H., Coelho, C., Witt, S., Hansen, M. R., Gantz, B. J. (2016).  Manganese and Lipoflavonoid Plus(®) to Treat Tinnitus: A Randomized Controlled Trial.  J Am Acad Audiol. (8):661-8.

239. Ou, H., Wen, B., Perreau, A., Kim, E., Tyler, R.  (2016) Validation of the Chinese Translation of the Spatial Hearing Questionnaire and Its Short Form.  Am J Audiol. 2016 Mar;25;25-33.

240. Chang, S. A., Won, J. H., Kim, H., Oh, S. H., Tyler, R. S., Cho, C. H. (2017).  Frequency-Limiting Effects on Speech and Environmental Sound Identification for Cochlear Implant and Normal Hearing Listeners. J Audiol Otol 2017;22(1):1-11

241. Tyler RS, Mohr A-M. (2017). Is CBT for Tinnitus Overemphasized? The Hearing Journal February;70(2):8. doi: 10.1097/01.hj.0000513099.64592.f5.

242. Ou, H., Perreau, A. Tyler, R. S. (2017). Development of a Shortened Version of the Spatial Hearing Questionnaire (SHQ-S) for Screening Spatial-Hearing Ability.  **Am J Audiol,** 26(3): 293-300.

243. Tyler, R. S., Deshpande, A. K., Lau, C. C., Kuk, F. (2017). The Effectiveness of the Progression of Widex Zen Tinnitus Therapy:  A Pilot Study.  Am J Audiol, 26: 283-292.

244. Tyler, R. S., Cacace, A., Stocking, C. (2017). Vagus Nerve Stimulation Paired with Tones for the Treatment of Tinnitus:  A Prospective Randomized Double-blind Controlled Pilot Study in Humans.  Science Reports, 1-11.

245. Wang, T. C., Tyler, R. S., Chang, T. Y., Chen, J. C., Lin, C. .D, Chung, H. K., Tsou, Y. A. (2017). Effect of Transcranial Direct Current Stimulation in Patients With Tinnitus: A Meta-Analysis and Systematic Review. Ann Otol Rhinol Laryngol. 2017 Nov 1:3489417744317. doi: 10.1177/0003489417744317. PMID:29192507

246. Cacace, A. T., Hu, J., Romero, S., Xuan, Y., Burkard, R. F., Tyler, R. S. (2017). Glutamate is down-regulated, and tinnitus loudness-levels decreased following rTMS over auditory cortex of the left hemisphere: A prospective randomized single-blinded sham-controlled cross-over study. Hear Res, 1-15. PMID: 29150051 DOI: 10.1016/j.heares.2017.10.017

247. Ou H, Perreau A, Tyler RS. (2017). Development of a Shortened Version of the Spatial Hearing Questionnaire (SHQ-S) for Screening Spatial-Hearing Ability AJA. 2017 September 18;26(3):293. doi: 10.1044/2017_aja-17-0030.

248. Elgandy, M.S., Tyler, R.S. (2018).  Relief Strategies for Hyperacusis.  Aniosco Press, 39, 1-13. DOI:10.6143/JSLHAT.201812_39.0001

249. Elgandy, M., Tyler, R. S., Dunn, C., Hansen, M., Gantz, B. (2018).  A Unilateral Cochlear Implant for Tinnitus. Int Tinnitus J, 22(2):128-132.

250. Tyler R, Mancini PC. (2018). Improving the Quality of Life of Tinnitus Patients, The Hearing Journal. February;71(2):8, 9. doi: 10.1097/01.hj.0000530643.79064.90.

251. Deshpande, A. K., & Tyler, R. (2018). Tinnitus and hyperacusis. In M. Valente & L. M. Valente (Eds.), Adult audiology casebook, 2nd edition (pp.). New York, NY: Thieme.

252. Elgandy, M., Perreau,. A, Mancini, P. C., Ji , Tyler, R. S. (2018).  The Relationship between Hearing Threshold Loss and Severity of Reactions to Tinnitus.  Ann Otol Rhinol Laryngol, 5(4): 1218.

253. Mancini, P. C., Tyler, R. S., Perreau, A., Lisa F. Batterton, L. F., Ji, H. (2018). Considerations for Partners of Our Tinnitus Patients. Int Tinnitus J, 22(2): 113-122.

254. Tyler R. Investigation of the Influence of Tinnitus to patients in Their Daily Life, Chinese Archive of Otolaryngology.

255. Tyler, R. S., Owen, R. L., Bridges, J., Gander, P. E., Perreau, A., Mancini, P. C. (2018). Tinnitus Suppression in Cochlear Implant Patients Using a Sound Therapy App. **Am J Audiol**. 2018 Sep 12;27(3):316-323. doi: 10.1044/2018_Am J Audiol-17-0105.

256. Perreau, A.,Tyler R.,& Watts, A. (2018) Tinnitus Relief Using High-Frequency Sound via the Hypersound Audio System. Int Tinnitus J, 22(2):133-142.

257. Elgandy, M. S., Tyler, R., & Coelho, C. (2019) Help!  Our Tinnitus Patients want a Drug? SJO, DOI: 10.32474/SJO.2019.02.000147

258. Tyler RS, Perreau A, Powers T, Watts A, Owen R, Ji H, & Mancini PC. (2019) Tinnitus Sound Therapy Trial Shows Effectiveness for Those with Tinnitus..J Am Acad Audiol. 2019 Jun 14. doi: 10.3766/jaaa.18027. PMID:31210635

259. Mancini P C, Tyler RS, Smith S, Ji H, Perreau A, & Mohr A (2019).  Tinnitus: How Partners Can Help? Am J Audiol. 2019 Mar 15;28(1):85-94. doi: 10.1044/2018_AJA-18-0046. PMID: 30938560

260. Tyler, R. (2019).  What to Tell Your Tinnitus Patients Who Want A Pill! Canadian Audiologist, (6):4.

261. Elgandy, M. S., Tyler, R. S. (2019).  Tinnitus in Meiniere's Disease.  **JJ Otolaryn** 2019;5(1) 047.

262. Perreau, A. E., Tyler, R. S., Mancini, P. C., Witt, S, & Elgandy, M., S. (2019). Establishing a Group Educational Session for Hyperacusis Patients. AJA June (28):245-250.

263. Shin, J., Heo, S., Lee, H. K.,Tyler. R,. & Jin, I. K. (2019). Reliability and Validity of a Korean Version of the Tinnitus Primary Function Questionnaire. AJA, June 2019 2: 1-7.

264. Ahsan, S. F., Tyler, R. S. (2019).  Best practices for use of supplements for management of bothersome subjective tinnitus.
http://tinnitusmanagementupdate.com/supplements

265. Elgandy, M., S., & Tyler, R. S. (2019) Tinnitus in Meniere's disease. J J Otolaryn. 2019;5(1) 047.

266. Tyler, R., Perreau, A. (2019). Managing Patient–and Audiologist—Expectations for Tinnitus Treatment. The Hearing Journal. 72(3):16,19, March 2019. Journal Club.

267. Perreau AE, Tyler RS, Mancini PC, Witt S, Elgandy MS. (2019).  Establishing a Group Educational Session for Hyperacusis Patients.  Am J Audiol. 2019 Jun 10;28(2):245-250. doi: 10.1044/2019_AJA-18-0148. Epub 2019 May 16. PMID: 31095405

268. Tyler R, Perreau A, Mohr AM, Ji H, Mancini PC (2019). An Exploratory Step Toward Measuring the 'Meaning of Life' in Patients with Tinnitus and in Cochlear Implant Users. J Am Acad Audiol. 2019 Sep 27. doi: 10.3766/jaaa.19022. [Epub ahead of print].

269. Tyler RS, Perreau A, Powers T, Watts A, Owen R, Ji H, Mancini PC. (2020) Tinnitus Sound Therapy Trial Shows Effectiveness for Those with Tinnitus. J Am Acad Audiol 31:6–16 DOI: 10.3766/jaaa.18027.

270. Coelho, C.B., Santos, R., Campara, K.F., Tyler, R. (2020).  Classificationi of Tinnitus Multiple Causes with the Same Name. Otolaryngol Clin N Am 53(4):515-529. https://doi.org/10.1016/j.otc.2020.03.015  0030-6665/20/ª 2020 Elsevier Inc. All rights reserved

271. Wang, T-C., Chang, T-Y, Tyler, R., Lin, Y-J., et al. (2020).  Noise Induced Hearing Loss and Tinnitus-New Research Developments and Remaining Gaps in Disease Assessment, Treatment and Prevention. **Brain Sci**. 10, 732; doi:10.3390/brainsci1010073

272. Tyler, RS (2020).  Effective Counseling for Hearing Loss and Tinnitus. The Hearing Professional 1-14.  Journal Institute Hearing Society

273. Perreua, A., Tyler, R.S., Frank, V., Walls, A., Mancini, P. Use of a Smartphone App for Cochlear Implant Patients with Tinnitus. American Journal of Audiology, 30:676-687. AJA-20-00195. https://doi.org/10.1044/2021_AJA-20-00195 PMID:34314254.

274. Tyler, R., Jilla, A., M., Von Dollen, S (2020) Coding and Reimbursement Specialty Series:  Tinnitus. Audiology Today March/April , 87-90

275. Fan-Gang, Z., Richardson, M., Turner, K.  2020. Tinnitus Does Not Interfere with Auditory and Speech Perception. The Journal of Neuroscience doi:10.1523/JNEUROSCI.0396-20.2020 http://www.jneurosci.org/content/early/2020/06/17/JNEUROSCI.0396-20.2020.abstract

276. Ke J, Du Y, Tyler RS, Perreau A, Mancini PC. Complaints of People with Hyperacusis [published online ahead of print, 2020 Apr 27]. J Am Acad Audiol. 2020;10.1055/s-0040-1709447. doi:10.1055/s-0040-1709447

277. Tyler, R. S. Sushu, Z. (2020). A Review of Sound Therapy for Tinnitus. **Ann Otolaryngol Rhinol** 7(1): 1233

278. Tyler RS, Perreau (In Press) A, Use of a Smartphone App for Cochlear Implant Patients With Tinnitus, Ref: Ms.No. AJA-20-00195R2: American Journal of Audiology.

