# EXHIBIT 9

Highly Confidential Deposition of Jeffrey Lee Hamer - 10/7/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 1

1          UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
2
3
4     MOLDEX-METRIC, INC.,
5           Plaintiff,
6        -v-              CAUSE NO.
                      14-cv-01821 (JNE/LFN)
7     3M COMPANY and 3M INNOVATIVE
      PROPERTIES COMPANY,
8
            Defendants.
9
10
11
12       The videotaped deposition upon oral
13    examination of JEFFREY LEE HAMER, a witness produced
14    and sworn before me, Julie A. Rupprecht, RPR, CRR,
15    Notary Public in and for the County of Hamilton, State
16    of Indiana, taken on behalf of the Plaintiff at the
17    offices of Katz & Korin, The Emelie Building,
18    334 North Senate Avenue, Indianapolis, Indiana, on
19    October 7, 2015, at 9:44 a.m., pursuant to the Federal
20    Rules of Civil Procedure.
21
22
23
24
25

Highly Confidential Deposition of Jeffrey Lee Hamer - 10/7/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 87

1      MS. HUNTER: Object to form.
2   A  Possibly. But we have a standard statistical test
3      that we do on the entire dataset to look at that
4      very thing.
5   Q  But don't you also use your own judgment and
6      sometimes decide there's something wrong with the
7      test and we should redo the test?
8   A  No.
9   Q  You never do that?
10  A  Not for a label test.
11  Q  Huh. What does that mean? What do you mean? You
12     never stop a label test?
13  A  We do not.
14  Q  Is it against the policy of 3M to stop a label test
15     because --
16  A  Not -- so we have stopped a label test in the
17     past --
18  Q  Uh-huh.
19  A  -- I think. I believe we have. And then modified
20     the product. We never -- never started a new test
21     on the same product.
22  Q  Why is that?
23  A  Because we didn't -- we were not meeting our
24     objectives in development.
25  Q  Yeah. But if you're doing a test, a labeling test,

Page 164

1     involves using the plug in a different
2     configuration than is advertised or shown in the
3     plug; right?  It involves folding back that flange.
4   A  It appears so.
5   Q  So really, the labeling test that 3M's using for
6     Combat Arms Version 2 for the green end is not the
7     appropriate test; isn't that true?
8   A  It appears so.
9   Q  Do you know why there is no mention on Exhibit 5201
10    of -- on page Bates number 89360, the test
11    summaries, of test 213015?
12   A  I do not.
13   Q  Do you think that when you met with Mr. Berger and
14    Mr. Kieper on January 13, 2009, to talk about the
15    labeling -- withdrawn.
16       Do you realize that the same problem that
17    we're looking at with the closed end could also
18    happen when you're testing the yellow end?
19       MS. HUNTER:  Object to form.
20   Q  I'll ask it differently.  If I was to insert the
21    yellow end instead of the green end, wouldn't I
22    still have the same possibility that the flange on
23    the green end might interfere with the ear canal
24    and pull the plug out a little bit?
25   A  It's possible.

Highly Confidential Deposition of Jeffrey Lee Hamer - 10/7/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 165

1  Q  And wouldn't that reduce the NRRs you're going to
2     get when you test the open-ended version of Combat
3     Arms 2 if the plug was pulled out imperceptibly
4     like that?
5  A  Potentially.
6  Q  And do you know why 3M redid the test on the closed
7     end to fold back the flange and get a higher NRR,
8     but it did not roll back the flange when it tested
9     the same plug in the open mode?
10 A  I do not know that they didn't.  And I wasn't there
11    at the time.
12 Q  Would it be fair to say that if they did not test
13    the open mode that way, but they did test with
14    the -- would it be fair to say that it would not be
15    proper to test the open mode part of the plug with
16    the flange not rolled back but the closed end with
17    the flange rolled back?
18        MS. HUNTER:  Object to form.
19 A  You're going to have to ask that one again.
20 Q  Okay.  Would it be fair to say that if they did not
21    test the open mode with the flange rolled back, but
22    they did test the closed end with the flange rolled
23    back, that that would be improper because the two
24    tests were using the product in two different ways?
25 A  My opinion is that testing the product with the

Highly Confidential Deposition of Jeffrey Lee Hamer - 10/7/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 166

1    flange rolled back is improper.
2    Q  Now, I realize you -- is this the first time you
3    knew about this whole flange thing?
4    A  Yes.
5    Q  Did 3M ever to your knowledge change the design of
6    Combat Arms Version 2 because of this issue?
7    A  I don't have any knowledge of that.
8    Q  I understand.  Do you -- would you agree with me
9    that this is a potential defect in the design of
10    the plug because a soldier may be using it, not
11    being aware of this flange issue, and the plug
12    comes out when they're using it in the green?
13       MS. HUNTER:  Object to form.
14    A  I'm sorry.  Once more.
15    Q  Do you realize that this design of the Combat
16    Arms 2 to have two separate plugs is defective
17    because the second end of the plug can pull the
18    plug out when the first end is inserted?
19       MS. HUNTER:  Same objection.
20    A  I'm not sure how to -- how I would characterize it
21    as defective or not without doing more research.
22    Q  Do you agree it appears to raise an issue about a
23    problem in the design of the plug?
24       MS. HUNTER:  Object to form.
25    A  It's certainly worth investigating further.

Highly Confidential Deposition of Jeffrey Lee Hamer - 10/7/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 174

1   A  Doesn't mean that they didn't change the design.
2   Q  Are you aware of any change in the design?
3   A  I wasn't there.
4   Q  I didn't ask you that.  Are you aware of any change
5      in the design?
6   A  No.
7   Q  Okay.  And again, if test number 213015 was a
8      labeling test, then shouldn't they have completed
9      the test and listed the NRR on the packaging?
10  A  I do not know.
11  Q  Wouldn't it be a big problem for 3M if it had to
12     list the NRR on the closed end of its Combat Arms
13     Version 2 as being 11 rather than 22?
14        MS. HUNTER:  Object to form.
15  A  I would think that would be insufficient.
16  Q  Based on what I've shown you today, are you going
17     to go back and do anything about Combat Arms
18     Version 2?
19  A  I'm sure I will consult with legal counsel and
20     we'll talk about that, yes.
21  Q  Are you going to tell the Army about this?
22  A  Same answer.
23  Q  Do you think you should tell the Army about it?
24  A  Same answer.
25  Q  What's the answer?