279. Perreau, A.E., & Tyler, R.S. (In press). Tinnitus Activities Treatment. In A. Møller, B. Langguth, D. de Ridder, S. Vanneste, T. Kleinjung, & W. Schlee, *Textbook of Tinnitus*, 2nd Ed. Springer Publishing Company.

280. Tyler, R.S. & Perreau, A.E. (In press) *Tinnitus Treatment: Clinical Protocols*, 2nd Ed. Thieme Publishers.

281. Gander, P.E., & Tyler R.S. (In press) Neurophysiological models, psychological models, and treatments for tinnitus. *Tinnitus Treatment: Clinical Protocols, 2nd Ed*. Thieme Publishers.

282. Perreau, A., Tyler, R., Mancini, P. & Witt, S. (In press). Tinnitus Activities Treatment. *Tinnitus Treatment: Clinical Protocols,* 2nd Ed. Thieme Publishers.

283. Perreau, A., Baker, C., & Tyler, R. (in press).  Distractions, relaxation and peace with tinnitus: Guided imagery, meditation, mindfulness and more. *Tinnitus Treatment: Clinical Protocols,* 2nd Ed. Thieme Publishers.

284. Perreau, A., Mancini, P., & Tyler, R. (in press). Measuring tinnitus and reactions to tinnitus. *Tinnitus Treatment: Clinical Protocols,* 2nd Ed. Thieme Publishers.

285. Tyler, R., Perreau, A., & Mancini, P. (in press). Hyperacusis. *Tinnitus Treatment: Clinical Protocols,* 2nd Ed. Thieme Publishers.

286. Mancini, P., Witt, S., Perreau, A., & Tyler, R. (in press).  Establishing a tinnitus and hyperacusis clinic in your practice. *Tinnitus Treatment: Clinical Protocols,* 2nd Ed. Thieme Publishers.

287. Tyler, R.S., Perreau, A., Mancini, P.C. (Aug 2020). Consequences of hidden tinnitus and hearing loss. Hearing Journal, 73(8), 8-9.  doi: 10.1097/01.HJ.0000695808.51418.5d

288. Perreau, A., Tyler, R., Mancini, P. (2020). Programming a cochlear implant for tinnitus suppression. Journal of the American Academy of Audiology, 31, 302-308. DOI: 10-3766/jaaa.18086.

289. Mancini, P. C., Tyler, R. S., Jun, H. J., Wang, T-C, Ji, H, Stocking, C., Secor, C., Rojas-Roncancio, P., and Witt, S. (2020). Reliability of the minimum masking level as outcome variable in Tinnitus Clinical Research. Am J Audiol, 29:429-435.

290. Tyler, R., Perreau, A., Mohr, A-M., Ji, H., & Mancini, P. (2020). An exploratory step toward measuring the "Meaning of Life" in patients with tinnitus and in cochlear implant users. Journal of the American Academy of Audiology, 31, 277-285.

291. Tyler, R.T., Burle, NO, and Mancini, P.C. Viewpoint: Audiologists Need to be Reimbursed for Tinnitus Counseling. The Hearing Journal. March 11, 2021. Accessed March 22, 2021. https://journals.lww.com/thehearingjournal/blog/OnlineFirst/pages/post.aspx?PostID=95

292. Coelho CB, Tyler, RS et al., (2021) A Novel Approach to Tinnitus Loudness Treatment: The Tensor Veli Palatine Release Maneuver; J Otolaryng Head Neck Surg 2021, 7: 064 DOI: 10.24966/OHNS-010X/100064; Journal of Otolaryngology, Head and Neck Surgery, Vol 7.2

293. Tyler, RS, Stocking, C., Ji, H., Witt, S., Mancini, P (2021) Tinnitus Activities Treatment with Total and Partial Masking. 501-509. J Am Acad Audiol;32:501–509.

## Books

1. Cochlear Implants: Audiological Foundations. Singular Publications. 1993.

2. Assistive Devices for Persons with Hearing Impairment. Allyn & Bacon. 1995.

3. Tyler, R. S.(Ed). (2008). The Consumer Handbook on Tinnitus. Auricle Inc., Sedona

4. The Consumer Handbook on Tinnitus. Auricle Inc. (2nd Edition.  2017)

5. Tinnitus Treatment: Clinical Protocols. Thieme. (2nd Edition.  2019).

## Chapters

1. Tyler RS. Minicomputers and the assessment of hearing loss and tinnitus. Uses in Computers in aiding the disabled. North-Holland. 1982. p. 249-271.

2. Tyler RS. Frequency resolution in hearing impaired listeners. Otolaryngology - Head and Neck Surgery. Frequency Selectivity in Hearing. 1986. p. 309-371.

3.  Tyler RS, Tye-Murray N. Frequency Resolution Measured by Adaptively Varying the Notchwidth: Results from Normals and Hearing Impaired. Auditory Frequency Selectivity. Springer US. 1986. p. 323-330. doi: 10.1007/978-1-4613-2247-4_35.

4.  Tyler RS, Babin RW. Tinnitus. Otolaryngology - Head and Neck Surgery. Mosby Co. 1986. p. 3201-3217.

5.  Tyler RS, Bentler RA. Tinnitus maskers and hearing aids for tinnitus. Seminars in Hearing. 1. Thieme Medical Publishers. 1987. p. 49-61.

6.  Tyler RS, Tye-Murray N, Lansing CR. Electrical stimulation as an aid to speechreading. New Reflections on Speechreading. 5. Volta Review. 1988. p. 119-148.

7.  Tyler RS. Cochlear Implants for young deaf children. Current Approaches: Cochlear Implants. Duphar Laboratories Ltd. 1990. p. 66-71.

8.  Tyler RS. The performance of postlinguistically deafened adults with cochlear implants. Current Approaches: Cochlear Implants. Duphar Laboratories Ltd. 1990. p. 13-28.

9.  Tyler RS, Tye-Murray N. Cochlear implant signal processing strategies and patient perception of speech and environmental sounds. Practical Aspects of Cochlear Implants. Pergamon Press. 1991. p. 58-83.

10. Preece J, Tyler RS. Consonant confusions by users of three cochlear implant devices. Seminars in Hearing. 3. 1992. p. 226-238.

11. Tyler RS, Fryauf-Bertschy H. Hearing Abilities of Children with Cochlear Implants. Cochlear Implants and Children: A Handbook for Parents, Teachers and Speech & Hearing Professionals. Bell Publications. 1992. p. 41-59.

12. Tyler RS. Speech perception by children. Cochlear Implants: Audiological Foundations. Singular Publications. 1993. p. 191-256.

13. Tyler RS, Babin RW. Tinnitus. Otolaryngology- Head and Neck Surgery. 2. Mosby Co. 1993. p. 3031-3053.

14. Tyler RS. Tinnitus disability and handicap questionnaires. Seminars in Hearing. 4. 1993. p. 377-384.

15. Tyler RS, Haskell GB, Parkinson AJ. Hearing aids, assistive listening devices, tactile aids, and cochlear implants. Current Opinion in Otolaryngology & Head and Neck Surgery. 1994. p. 438-443.

16. Tyler RS. The use of speech-perception tests in audiological rehabilitation: Current and future research needs. Research in Audiological Rehabilitation: Current Trends and Future Directions. 1994. p. 47-66.

17. Kelsay D, Tyler RS. Children and cochlear implants. Hearing Care for Children. Allyn & Bacon. 1996. p. 249-262.

18. Assistive Devices for Persons with Hearing Impairment. Allyn & Bacon. 1995.

19. Tyler RS. Tinnitus. A Consumer Handbook on Hearing Loss & Hearing Aids: A Bridge to Healing. Auricle Ink Publishers. 1998. p. 200-213.

20. Tyler, R. S. (2000). The psychoacoustical measurement of tinnitus. In R.S. Tyler (Ed.), Tinnitus Handbook (149-179). San Diego, CA: Singular Publishing Group.

21. Tyler RS, Haskell GB, Preece J, Bergan C. Nurturing patient expectations to enhance the treatment of tinnitus. Seminars in Hearing. 1. 2001. p. 15-21.

22. Tyler RS. Psychoacoustical Measurement. Tinnitus Handbook. Singular Publications. 2001. p. 149-180.

23. Tyler RS, Smith RJ. Management of Tinnitus in Children. Paediatric Auiological Medicine. Whurr Publishers Ltd. 2002. p. 397-404.

24. Tyler RS, Bergan C, Preece J, Nagase S. Audiologische Messmethoden de Hyperakusis. Hyperakusis. Thieme Verlag. 2003. p. 39-46.

25. Tyler, R. S. & Erlandsson, S.  (2003).  Management of the tinnitus patient.  In: L.M. Luxon, J.M. Furman, A. Martini, and D. Stephens. (Eds.), Textbook of Audiological Medicine (pp. 571-578).  London, England: Taylor & Francis Group.

26. Tyler RS, Witt S. Cochlear Implants in Adults: Candidacy. The MIT Encyclopedia of Communication Disorders. MIT Press. 2004. p. 450-454.

27. Rubinstein JT, Tyler RS. Electrical Suppression of Tinnitus. Tinnitus: Theory and Management. BC Decker. 2004. p. 326-335.

28. Dunn C, Tyler RS, Witt SA, Gantz BJ, Rubinstein J. Frequency and Electrode Contributions to Localization. International Congress Series. Elsevier. 2004. p. 443-446.

29. Tyler RS, Noble W, Preece J. Psychological Treatments for Tinnitus. Tinnitus: Theory and Management. BC Decker. 2004. p. 314-323.

30. Tyler RS, Dunn C, Witt SA, Noble W, Gantz BJ, Rubinstein J, Parkinson A. Spatial Hearing for patients with Cochlear Implants and Hearing Aids. Cochlear Implants: a practical guide. 2. Pergamon Press. 2005.

31. Dunn C, Yost W, Noble W, Tyler R, Witt SA. Advantages of Binaural Hearing. Cochlear Implants. Thieme Medical Publishers. 2006.

32. Tyler RS. Neurophysiological Models, Psychological Models, and Treatments for Tinnitus. Tinnitus Treatment: Clinical Protocols. Thieme. 2006. p. 1-22.

33. Tyler RS, Dunn C, Witt SA, Noble W, Gantz BJ, Ruinstein JT, Parkinson AJ, Branin SC. Soundfield Hearing for Patients with Cochlear Implants and Hearing Aids. Cochlear Implants: a practical guide. Whur Publishers. 2006. p. 338-365.

34. Tyler RS, Dunn C, Witt SA, Noble W, Gantz BJ, Rubinstein J, Parkinson AJ, Branin SC. Soundfield Hearing for Patients with Cochlear Implants and Hearing Aids. Cochlear Implants: a practical guide. Whur Publishers. 2006. p. 338-365.

35. Tyler RS, Gehringer AK, Noble W, Dunn C, Witt SA, Bardia A. Tinnitus Activities Treatment. Tinnitus Treatment: Clinical Protocols. Thieme. 2006. p. 116-132.

36. Humes LE, Berger EH, Bohne BA, Cancace AT, Cruickshanks KJ, Danielson RW, Dubno JR, Gates GA, Henderson D, Mills JH, Stephenson MR, Tyler RS, Wallace RB. Noise and Military Service. The National Academic Press. 2006.

37. Tyler RS, Oleson J, Noble W, Coelho C, Ji H. Clinical trials for tinnitus: Study populations, designs, measurement variables, and data analysis. Progress in Brain Research. 2007. p. 499-509.

38. Coelho C, Tyler RS, Hansen MR. Zinc as a possible treatment for tinnitus. Progress in Brain Research. 2007. p. 279-286.

39. Coelho C, Tyler RS. Management of tinnitus in children. Pediatric Audiological, Medicine. 2. 2009. p. 418-427.

40. Tyler, R. S., Noble, W., Coelho, C., Haskell, G., & Bardia, A. (2009).  Tinnitus and Hyperacusis In Katz J, Burkard R, Medwetsky L, Hood L (Eds.)  ( p 726-742 ) Handbook of Clinical Audiology, Sixth Edition.  Baltimore: Lippincott Williams & Wilkins.

41. Tyler RS, Son AC, Pan T, Gogel S, Gehringer A. Tinnitus, Hyperacusis and Music. Hearing Loss in Musicians: Prevention and Management. 2009. p. 41-54.

42. Dunn C, Perreau A, Marciniak K, Macpherson B, Tyler RS, Kordus M. Performance Outcomes for Adult Cochlear Implant Users. The Oxford Handbook of Deaf Studies, Language, and Education. 2010. p. 390-403.

43. Tyler, R. S., Noble, W., Coelho, C, Roncancio, Jun (2015). Tinnitus and Hyperacusis In Katz. M Chasin, K English, L Hood, K Tillery (Eds.) ( p 647-658 ) Handbook of Clinical Audiology, Seventh Edition. Lippincott Williams & Wilkins.Scientific Reports

44. Tyler, R., Kilney, P. R., Deshpande, A. K., Deshpande, S .B, Dunn, C., Hansen, M., Gantz, B. (2016). The Future of Cochlear Implants.  In:  Cacace AT, Kleine ED, Holt AG, Van Dijk P. (Eds) Scientific Foundations of Audiology, Plural Publishing,175-195.

45. Deshpande, A. K., & Tyler, R. (2016) Tinnitus and hyperacusis. In M. Valente & L. M. Valente (Eds.), Adult audiology casebook, 2nd edition (pp.). New York, NY: Thieme.

46. Tyler, R. S.(Ed). (2016). Neural Mechanisms of Tinnitus.  The Consumer Handbook on Tinnitus, Auricle Inc Sedona, Second Edition, 35-52. (2016).

47. Adult Audiology Casebook, Thieme (2nd Edition. 2019).

## Reviews

1.  Bench J, Bamford J. Speech Hearing Tests and the Spoken Language of Hearing Impaired Children, British Journal of Audiology. 1980.

2.  Lutman M, Haggard MP. Hearing Science and Hearing Disorders, Annals of Otology, Rhinology and Laryngology. 1983.

3.  Durrant JD, Lovrinic GH. Bases of Hearing Science, Annals of Otology, Rhinology and Laryngology. 1984.

4.  Hearing Disorders in Adults: Current Trends, Annals of Otology, Rhinology and Laryngology. 1984.

5.  Hearing Science, Annals of Otology, Rhinology and Laryngology. 1984.

6.  Pediatric Audiology: Current Trends, Annals of Otology, Rhinology and Laryngology. 1984.

7.  The Auditory Brainstem Response, Annals of Otology, Rhinology and Laryngology. 1984.

8.  Clark JG, Yanick P. Tinnitus and its Management, Annals of Otology, Rhinology and Laryngology. 1984.

9.  McCarthy PA. Rehabilitative Audiology: Children and Adults, Annals of Otology, Rhinology and Laryngology. 1987.

10. Cochlear Implants in Young Deaf Children, Ear and Hearing. 1989.

11. Aging and the Auditory System: Anatomy, Physiology, and Psychophysics, ASHA. 1991.

12. Cochlear Prostheses, ASHA. 1991.

13. Pediatric Amplification: Proceedings of the 1991 National Conference, ASHA. 1991.

14. Demany L, Horner K. Auditory Physiology and Perception: Advances in the Biosciences, ASHA. 1992;83.

15. Talking Machines: Theories, Models and Designs, Journal of Speech and Hearing Research. 1992.

16. Summerfield AS, Marshall DH. Cochlear Implantation in the UK 1990-1994, British Journal of Audiology. 1995.

**Invited Lectures**

1. Tyler RS. Invited discussant, Tinnitus. 1981.

2. Tyler RS, Preece JP, Lowder MW. The Iowa Cochlear Implant Test Battery, Department of Otolaryngology -- Head and Neck Surgery. 1983.

3. Tyler RS, Preece JP, Tye-Murray N. The Iowa Phoneme and Sentence Tests, Department of Otolaryngology -- Head and Neck Surgery. 1986.

4. Tyler RS, Holstad B. A Closed Set Speech Perception Test for Hearing Impaired Children, Department of Otolaryngology -- Head and Neck Surgery. 1987.

5. Tye-Murray N, Purdy S, Tyler RS. The Listening Strategies Test, Department of Otolaryngology -- Head and Neck Surgery. 1988.

6. Tye-Murray N, Purdy S, Shum R, Tyler RS. The Speechreading and Repair Strategies Performance Inventory, Department of Otolaryngology -- Head and Neck Surgery. 1988.

7. Tyler RS. Spectral processing in multichannel cochlear patients, Otobrief. 1989.

8. Goldberg DM, Henoch MA, Bally SJ, Cherow E, Cunningham E, Hampton D, Jackson PL, May JS, Montegomery MM, Nassberg JC, Spitzer JB, Tyler RS, Weber S. Aural rehabilitation. Thoughts and challenges, ASHA. 1990;32.

9. Tye-Murray N, Otto S. Aural rehabilitation: An annotated bibliography, ASHA. 1990;32.

10. Tyler RS, Iverson P. Realistic Subjective Rating for Auditory Processors, Department of Otolaryngology -- Head and Neck Surgery. 2000.

11. Tyler RS. Spatial Hearing Training for Bilateral Hearing Aids and Cochlear Implants, Department of Otolaryngology -- Head and Neck Surgery. 2009.

12. Tye-Murray N, Tyler RS. Laser Video Disc Interactive Speechreading: Classroom Listening, Parts 1 and 2, Department of Otolaryngology -- Head and Neck Surgery.

13. Tye-Murray N, Tyler RS. Laser Videodisc Interactive Speechreading: Everyday Listening, Parts 1 and 2, Department of Otolaryngology -- Head and Neck Surgery.

14. Tye-Murray N, Tyler RS, Holstad BA. Laser Videodisc Interactive Speechreading: Sentence Training, Parts 1 and 2, Department of Otolaryngology -- Head and Neck Surgery.

15. Tye-Murray N, Tyler RS, Holstad BA. Laser Videodisc Interactive Speechreading: Syllable and Phrase Training, Department of Otolaryngology -- Head and Neck Surgery.

**Journal Article**

1. Tyler RS. Does tinnitus originate from hyperactive nerve fibers in the cochlea? 1984:38-44.

2. Gantz BJ, Tyler RS, McCabe BF, Preece JP, Lowder MW, Otto SR. Initial results with single channel and multi channel cochlear implants, Proceedings of the First Vienna International Worskshop on Functional Electrostimulation. 1984.

3. Tyler RS, Babin RW, Niebuhr D. Some observations on the masking and post masking effects of tinnitus. 1984:150-156.

4. Tyler RS. Hearing aid difficulties as perceived by their users, Audiology in Practice. 1985:1-3.

5. Tyler RS. Psychoacoustical measurement of tinnitus for treatment evaluations, Elsevier Publishing Co. 1985;1.

6. Tyler RS. Adjusting a hearing aid to amplify speech to the MCL, The The Hearing Journal. 1986;39(8):24-27.

7. Tyler RS, Berliner K, Demorest M, Hirshorn M, Luxford W, Mangham C. Clinical objectives and research design issues for cochlear implants in children, Seminars in Hearing. 1986;7(4):433-440.

8. Tyler RS, Gantz BJ, Preece JP, Lansing CR, Lowder MW, Otto SR, McCabe BF. Cochlear implant program at the University of Iowa. 1986.

9. Tyler RS, Tye-Murray N. The relationship between speech perception and psychoacoustical measurements in noise induced hearing loss subjects, Plenum Publishing Corp. 1986.

10. Tyler RS. Evaluation of different cochlear implants, Audiology in Practice. 1987;3(1).

11. Harker LA, Tyler RS, Fredell PA, Kuk FK, Sellers JA, Fox TL, Tye-Murray N. Evaluation of flecainide acetate (Tambocor)R as a treatment for tinnitus. 1987:322-325.

12. Gantz BJ, McCabe BF, Tyler RS, Preece JP. Evaluation of four cochlear implant designs, Annals of Otology, Rhinology, and Laryngology. 1987;96(1):145-147.

13. Tyler RS, Kuk FK, Mims LA. Ipsilateral and contralateral postmasking recovery of tinnitus. 1987.

14. Tyler RS, Tye-Murray N, Preece JP, Gantz BJ, McCabe BF. Vowel and consonant confusions among cochlear implant patients: Do different implants make a difference?, Annals of Otology, Rhinology, and Laryngology. 1987;96(1):141-144.

15. Tyler RS. Signal processing techniques to reduce the effects of impaired frequency resolution, The The Hearing Journal. 1988;41(9):34-47.

16. Tyler RS, Tye-Murray N, Gantz BJ. The relationship between vowel, consonant and word perception in cochlear implant patients. 1988:627-632.

17. Tye-Murray N, Gantz BJ, Kuk FK, Tyler RS. Word recognition performance of patients using three different cochlear implant designs. 1988:605-612.

18. Tyler RS, Stouffer JL. A review of tinnitus loudness, The The Hearing Journal. 1989;42(11):52-57.

19. Kuk FK, Tyler RS, Stubbing PW, Bertschy MR. Noise reduction circuitry in ITE instruments, Hearing Instruments. 1989;40(7):20.

20. Stouffer JL, Tyler RS. Subjective tinnitus loudness, Hearing Instruments. 1990;41(2):17-19.

21. Tyler RS, Stouffer JL. Binaural tinnitus masking with a noise centered on the tinnitus, Kugler & Ghedini Publications. 1992:391-394.

22. Tyler RS. Evaluation of tinnitus treatments, Kugler & Ghedini Publications. 1992:551-554.

23. Stouffer JL, Tyler RS. Ratings of psychological changes pre- and post-tinnitus onset, Kugler Publications. 1992:449-452.

24. Dauman R, Tyler RS. Some considerations on the classification of tinnitus, Kugler & Ghedini Publications. 1992:225-229.

25. Tyler RS. The psychophysical measurement of tinnitus, Kugler & Ghedini Publications. 1992:17-26.

26. Stouffer JL, Tyler RS, Booth JC, Buckrell B. Tinnitus in normal-hearing and hearing-impaired children, Kugler Publications. 1992:255-258.

27. Tyler RS, Lowder M, Woodworth G, Gantz BJ, Parkinson AJ. A within-subject comparison of adult patients using the Nucleus F0F1F2 and F0F1F2B3BB4B5 speech processing strategies, Manz. 1994:131-135.

28.    Knutson JF, Hinrichs JV, Gantz BJ, Tyler RS. Psychological variables and cochlear implant success: Implications for adolescent recipients, Boys Town Press. 1996:47-67.

29.    Tyler RS. Tinnitus treatments modify behavior, Hearing Instruments. 1996:20-24.

30.    Tyler RS. Speech perception by prelingually deaf children with cochlear implants and a French audiovisual feature test, Bulletin d'audiophonologie. Annales scientifiques de l'Université de Franche-Comté. 1997:123-134.

31.    Tyler RS. Tinnitus: Current theories and treatments, The The Hearing Journal. 1997:10-19.

32.    Tyler RS. The Use of Science to Find Successful Tinnitus Treatments, Proceedings of the Sixth International Tinnitus Seminar. 1999.

33.    Tyler RS, Tomblin JB, Spencer LJ, Kelsay D, Fryauf-Bertschy H. How Speech Perception through a Cochlear Implant Affects Language and Education, Thieme Medical Publishers. 2000;14E:291-292.

34.    Tyler RS, Haskell G, Preece JP, Bergan C. Nurturing patient expectations to enhance the treatment of tinnitus, Seminars in Hearing. 2001;22(1).

35.    Tyler RS, Bergan CJ. (2001) Tinnitus Retraining Therapy: A modified approach, The The Hearing Journal. 54:36-42.

36.    Tyler RS, Preece JP, Wilson BS, Rubinstein JT, Parkinson AJ, Wolver AA, Gantz BJ. Distance, Localization and Speech Perception Pilot Studies with Bilateral Cochlear Implants, Kugler Publications. 2002:517-522.

37.    Tyler RS, Cacace AT. Advances in Understanding and Treating Tinnitus, Tinnitus Today. 2004;29:8-13.

38.    Noble W, Tyler RS, Dunn C, Witt S. et al. (2005). Binaural Hearing Has Advantages for Cochlear Implant Users Also, The The Hearing Journal. 58(11):56-57,60,62,64.

39.    Tyler RS. Tinnitus Treatment and the Effectiveness of Hearing Aids: Hearing Care Professional Perceptions, The Hearing Review. 2008;15:14-18.

40.    Tyler RS, Dunn C, Gogel S. Survey to Determine the Ever Better Performance With One or Two Cochlear Implants, ENT News. 2009;18:78-79.

41.    Tyler RS. Training to Be an Audiologist at The University of Iowa, Chinese Archives of Otolaryngology-Head and Neck Surgery. 2009;1:23.

42.    Argawal S, Coelho C, Tyler RS, Witt S. Alternative medication for tinnitus relief: Preliminary findings from an ongoing online survey, Tinnitus Today. 2010:20-21.

43.    Deshaies P, Gonzales Z, Zenner HP, Plontke S, Pare L, Herbert S, Normandin N, Girard SA, Leroex T, Tyler R, Cote C. Environmental Noise and Tinnitus, WHO. 2011:71-89.

44.    Tyler RS, Born J. MarkeTrak VIII: Prevalence of Tinnitus and Efficacy of Treatments, The Hearing Review. 2011;18(12):10-26.

45.    Tyler RS. The End of Audiology -- Maybe, The ASHA Leader. 2011.

46.    **Tyler R**, Cacace A, Stocking C, Tarver B, Engineer N, Martin J, Deshpande A, Stecker N, Pereira M, Kilgard M, Burress C, Pierce D, Rennaker R, Vanneste S. Vagus Nerve Stimulation Paired with Tones for the Treatment of Tinnitus: A Prospective Randomized Double-blini Controlled Pilot Study in Humans, Springer Nature. 2017 September 5:1-11. doi: 10.1038/s41598-017-12178-w.

47.    Gantz BJ, Tyler RS, Tye-Murray N, Fryauf-Bertschy H. Long term results of multichannel cochlear implants in congenitally deaf children, Manz:527-533.

## Intellectual Property (e.g. Patents, Copyrights)

1. Tyler, R. #6,295.472, "Pseudospontaneous Neural Stimulation System and Method."
2. Tyler, R. 6,631,295 B2, "System and Method for Diagnosing and/or Reducing Tinnitus."

## B. Media Contributions

## C. Areas of Research Interest

Current Research.
*Tinnitus and Hyperacusis counseling*

Current Research.
*Cochlear implants for tinnitus*

Current Research.
*Tinnitus: electrical suppression, Clinical Trials, Counseling for Tinnitus Patient*

Hyperacusis.
*New Treatments*

## D. Grants

### Grant

*Cochlear implants*
3M Faculty Grant
    1983
    $10,000
    Percent effort: 5
    Tyler, Richard (Principal Investigator)


*Testing the Better Cochlear Implant Patients*
Welcome Research Travel Grant
    1986
    $3,365
    Tyler, Richard (Principal Investigator)


### Other

*Cochlear implants*
Iowa Lions Sight and Hearing Foundation
    1982
    $30,000
    Tyler, Richard (Principal Investigator)


*Cochlear Implants*
Lions Clubs International Foundation
    1982
    $30,000
    Tyler (Principal Investigator)

*Cochlear implants*
Iowa Lions Sight and Hearing Foundation
    1983
    $30,000
    Tyler, Richard (Principal Investigator)


*Development of audiovisual tests*
University of Iowa Video Production Fund
    1983
    $5,000
    Tyler, Richard (Principal Investigator)


*Council on Teaching*
University of Iowa
    1984
    $3,500
    Tyler, Richard (Principal Investigator)


*Development of tapes for laser videodisc*
University of Iowa Video Production Fund
    1984
    $2,500
    Tyler, Richard (Principal Investigator)


*Masking*
American Tinnitus Association
    1984
    $6,500
    Percent effort: 10%
    Tyler, Richard (Principal Investigator)


*Study of tinnitus in elderly*
University of Iowa Aging Seed
    1984
    $5,000
    Percent effort: 5%
    Tyler, Richard (Principal Investigator)


*International Test Battery for Cochlear Implant Patients*
Collaborative Research Grants Programme,  NATO
    1985
    $3,200
    Tyler, Richard (Principal Investigator)


*Electrical Stimulation of Tinnitus*
3M/Biosciences
    1986
    $9,850

Percent effort: 5 %
Tyler, Richard (Principal Investigator)


*Flecainide on Tinnitus*
3M/Riker Company
1986
$7,000
Percent effort: 5%
Tyler, Richard (Principal Investigator)


*Laser video audiovisual training materials*
Easter Seal Foundation
1986
$23,300
Percent effort: 5%
Tye-Murray (Principal Investigator), Tyler, Richard (Co-Investigator)


*Teaching Lipreading*
Council on Teaching Univ of Iowa
1986
$695
Tyler, Richard (Principal Investigator)


*Videotaped speech perception training program for Cochlear  implant and hearing  impaired patients*
University of Iowa Video Production Fund
1986
$2,500
Tyler, Richard (Principal Investigator)


*Audiovisual speech perception training tapes*
University of Iowa Video Production Fund Grant
1987
$2,500
Tyler, Richard


*Cochlear implants*
Iowa Lions Sight and Hearing Foundation
1987
$32,000
Tyler, Richard (Principal Investigator)


*Cochlear implants in children*
Children's Miracle Network Telethon
1987
$5,000
Tyler, Richard (Principal Investigator)

*Computer based auditory training materials*
Deafness Research Foundation
> 1987
> $12,500
> Percent effort: 5%
> Tye-Murray, Richard (Principal Investigator), Lansing (Principal Investigator), Tyler, Richard (Co-Investigator)

*Laser video audiovisual training materials*
Easter Seal Foundation
> 1987
> $25,000
> Percent effort: 5%
> Tye-Murray (Principal Investigator), Tyler, Richard (Co-Investigator)

*Validation of a Tinnitus Handicap Questionnaire*
HSR&D Veterans Administration
> 1987
> $7,410
> Percent effort: 5%
> Jordan, Tyler, Richard (Co-Investigator)

*Binaural phase effects for the masking of tinnitus*
American Tinnitus Association
> 1988
> $9,600
> Percent effort: 5%
> Tyler, Richard (Principal Investigator)

*Cochlear implants*
Iowa Lions Sight and Hearing Foundation
> 1988
> $34,000
> Tyler, Richard (Principal Investigator)

*Cochlear implants in children*
Children's Miracle Network Telethon
> 1988
> $4,180
> Tyler, Richard (Principal Investigator)

*Computer-based auditory training materials*
Deafness Research Foundation
> 1988
> $15,000
> Percent effort: 5%
> Tye-Murray (Principal Investigator), Lansing (Principal Investigator), Tyler, Richard (Co-Investigator)

*Laser-video audiovisual training materials*
Easter Seal Foundation
    1988
    $24,834
    Percent effort: 5%
    Tye-Murray, Tyler, Richard (Co-Investigator)

*New noise-suppression circuit*
Siemens Corp
    1988
    $7,000
    Percent effort: 3%
    Kuk, F (Principal Investigator), Tyler, Richard (Co-Investigator)

*Video lipreading tests to evaluate the performance of cochlear implants and new hearing aids*
University of Iowa Video Production Fund
    1988
    $2,500
    Percent effort: 5%
    Tyler, Richard

*Evaluation of a programmable hearing aid*
Widex Hearing Aid Company
    1989
    $5,000
    Kuk (Principal Investigator), Tyler, Richard (Co-Investigator)

*Validation for the efficacy of a multi memory programmable hearing aid*
U.S. Department of Education
    1989
    $50,000
    Percent effort: 10%
    Kuk (Principal Investigator), Tyler, Richard (Co-Investigator)

*Cochlear Implants Projects & Psycho-acoustics*
National Institutes of Neurological and Communicative Disorders and Strokes
    1985 - 1990
    $4,051,318
    Percent effort: 90%
    Gantz (Principal Investigator), Tyler, Richard (Co-Director)

*Cochlear implants*
Iowa Lions Sight and Hearing Foundation
    1989 - 1990
    $35,000
    Tyler, Richard

*Cochlear implants*
Iowa Lions Sight and Hearing Foundation
     1990 - 1991
     $35,000
     Tyler, Richard (Principal Investigator)


*Electrical Suppression of Tinnitus*
French Ministry of Research & Technology Senior Scientist Fellowship
     1991
     $18,000
     Percent effort: 5%
     Tyler, Richard (Principal Investigator)


*Electrical Suppression of Tinnitus in Cochlear Implant Patients*
American Tinnitus Association
     1991
     $10,000
     Percent effort: 5%
     Tyler, Richard (Principal Investigator)


*Hearing-aid research*
Iowa Lions Sight and Hearing Foundation
     1991
     $700
     Percent effort: 1%
     Schum, don (Principal Investigator), Tyler, Richard (Co-Director)


*Cochlear implants*
Iowa Lions Sight and Hearing Foundation
     1991 - 1992
     $35,000
     Tyler, Richard (Principal Investigator)


*Cochlear implants*
Iowa Lions Sight and Hearing Foundation
     1992 - 1993
     $29,000
     Tyler, Richard (Principal Investigator)


*Hearing Tests*
Central Investment Fund for Research Enhancement (CIFRE)
     1993
     $695
     Tyler, Richard (Principal Investigator)


*Cochlear Implants*
Iowa Lions Sight and Hearing Foundation
     1993 - 1994

$26,500
Tyler, Richard (Principal Investigator)

*Cochlear Implants*
National Institute of Deafness & Other Communication Disorders
1990 - 1995
$8,788,056
Percent effort: 55%
Gantz (Principal Investigator), Tyler, Richard (Co-Director)

*Cochlear Implants*
Iowa Lions Sight and Hearing Foundation
1994 - 1995
$26,500
Tyler, Richard (Principal Investigator)

*Cochlear Implants*
Lions Clubs International Foundation
1995 - 1996
$36,000
Tyler, Richard (Principal Investigator)

*Cochlear Implant Conference*
Department of Health & Human Services National Deafness and Other Communication
Disorders Advisory Council
May 1998 - August 1998
$25,000
Percent effort: 5%
Tyler, Richard (Principal Investigator)

*Cochlear Implants*
National Institute of Deafness & Other Communication Disorders
1995 - 2000
$6,029,496
Percent effort: 60%
Gantz (Principal Investigator), Tyler, Richard (Co-Director)

*Cochlear Implants*
Iowa Lions Sight and Hearing Fnd
2000
$35,100
Percent effort: 2%
Tyler, Richard (Principal Investigator)

*Newborn Hearing Screening*
Children's Miracle Network
2000
$8,750

Tyler, Richard (Principal Investigator)

*Electrical Stimulation for Tinnitus Suppression*
Braintronics Inc
February 1999 - January 2001
$120,000
Percent effort: 5%
Rubenstein (Principal Investigator), Tyler, Richard (Co-Investigator)

*Electrical Suppression of Tinnitus*
Tinnitus Research Consortium
2000 - 2002
$299,801
Percent effort: 10%
Ruben-Stein (Principal Investigator), Tyler, Richard (Co-Investigator)

*The Effectiveness of Tinnitus Retraining Therapy*
American Tinnitus Association
2000 - 2002
$93,500
Percent effort: 10%
Tyler, Richard (Principal Investigator)

*Research Training Program in Otolaryngology*
NIDCD
1993 - 2003
$156,240
Percent effort: 5%
Gantz (Principal Investigator), Tyler, Richard (Co-Investigator)

*Cochlear Implants*
Iowa Lions Sight and Hearing Fnd
2002 - 2003
$35,100
Percent effort: 2%
Tyler, Richard (Principal Investigator)

*A Pilot Study and the Development of a Grant Application for Tinnitus Treatment*
Obermann center for Advanced Studies (University of Iowa)
2003
$12,000
Percent effort: 5%
Tyler, Richard (Principal Investigator)

*Iowa Cochlear Center Project IV*
NIDCD DC00242-12
2001 - 2006
$7,575,000

Percent effort: 55%
Gantz (Principal Investigator), Tyler, Richard (Co-Director)

*Music Therapy for Tinnitus*
American Tinnitus Association
        2003 - 2006
        $101,395
        Percent effort: 5%
        Tyler, Richard (Principal Investigator)

*Optimized Conditioned Processing for Cochlear Implants*
        NIH RFA-DC-04-001
        2005 - 2007
        $99,778
        Percent effort: 5%
        Rubenstein (Principal Investigator), Tyler, Richard

*Bilateral Benefit in Adults using HiRes 120 and Auria+ Sound Processor*
Advanced Bionics Corporation
        2006 - 2007
        $40,000
        Percent effort: 5%
        Tyler, Richard (Principal Investigator)

*Speech Processor Optimization for Cochlear Implants*
University of Washington, Seattle
        2006 - 2007
        $98,310
        Percent effort: 5%
        Rubenstein (Principal Investigator), Tyler, Richard (Co-Principal)

*Randomized Trial of Tinnitus Retraining Therapy*
        NIH R01 DC005972-01A1
        2004 - 2009
        $1,700,000
        Percent effort: 35%
        Tyler, Richard (Principal Investigator)

*Zinc to Treat Tinnitus in the Elderly*
Tinnitus Research Initiative
        2007 - 2009
        $120,638
        Percent effort: 10%
        Tyler, Richard (Principal Investigator)

*Post-Stimulus Reduction in Tinnitus with Electricity*
Tinnitus Research Initiative
        2009

$119,850
Percent effort: 10%
Tyler, Richard (Principal Investigator)

*Iowa Cochlear Center Project V*
NIDCD DC00242-12
2006 - 2011
$7,575,000
Percent effort: 10%
Gantz (Principal Investigator), Tyler, Richard (Co-Director)

*Iowa Cochlear Implant Clinical Research: Binaural*
National Institutes of Health (NIH)
2006 - 2011
$1,622,969
Percent effort: 40%
Tyler, Richard (Principal Investigator)

*A Randomized, Double-Blind, Placebo-Controlled, Clinical Evaluation of the Efficacy, Safety and Tolerability of Neramexane in Patients with Subjective Tinnitus*
Merz Pharmaceuticals GmbH
2010 - 2011
$74,145
Percent effort: 5%
Tyler, Richard (Principal Investigator)

*Identification of Stimulus Parameters for Electrical Suppression of Tinnitus*
Royal National Institute for Deaf People (RNID)
2009 - 2012
$68,265
Percent effort: 5%
Tyler, Richard

*Pre-Stimulus Reduction in Tinnitus with Electricity*
RNID
2009 - 2012
$215,349
Percent effort: 20%
Tyler, Richard (Principal Investigator)

*Clinical Trial of Tinnitus Suppression Therapy*
SoundCure
2011 - 2012
$30,250
Percent effort: 5%
Tyler, Richard (Principal Investigator)

*Lipo-Flavonoid for Tinnitus*
DSE Healthcare Solutions, LLC
2011 - 2012
$11,250
Percent effort: 5%
Tyler, Richard (Principal Investigator)

*Reliability of the Minimum Masking Level as Outcome Variable in Tinnitus Clinica. Research*
Auris Medical
2010 - 2013
$52,000
Percent effort: 5%
Tyler, Richard (Principal Investigator)

*Identification of Stimulus Parameters for Electrical Suppression of Tinnitus*
Cochlear Americas
2009 - 2014
$15,000
Percent effort: 5%
Tyler, Richard (Principal Investigator)

*Identification of Stimulus Parameters for Cochlear Electrical Suppression of Tinnitus*
Tinnitus Research Initiative
2010 - 2014
$45,000
Percent effort: 5%
Tyler, Richard (Principal Investigator)

*Sound Therapy for tinnitus*
Widex
2013 - 2014
$30,000
Percent effort: 5%
Tyler, Richard (Principal Investigator)

*Iowa Cochlear Implant Clinical Research Center, Project VI*
NIH/NIDCD
2012 - 2017
$1,000,000
Percent effort: 3%
Gantz (Principal Investigator), Tyler, Richard (Co-Principal)

*Transdermal Vagal Nerve Stimulation for Tinnitus*
Bose Corporation
2021
$ 94,951
Percent effort: 15%
Tyler, Richard (Principal Investigator)

## E. Presentations

| | |
|---|---|
| 1980 | Fifth International Symposium on Hearing. Tyler, R. |
| 1981 | Boys Town Institute for Communication Disorders. Tyler, R. |
| 1981 | Electroacoustic Institute. Tyler, R. |
| 1981 | Ciba Foundation Symposium 85 on Tinnitus. Tyler, R. |
| 1981 | Working Conference on Uses of Computers in Aiding the Disabled. Tyler, R. |
| 1982 | 3M Corporation. Tyler, R. |
| 1982 | University of Illinois. Tyler, R. |
| 1982 | University of Minnesota. Tyler, R. |
| 1982 | University of Western Ontario. Tyler, R. |
| 1982 | Second International Meeting on Tinnitus. Tyler R. |
| 1983 | Cambridge University. Tyler, R. |
| 1983 | MRC Institute of Hearing Research. Tyler, R. |
| 1983 | University College of London. Tyler, R. |
| 1983 | University of Vienna. Tyler, R. |
| 1983 | Von Bekesy Society. Tyler, R. |
| 1983 | Sixth International Symposium on Hearing. Tyler, R. |
| 1983 | Workshop of Temporal Processing in the Hearing Impaired. Tyler, R. |
| 1983 | Workshop on Tinnitus and Cochlear Implants. Tyler, R. |
| 1984 | 3M Corporation. Tyler, R. |
| 1984 | Eaton Peabody Laboratory. Tyler, R. |
| 1984 | Glenrose Hospital. Tyler, R. |
| 1984 | Siouxland Medical Education Foundation, Inc. Tyler, R. |
| 1984 | Auditory Evoked Potentials: Clinical Applications Workshop. Tyler, R. |
| 1984 | First Clinical Workshop for Multichannel Cochlear Implants. Tyler, R. |
| 1984 | Recent Advances in Technology for the Hearing Impaired, Deafness Research Association. Tyler, R. |
| 1984 | Scott Reger Conference on Sensorineural Hearing Loss. Tyler, R. |
| 1984 | Workshop on Speech Processing in Cochlear Implants. Tyler, R. |
| 1984 | Workshop on Tinnitus and Cochlear Implants, Alberta Speech and Hearing Association. Tyler, R. |
| 1984 | Neurology Association of Edmonton. *An Introduction on Cochlear Implants.* Tyler, R. |
| 1985 | Cambridge University. Tyler, R. |
| 1985 | MRC Institute of Hearing Research. Tyler, R. |
| 1985 | University of Rochester Medical Center. Tyler, R. |
| 1985 | XIII World Congress of Otorhinolaryngology. Tyler, R. |

| 1985 | Iowa Speech Language Hearing Association Annual Convention. Tyler, R. |
| 1985 | NATO Conference on Noise Induced Hearing Loss. Tyler, R. |
| 1985 | Tactile Communication Conference. Tyler, R. |
| 1985 | *Cochlear Implant.* Tyler, R. |
| 1985 | *Cochlear Implants in Children.* Tyler, R. |
| 1985 | Iowa Teachers of the Hearing Impaired Conference. *Keynote address.* Tyler, R. |
| 1985 | Wisconsin Speech and Hearing Association. *Overview of Cochlear Implants.* Tyler, R. |
| 1985 | Iowa Department of Public Instruction. *Update on Cochlear Implants.* Tyler, R. |
| 1986 | Ear International. Tyler, R. |
| 1986 | Northwestern University. Tyler, R. |
| 1986 | NATO Conference on Frequency Resolution. Tyler, R. |
| 1986 | NYU Medical School Conference on Cochlear Implants. Tyler, R. |
| 1986 | Iowa Parents of Hearing impaired Children. *Cochlear Implants.* Tyler, R. |
| 1987 | Evaluation of Cochlear Implant Patients – British Society of Audiology. Tyler, R. |
| 1987 | National Acoustics Laboratory. Tyler, R. |
| 1987 | University of Auckland. Tyler, R. |
| 1987 | University of Melbourne, Australia. Tyler, R. |
| 1987 | Auditory Evoked Potentials: Clinical Applications Workshop. Tyler, R. |
| 1987 | International Cochlear Implant Symposium. Tyler, R. |
| 1987 | International Conference on Cochlear Implants. Tyler, R. |
| 1987 | Third International Tinnitus Seminar. Tyler, R. |
| 1987 | Profound Deafness Study Group. *Cochlear Implants for Adults.* Tyler, R. |
| 1987 | Iowa Department of Public Instruction. *Cochlear Implants in Children.* Tyler, R. |
| 1987 | NSW Branch Scientific Meeting, Australian Audiology Society. *Cochlear Implants in Children.* Tyler, R. |
| 1987 | Australian Tinnitus Association. *Differences Among Tinnitus Patients.* Tyler, R. |
| 1987 | Gordon Research Conference. *Psychophysics of Cochlear Implants.* Tyler, R. |
| 1987 | Sydney Linguistics Circle. *Speech Perception by the Profoundly Deaf.* Tyler, R. |
| 1988 | Beijing Institute of Otolaryngology. Tyler, R. |
| 1988 | Boys Town National Institute. Tyler, R. |
| 1988 | City University of New York. Tyler, R. |

| 1988 | International Congress of Audiology. Tyler, R. |
| 1988 | Jinzhou Medical University. Tyler, R. |
| 1988 | 8th International Symposium on Hearing: Basic Issues in Hearing. Tyler, R. |
| 1988 | *New Technologies for Communication in the Hearing Impaired.* Tyler, R. |
| 1989 | Hearing Research and Diagnostic Clinic. Tyler, R. |
| 1989 | MacQuarie University. Tyler, R. |
| 1989 | MRC Institute of Hearing Research. Tyler, R. |
| 1989 | National Acoustics Laboratory. Tyler, R. |
| 1989 | University of Melbourne, Australia. Tyler, R. |
| 1989 | Academy of Aural Rehabilitation. *Aural Rehabilitation of the Tinnitus Patient.* Tyler, R. |
| 1989 | *Clinical Development in Cochlear Implants.* Tyler, R. |
| 1989 | *Clinical Protocols for Cochlear Implant Patients.* Tyler, R. |
| 1989 | Engineering Foundation. *Speech Perception with Different Cochlear Implants.* Tyler, R. |
| 1990 | Institut des sourds de Charlesbourg. Tyler, R. |
| 1990 | Seattle Area Tinnitus Forum. Tyler, R. |
| 1990 | CHABA, National Academy of Sciences. *Presbycusis, A broad overview.* Tyler, R. |
| 1991 | Canadian Speech, Language & Hearing Association. Tyler, R. |
| 1991 | Iwate Medical University. Tyler, R. |
| 1991 | Japanese Audiological Society. Tyler, R. |
| 1991 | Conference on Implantable Auditory Prosthesis. Tyler, R. |
| 1991 | IVth International Tinnitus Seminar. Tyler, R. |
| 1991 | Otolaryngology Continuing Education Conference. Tyler, R. |
| 1991 | *Speech Perception for the Hearing Impaired: Implications for Hearing Aid Technology.* Tyler, R. |
| 1992 | Australian Audiological Society. Tyler, R. |
| 1992 | British Columbia Speech & Hearing Association. Tyler, R. |
| 1992 | Manitoba Speech & Hearing Association. Tyler, R. |
| 1992 | Minnesota Speech & Hearing Association. Tyler, R. |
| 1992 | Phonak Laboratories. Tyler, R. |
| 1992 | Conference on Paediatric Cochlear Implants. Tyler, R. |
| 1992 | International Cochlear Implant Symposium. Tyler, R. |
| 1992 | XXI International Congress on Audiology. Tyler, R. |
| 1993 | 3rd International Cochlear Implant Conference. Tyler, R. |
| 1993 | French Congress on Audiology. Tyler, R. |

| 1993 | McGill Seminar Series. *Normal & Impaired Aspects of Phonology & Morpho-Syntax.* Tyler, R. |
| 1994 | International Hearing Aid Society. Tyler, R. |
| 1994 | 5th Symposium on Cochlear Implants in Children. Tyler, R. |
| 1994 | Marmara Medical Days Conference. Tyler, R. |
| 1994 | Mid-South Conference, National Student Speech-Language and Hearing Association. Tyler, R. |
| 1995 | Association for Research in Otolaryngology. Tyler, R. |
| 1995 | International Course on the Habilitation of Profound Hearing Loss in Children. Tyler, R. |
| 1995 | National Collegium of Rehabilitation Audiology. Tyler, R. |
| 1995 | The Eriksholm Consensus Conference. Tyler, R. |
| 1996 | Association for Research in Otolaryngology. Tyler, R. |
| 1996 | National Institute of Special Education. Tyler, R. |
| 1996 | Tokyo Medical College Hospital. Tyler, R. |
| 1996 | International Conference of ACFOS: Neurosciences and Early Deafness. Tyler, R. |
| 1996 | International Conference on Hearing Screening, Diagnosis, & Management of the Hearing-Impaired Child. Tyler, R. |
| 1996 | IVth Seminar on Audiology and Phoniatric. Tyler, R. |
| 1996 | Sixth Symposium on Cochlear Implants in Children. Tyler, R. |
| 1996 | The First Asia Pacific Symposium on Cochlear Implant and Related Sciences. Tyler, R. |
| 1996 | Third European Symposium on Paediatric Cochlear Implantation. Tyler, R. |
| 1996 | XXIIIrd International Congress of Audiology. Tyler, R. |
| 1997 | Iowa Speech-Language-Hearing Association. Tyler, R. |
| 1997 | 10th Annual Hearing Aid Seminar. |
| 1997 | American Academy of Audiology 9th Annual Conference. |
| 1997 | British Cochlear Implant Spring Academic Meeting. |
| 1997 | Colorado Hearing Foundation Otology-Audiology Conference. |
| 1997 | Oberman Seminar Series. Tyler, R. |
| 1997 | Vth International Cochlear Implant Conference. |
| 1997 | West Coast Conference American Academy of Audiology. Tyler, R. |
| 1998 | Cochlear Implants Audiology Conference. |
| 1998 | European Pediatric Cochlear Implant Conference. |
| 1998 | Mayo Clinic Symposium. |
| 1999 | 6th International Tinnitus Seminar. |
| 1999 | Illinois Audiology Meeting. |

| 1999 | Pacific Congress on Cochlear Implants. |
| 2000 | Cochlear Implant 2000. |
| 2000 | Pediatric Cochlear Implant Conference. |
| 2000 | *Electronic Implants and Hearing Aids.* |
| 2001 | Asilomar 2001 Conference. *Binaural Cochlear Implants.* |
| 2001 | The University of Montreal. *Brain Plasticity.* |
| 2001 | International Conference in Speech/Language Pathology. *Cochlear Implant Rehabilitation.* |
| 2001 | 3rd Congress of Asia Pacific Symposium on Cochlear Implant and Related Science. *New Speech Coding Strategies.* |
| 2001 | Consensus on Auditory Implant. *Selection Criteria.* |
| 2001 | Canadian Academy of Audiology. *Tinnitus Management.* |
| 2001 | 5th European Federation of Audiology Societies. *Will Cochlear Implants Replace Hearing Aids?* |
| 2002 | Cochlear Implant Conference. *Cochlear Implants in Children.* |
| 2002 | National Hearing Conservation Meeting. *Legal Aspects of Tinnitus.* |
| 2002 | Ohio Academy of Audiology. *Treating Tinnitus.* |
| 2003 | American Academy of Audiology. *Approaches to Tinnitus Treatment.* |
| 2003 | National Research Council. *How Tinnitus Can Affect Work.* |
| 2003 | Appalachian Spring Conference. *Management of the Tinnitus Patient.* |
| 2003 | Annual Cairo University Otolaryngology Conference. *Tinnitus.* |
| 2003 | Colorado Audiology-Otology Conference. *Tinnitus Update.* |
| 2004 | European Investigator's Conference. *Signal Processing for Binaural Implants.* |
| 2004 | Iowa Speech Language Hearing Association 2004 Annual State Convention. *The Future of Cochlear Implants in Children and Adults.* |
| 2005 | Workshop on Tinnitus, University of Montreal. |
| 2005 | University of Manchester. *Bilateral issues for cochlear implants and hearing aids.* |
| 2005 | Haifa Medical Center. *Fitting cochlear implants.* |
| 2005 | McMaster University Seminar. *Measuring Tinnitus.* |
| 2006 | |
| 2006 | University of Montreal and Laval University. |
| 2006 | ATA Meeting. |
| 2006 | CI 2006 Conference. |
| 2006 | Colorado Audiology-Otology Conference. |
| 2006 | Tinnitus Treatments, University of Western Ontario. |
| 2007 | 11th International Conference on Cochlear Implants. |
| 2007 | 2nd Tinnitus Research Initiative Meeting. |

| | |
|---|---|
| 2007 | AAA Annual Convention. |
| 2007 | Tinnitus Conference. |
| 2008 | 10th International Conference on Cochlear Implants. |
| 2008 | 11th International CI Conference. |
| 2008 | Audiology NOW! 2008. |
| 2008 | IX International Tinnitus Seminar. |
| 2008 | XI Symposium on Coclear Implants. |
| 2009 | American Auditory Society. |
| 2009 | 12th International Symposium on Cochlear Implants. |
| 2009 | 2009 Colorado Mid Winter Meeting. |
| 2009 | Cochlear Celebration 2009. |
| 2009 | Tinnitus Research Initiative Meeting. |
| 2010 | IHCON. |
| 2010 | Colorado Mid-Winter Meeting. |
| 2010 | Tinnitus Focus Group. |
| 2010 | Tinnitus Research Initiative Conference. |
| 2010 | Tinnitus Talks. |
| 2011 | MN Academy of Audiology. |
| 2011 | 13th Symposium on CI. |
| 2011 | Centers for Medicare and Medicaid Services: Cochlear Implants for Sensorineural Hearing Loss. |
| 2012 | Invited Speaker, Seville Spain. |
| 2012 | Indiana University School of Medicine, Indianapolis/Carmel, IN. |
| 2013 | International Collegium for Rehabilitative Audiology, Denmark. |
| 2013 | ISHA Convention. Des Moines, IA. |
| 2013 | Manitoba Speech and Hearing Association, Winnipeg, MB, Canada. |
| 2014 | Hearing Innovation Expo, American Otology Society meeting, Las Vegas, NV. |
| 2014 | The International Tinnitus Workshop, Beijing, China. |
| 2015 | European Federation of Audiology Associations, Congress Istanbul, Turkey. |
| 2016 | Invited Speaker, Presented on Tinnitus and Cochlear Implant, Rome, Italy. |
| 2016 | New England Hearing Healthcare Conference Hosted by the Massachusetts Hearing Society. |
| 2017 | |
| 2017 | |
| 2018 | |
| 2018 | |

## *Guest S* *peaker*

| 2006 | Otology Conference. |
|---|---|
| 2012 | French Tinnitus Conference, Bordeaux, France. |

## *Invited Lecture*

| 1979 | Stockholm University. Tyler, R. |
|---|---|
| 1979 | University of Keele. Tyler, R. |
| 1979 | University of Southampton Institute of Sound and Vibration Research. Tyler, R. |
| 1980 | Cambridge University. Tyler, R. |
| 1980 | University College. Tyler, R. |

## *Seminar*

| 1984 | Seminar on Cochlear Implants, Massachusetts Eye and Ear Hospital. Tyler, R. |
|---|---|

## **IV. SERVICE**

### **A. Memberships in Professional Organizations**

Academy of Rehabilitative Audiology

Acoustical Society of America

Alberta Ministry Of Health

Alexander Graham Bell Association

American Academy of Audiology

American Auditory Society

American Speech Language Hearing Association

American Tinnitus Association

Association for Research in Otolaryngology

British Society of Audiological Scientists

British Society of Audiology

British Tinnitus Society

Canadian Speech and Hearing Association

Committee for Revising Veterans Administration Schedule for Rating Disabilities (hearing loss and tinnitus; only non-VA member)

International Society of Audiology

Medical Research Council, Canada

National Institutes Of Health, National Institute Of Deafness And Other Communicative Disorders

National Science Foundation

New York Academy of Science

Royal National Institute for the Deaf

Scientific Advisory Committee of the American Tinnitus Association

Sigma Xi

Swiss National Science Foundation

Veterans Administration Medical Center, Department of Audiology and Speech Pathology

**B. Professional Service**
1993 - 2003          University Council on Speech Pathology and Audiology

*Associate Editor*
1991 - 1994          Audiology

*Board Member*
1984 - 1985          American Speech-Language-Hearing Association Committee on Cochlear Implants
1986  1989          The American Academy of Otolaryngology – Head & Neck Surgery Subcommittee on cochlear implants

*Board Member, member of committee to evaluate hearing and vision testing in the military*
1985                National Research Council

*Board, Member, member of Committee on Hearing, Bioacoustics and Biomechanics (CHABA WG 95), committee on communication aids for the hearing impaired*
1985 - 1987          National Research Council

*Chair*
1981 - 1984          Research Committee, Department of Otolaryngology – Head & Neck Surgery
1984 - 1985          Doctoral Student Search Committee, Department of Speech Pathology and Audiology
1985 - 1986          Guest Lecturer Committee, Department of Speech Pathology and Audiology
1987  1989          Space Committee, Department of Otolaryngology – Head & Neck Surgery
1991                International Hearing Aid Conference
1985  1992          Bioengineering Facility Advisory Committee, Faculty of Medicine
1992                Assistive Devices for the Hearing Impaired
1993                Management of the Tinnitus Patient
1993                Second International Hearing Aid Conference
1992  1994          Guest Speaker Committee, Department of Speech Pathology and Audiology
1994                Audiological Management of the Elderly
1994                Management of the Tinnitus Patient
1995                Management of the Tinnitus Patient
1995                Third International Hearing Aid Conference
1996                Fourth Annual Conference on Management of the Tinnitus Patient
1996                International Conference on Hearing Screening, Diagnosis and Management of Hearing Impaired Children
1997                Fifth Annual Conference on Management of the Tinnitus Patient
1997                International Hearing Aid Conference IV
1998                The 6th Annual Management of the Tinnitus Patient
1999                International Hearing Aid Conference V
1999                The 7th Annual Management of the Tinnitus Patient
2000                Binaural Hearing, Hearing Loss, Hearing Aids and Cochlear Implants

| | |
|---|---|
| 2000 | The 8th Annual Management of the Tinnitus Patient |
| 2001 | International Hearing Aid Conference VI |
| 2001 | The 9th Annual Conference on Management of the Tinnitus Patient |
| 2002 | The 10th Annual Conference on Management of the Tinnitus Patient |
| 2003 | The 11th Annual Conference on Management of the Tinnitus Patient |
| 2004 | The 12th Annual Conference on Management of the Tinnitus Patient |
| 2005 | The 13th Annual Conference on Management of the Tinnitus Patient |
| 2006 | The 14th Annual Conference on Management of the Tinnitus Patient |
| 2007 | The 15th Annual Conference on Management of the Tinnitus Patient |
| 2008 | The 16th Annual Conference on Management of the Tinnitus Patient |
| 2009 | The 17th Annual Conference on Management of the Tinnitus Patient |
| 2010 | The 18th Annual Conference on Management of the Tinnitus Patient |
| 2011 | The 19th Annual Conference on Management of the Tinnitus Patient |
| 2012 | The 20th Annual Conference on Management of the Tinnitus Patient |
| 2013 | The 21st Annual Conference on Management of the Tinnitus Patient |
| 1988_ Present | Resident Research Committee, Department of Otolaryngology – Head & Neck Surgery |

## *Chair Person*
| | |
|---|---|
| 1983 - 1984 | Computer Committee, Department of Otolaryngology– Head & Neck Surgery |

## *Chairman (elected)*
| | |
|---|---|
| 1999_ 2000 | Scientific Advisory Committee of the American Tinnitus Association |
| 2003 - 2006 | Scientific Advisory Committee of the American Tinnitus Association |

## *Co-Chair*
| | |
|---|---|
| 2005 | International Binaural Symposium 2005 |

## *Co-organizer*
| | |
|---|---|
| 1982 | Auditory Brainstem Response Update |
| 1984 | Auditory Brainstem Response Update |
| 1989 | International Meeting on Cochlear Implants |

## *Committee Member*
| | |
|---|---|
| 1988 - 1990 | American Speech-Language-Hearing Association Committee on Aural Rehabilitation |
| 1988_ 1990 | Engineering Research Conference on Cochlear Implants – Planning Committee |
| 1991 | Planning Committee, IVth International Tinnitus Convention |
| 1991 | Research Needs of Oral Auditory Hearing-Impaired Persons, National Institute of Deafness and other Communication Disorders |
| 1991 | Scientific Programme Committee, IVth International Tinnitus Seminar (Tinnitus 91), |
| 1992 | Executive Committee, SHHH National Convention |
| 1992 | Planning Committee, Meeting on Cochlear Implants: American Speech-Language-Hearing Association |
| 1995 - 1996 | Association for Research in Otolaryngology Midwinter Meeting Organizing Committee |

## *Committee member*
| | |
|---|---|
| 1987 | Program Committee for American Speech-Language-Hearing Association Convention |

## *Committee on Field Clinics*
| | |
|---|---|
| 1984 - 1985 | Department of Otolaryngology – Head Neck Surgery |

**_Consultant_**
| | |
|---|---|
| 1986 - 2001 | Veterans Administration Medical Center, Department of Audiology and Speech Pathology |

**_Consulting Editor_**
| | |
|---|---|
| 1989 - 1991 | Audiology in Practice |

**_Editorial Board_**
| | |
|---|---|
| 1989 - 1991 | Journal of Auditory Communication |
| 1990 - 1995 | Journal of the American Academy of Audiology |
| 1995 | American Journal of Otology |
| 1995 | American Tinnitus Association Scientific Advisory Committee Chairperson |

**_Editorial Consultant_**
| | |
|---|---|
| 2004 - 2015 | The Australian & New Zealand Journal of Audiology |

**_Hearin Coordinator_**
| | |
|---|---|
| 1983 - 2015 | Basic Science Course, Department of Otolaryngology – Head & Neck Surgery |

**_Investigator_**
| | |
|---|---|
| 1986 - 1989 | Veterans Administration Planning Committee on a Cooperative Study on Cochlear Implants |

**_Manuscript Reviewer_**

Annals of Otology, Rhinology and Laryngology
Archives of Otolaryngology-Head & Neck Surgery
Audiology
Cochlear Implants International: An Interdisciplinary Journal
Ear and Hearing
IEEE Transaction on Rehabilitation Engineering
Journal of Experimental Psychology
Journal of Speech and Hearing Disorders
Journal of Speech and Hearing Research
Journal of the Acoustical Society of America
The New England Journal of Medicine

**_Member_**
| | |
|---|---|
| 1973 | American Speech Language Hearing Association |
| 1974 | Acoustical Society of America |
| 1975 | Canadian Speech and Hearing Association |
| 1979 | British Society of Audiology |
| 1980 - 1981 | British Society of Audiological Scientists |
| 1980 - 1981 | British Tinnitus Society |
| 1980 - 1981 | Royal National Institute for the Deaf |
| 1981 | American Tinnitus Association |
| 1982 | American Auditory Society |
| 1982 | International Society of Audiology |
| 1982 - 1984 | New York Academy of Science |
| 1986 | Alexander Graham Bell Association |
| 1987 | Academy of Rehabilitative Audiology |
| 1988 | American Academy of Audiology |
| 1984 - 1993 | Sigma Xi |
| 1998 | International Society of Audiology |
| 1996 - 1999 | Scientific Advisory Committee of the American Tinnitus Association |
| 2006 - 2007 | Scientific Advisory Committee of the American Tinnitus Association |
| 1982 - Present | Association for Research in Otolaryngology |

| 2011 - 2014 | Committee for Revising Veterans Administration Schedule for Rating Disabilities (hearing loss and tinnitus; only non-VA member) |

**Overseas Editor**

| 1991 | The Australian Journal of Audiology |
| 1996 | British Journal of Audiology |
| 1999 | Cochlear Implants International |

**Reviewer, Grant Proposals**

Alberta Ministry Of Health
Medical Research Council, Canada
National Institutes Of Health
National Institutes Of Health, Deafness And Other Communicative Disorders
National Science Foundation
Swiss National Science Foundation

## C. Community Service

### Relevant Public or Community Involvement

**National**

| 2009 - 2011 | World Health Organization, Burden of disease for environmental noise and tinnitus, Board of Advisors |

**Local**

| 2011_ 2012 | Veterans Adminisration, Committee for Revision of the Veterans Administration, Iowa City, Iowa, Committee Assignment |
| 2016 - 2017 | U.S Federal and Drug Administration, Ear, Nose & Throat Devices Panel, Center for Devices and Radiological Health, Iowa City, Iowa, Consultant |
| 1998 | Seventh Symposium on Cochlear Implants in Children, Co-Chairperson |

## D. Clinical assignments since last promotion (if applicable)

| 2000 - Present | Outpatient, *Tinnitus and Hyperacusis Group Session, 1 day/month* |
| 2000 - Present | Individual Counseling – including Teleconferencing, *Tinnitus Clinic, 1-5 hours/week* |
| 2015 - Present | Tinnitus and Hyperacusis Outpatients, *Tinnitus Clinic, 1/2 day/week* |

## V. DEPOSITION OR TRIAL TESTIMONY – 2016 TO PRESENT

| Year | Style of Case/ Plaintiff name/ Location | Deposition | Trial Testimony | Retaining Attorney |
|------|------------------------------------------|------------|-----------------|--------------------|
| 2020 | Dan Worrell Car accident case Plaintiff: Judy Worrell Location: Minnesota | X | | Colin F. Peterson 800 LaSalle Avenue Suite 2800 Minneapolis, MN 55402 |
| 2019 | No Testimony Given | | | |
| 2018 | Deposition Savage ARMS Company Michigan Defendant | X | | Cannot recall Attorney |

| 2017 | Accident Defendant Plaintiff: Brett Baber. Location: Waldo County, Maine Su perior Court. | | X | Cannot Recall Attorney |
|------|------|------|------|------|
| 2016 | No Testimon yGiven | | | |