# EXHIBIT 10

Elliott H. Berger/US-Indianapolis/3M/US

07/11/2014 11:32 PM

To Ted K. Madison/US-Corporate/3M/US@3M-Corporate

cc Larry Dick/OE-OHESD/3M/US@3M-Corporate, Jason Jones/US-Corporate/3M/US@3M-Corporate, Bill - OHESD Smith/SS-SalesSupport/3M/US@3M-Corporate, Daniel Loftus/US-Corporate/3M/US, Denny Collins/US-Corp02/3M/US@3M-Corporate, Eric S. Walther/US-Corp04/3M/US@3M-Corporate, John T. Meitner/SS-SalesSupport/3M/US@3M-Corporate, Jorge C. Alonso/SS-SalesSupport/3M/US@3M-Corporate, Ken J. Hartman/US-Corp02/3M/US@3M-Corporate, Lee Hager/US-Corp02/3M/US@3M-Corporate, Lee S. Ehrlich/SS-SalesSupport/3M/US@3M-Corporate, Rick A. Nuss/SS-SalesSupport/3M/US@3M-Corporate, Victor Charbel/US-Corporate/3M/US@3M-Corporate, William W. Rue/SS-SalesSupport/3M/US@3M-Corporate, Eric W. Fallon/US-Indianapolis/3M/US@3M-Corporate

bcc

Subject Re: Lawrence Livermore NL questions on CAE

Ted,
Thanx for the clarifications. Perhaps the term "suspect" for a customer's report is something which don't which to use, but the facts are the dosimeters cannot be used for such noise exposure measurements. See for example this paper from NIOSH.

71035.pdf

I also agree that the CAE is not the optimal choice for a gun range, and as I said in my original comments is probably inadequate for indoor gun ranges.

Elliott

---

3M

**Elliott H. Berger** | Division Scientist
3M Personal Safety Division
E•A•RCAL Lab, 7911 Zionsville Rd. | Indianapolis, IN 46268-1650
Office: 317 692 3031 | Mobile: 317 752 0614 | Fax: 866 428 3942
elliott.berger@mmm.com | 3m.com/hearingprotection

Ted K. Madison    Larry I would edit Elliott's comments a bit. Cert...    07/09/2014 02:37:02 PM

From: Ted K. Madison/US-Corporate/3M/US
To: Larry Dick/OE-OHESD/3M/US@3M-Corporate
Cc: Elliott H. Berger/US-Indianapolis/3M/US, Jason Jones/US-Corporate/3M/US@3M-Corporate, Bill - OHESD Smith/SS-SalesSupport/3M/US@3M-Corporate, Daniel Loftus/US-Corporate/3M/US@3M-Corporate, Denny Collins/US-Corp02/3M/US@3M-Corporate, Eric S. Walther/US-Corp04/3M/US@3M-Corporate, John T. Meitner/SS-SalesSupport/3M/US@3M-Corporate, Jorge C. Alonso/SS-SalesSupport/3M/US@3M-Corporate, Ken J. Hartman/US-Corp02/3M/US@3M-Corporate, Lee Hager/US-Corp02/3M/US@3M-Corporate, Lee

PLAINTIFFS' TRIAL EXHIBIT
**P-GEN-00122**

S. Ehrlich/SS-SalesSupport/3M/US@3M-Corporate, Rick A. Nuss/SS-SalesSupport/3M/US@3M-Corporate, Victor Charbel/US-Corporate/3M/US@3M-Corporate, William W. Rue/SS-SalesSupport/3M/US@3M-Corporate, Eric W. Fallon/US-Indianapolis/3M/US@3M-Corporate
Date: 07/09/2014 02:37 PM
Subject: Re: Lawrence Livermore NL questions on CAE

---

Larry
I would edit Elliott's comments a bit. Certainly you would want to soften his comment about their 111 dB measurement being "suspect".

Also, we need to be very clear that CAEs will not reduce 190 dB explosions to a safe level of 140 dB or less. The Army study only looked at whether the soldiers experienced temporary threshold shifts (TTSs) after a few blasts. There is more and more evidence that damage to the ears can occur even when TTS does not occur.

More broadly, I'm not sure CAEs make sense in this application. The benefit of CAEs is they allow the wearer to hear better between impulses (i.e. situational awareness) which makes sense in a tactical police, hunting, or military combat situation. But for qualifying on a shooting range where the user is likely to have exposure to a large number of shots fired, I would recommend a level-dependent "tactical" electronic headset. If the number of shots being fired is very high, I would recommend tactical headset worn together with foam earplugs.

Feel free to give me a call and we can discuss. Eric, Elliott and I are working on a technical data bulletin on impulse noise to be published later this summer.

---

3M

**Ted Madison, M.A., CCC-A** | Technical Service Specialist
3M Personal Safety Division
3M Center, Building 0235-02-E-91 | Saint Paul, MN 55144-1000
Office: 651 737 2714 Mobile: 651 335 8124
tkmadison@3M.com

www.3M.com/Hearing www.facebook.com/3MHearingProtection www.Twitter.com/tkm4

---

Larry Dick Elliott - Thank you so much for this explanatio... 07/09/2014 10:47:49 AM

From: Larry Dick/OE-OHESD/3M/US
To: Elliott H. Berger/US-Indianapolis/3M/US@3M-Corporate
Cc: Jason Jones/US-Corporate/3M/US@3M-Corporate, Bill - OHESD Smith/SS-SalesSupport/3M/US@3M-Corporate, Daniel Loftus/US-Corporate/3M/US@3M-Corporate, Denny Collins/US-Corp02/3M/US@3M-Corporate, Eric S. Walther/US-Corp04/3M/US@3M-Corporate, John T. Meitner/SS-SalesSupport/3M/US@3M-Corporate, Jorge C. Alonso/SS-SalesSupport/3M/US@3M-Corporate, Ken J. Hartman/US-Corp02/3M/US@3M-Corporate, Lee Hager/US-Corp02/3M/US@3M-Corporate, Lee

S. Ehrlich/SS-SalesSupport/3M/US@3M-Corporate, Rick A. Nuss/SS-SalesSupport/3M/US@3M-Corporate, Ted K. Madison/US-Corporate/3M/US@3M-Corporate, Victor Charbel/US-Corporate/3M/US@3M-Corporate, William W. Rue/SS-SalesSupport/3M/US@3M-Corporate
Date: 07/09/2014 10:47 AM
Subject: Re: Lawrence Livermore NL questions on CAE

---

Elliott -

Thank you so much for this explanation - very helpful. I do want to confirm that it is alright to share all of this with the customer, including the attached papers. Please confirm - thanks again!

---

3M

**Larry Dick, COHC** | Account Executive, Hearing Conservation & Detection Solutions
Personal Safety Division
Resident of Southern CA | 3M Center, Bldg. 235-2W-70 | St. Paul, MN 55144
Office: 714 960 5547 | Mobile: 714 272 7571 | Fax: 651 732 8061
LDick@mmm.com | www.3M.com/PPEsafety | www.3M.com/Hearing

Elliott H. Berger    Jason, Let me clarify a few points.    07/08/2014 11:23:09 AM

From: Elliott H. Berger/US-Indianapolis/3M/US
To: Jason Jones/US-Corporate/3M/US@3M-Corporate
Cc: Larry Dick/OE-OHESD/3M/US@3M-Corporate, Bill - OHESD Smith/SS-SalesSupport/3M/US@3M-Corporate, Daniel Loftus/US-Corporate/3M/US, Denny Collins/US-Corp02/3M/US@3M-Corporate, Eric S. Walther/US-Corp04/3M/US@3M-Corporate, John T. Meitner/SS-SalesSupport/3M/US@3M-Corporate, Jorge C. Alonso/SS-SalesSupport/3M/US@3M-Corporate, Ken J. Hartman/US-Corp02/3M/US@3M-Corporate, Lee Hager/US-Corp02/3M/US@3M-Corporate, Lee S. Ehrlich/SS-SalesSupport/3M/US@3M-Corporate, Rick A. Nuss/SS-SalesSupport/3M/US@3M-Corporate, Ted K. Madison/US-Corporate/3M/US@3M-Corporate, Victor Charbel/US-Corporate/3M/US@3M-Corporate, William W. Rue/SS-SalesSupport/3M/US@3M-Corporate
Date: 07/08/2014 11:23 AM
Subject: Re: Lawrence Livermore NL questions on CAE

---

Jason,
Let me clarify a few points.
The CAE does not provide 30 dB peak reduction for a 140 dB peak. The plug in the open mode provides from 10-12 dB reduction at 130 dB, increasing to about 20-30 dB or more for 170 dB, depending on the nature of the impulse. The data below are from ISL. We get similar but not identical results in our impulse test lab. The data that show that the plug provides adequate protection at 190 dB are from a US Army study conducted with soldiers in the early 1990s. They found for a limited number of blasts up to about 190 dB the plugs prevented temporary threshold shifts. However those were large weapons with much low frequency content. For rifle shots that are more hazardous to the ear because of their high-frequency content the protection will not be as great.



The onset of risk for impulse noise is normally estimated at 135 - 140 dB Peak. Thus if gunshots can be reduced below that level they are considered essentially safe. However, when shooting in an indoor reverberant space the reverberant energy which is much longer lived than the impulses, even at a lower level can still be hazardous. At indoor ranges with many weapons firing more protection than can be provided by the CAE is required. We have no experimental data one way or the other on this issue and the classification of risk from impulse noise is still not well understood and strongly debated.

Risk criteria for impulse noise are not normally based on TWA. In fact, dosimeters CAN NOT be used to measure exposures to gunfire. Their microphones and electronics will not properly register the acoustic blasts. Thus, the 111 dBA number cited by Livermore is quite suspect.

I have no simple white papers on the CAE or how it works. However, the attached papers will provide guidance. The 2007 paper is a nice review for level-dependent earplugs including the CAE. The earlier Allen/Berger paper that I have also included does not discuss the CAE directly, but the mechanisms in the Ultra9000 and the CAE are identically and thus the Allen/Berger comments still apply.

Elliott
[attachment "T07-38 ASA Level Dep Plug Eval v4.2.pdf" deleted by Ted K. Madison/US-Corporate/3M/US] [attachment "87,003 Allen-Berger.pdf" deleted by Ted K. Madison/US-Corporate/3M/US]

---

3M

**Elliott H. Berger** | Division Scientist
3M Personal Safety Division
E•A•RCAL Lab, 7911 Zionsville Rd. | Indianapolis, IN 46268-1650
Office: 317 692 3031 | Mobile: 317 752 0614 | Fax: 866 428 3942
elliott.berger@mmm.com | 3m.com/hearingprotection

Jason Jones    Larry, I can't answer most of your questions bel...    07/08/2014 08:43:13 AM

From: Jason Jones/US-Corporate/3M/US
To: Larry Dick/OE-OHESD/3M/US@3M-Corporate
Cc: Bill - OHESD Smith/SS-SalesSupport/3M/US@3M-Corporate, Daniel Loftus/US-Corporate/3M/US@3M-Corporate, Denny Collins/US-Corp02/3M/US@3M-Corporate, Eric S. Walther/US-Corp04/3M/US@3M-Corporate, John T. Meitner/SS-SalesSupport/3M/US@3M-Corporate, Jorge C. Alonso/SS-SalesSupport/3M/US@3M-Corporate, Ken J. Hartman/US-Corp02/3M/US@3M-Corporate, Lee Hager/US-Corp02/3M/US@3M-Corporate, Lee S. Ehrlich/SS-SalesSupport/3M/US@3M-Corporate, Rick A. Nuss/SS-SalesSupport/3M/US@3M-Corporate, Ted K. Madison/US-Corporate/3M/US@3M-Corporate, Victor Charbel/US-Corporate/3M/US@3M-Corporate, William W. Rue/SS-SalesSupport/3M/US@3M-Corporate, Elliott H. Berger/US-Indianapolis/3M/US@3M-Corporate
Date: 07/08/2014 08:43 AM
Subject: Re: Lawrence Livermore NL questions on CAE

Larry,

I can't answer most of your questions below. Ted will need to weigh in here. I have also copied Elliott on this. He has done a lot of research on passive, non-linear earplugs.

My non-technical, marketing-biased comments for you are the following:

- NRR's are measured in dB. That is what is says on the box, which is technically approved by Ted, so it must be correct.
- I have been told that the CAE will take a 140 dB blast down to about 110, which is not "safe" but it is "safer" than 140. I think it reduces 190 down more than 30 dB, but I am not sure to what. I think it reduced louder sounds a larger percentage, but don't quote me on that. Ted and Elliott will provide facts.
- Your ear can take a few(don't know how many exactly) 110 dB blasts in a day, but it can't take 140 dB.
- If you are at the range shooting and the guns are going off a lot (every 30 seconds, etc.), the open position of the combat arms plug is NOT going to provide protection. Your ear can not take a 110 dB blast every 30 seconds.
- CAE works by forcing the sound thru a very small opening. Lower level sounds pass thru without much reduction. Louder sounds are reduced more.
- If someone has enough impulse blasts so their 8 Hour TWA is 111 dBA, they should not be using CAE in the open position. They should probably be EARfit tested and use the best plug they can find, and probably put muffs over the top of those. I would recommend Classics and X4A's.

Ted or Elliott - please jump in. thanks.

3M

**Jason Jones** | US Marketing Manager - Hearing Solutions
3M Personal Safety Division
3M Center, 235-2W-70 | St. Paul, MN 55144-1000
Office: 651 737 1955 | Mobile: 612 207 1969
jjones4@mmm.com | www.3M.com | www.3M.com/PPESafety

Larry Dick    Jason and Ted - Before responding (I was not...    07/07/2014 11:33:43 PM

From: Larry Dick/OE-OHESD/3M/US
To: Jason Jones/US-Corporate/3M/US@3M-Corporate, Ted K. Madison/US-Corporate/3M/US@3M-Corporate
Cc: John T. Meitner/SS-SalesSupport/3M/US@3M-Corporate, Rick A. Nuss/SS-SalesSupport/3M/US@3M-Corporate, Lee Hager/US-Corp02/3M/US@3M-Corporate, William W. Rue/SS-SalesSupport/3M/US@3M-Corporate, Larry Dick/OE-OHESD/3M/US@3M-Corporate, Jorge C. Alonso/SS-SalesSupport/3M/US@3M-Corporate, Ken J. Hartman/US-Corp02/3M/US@3M-Corporate, Victor Charbel/US-Corporate/3M/US@3M-Corporate, Denny Collins/US-Corp02/3M/US@3M-Corporate, Lee S. Ehrlich/SS-SalesSupport/3M/US@3M-Corporate, Daniel Loftus/US-Corporate/3M/US@3M-Corporate, Eric S. Walther/US-Corp04/3M/US@3M-Corporate, Bill - OHESD Smith/SS-SalesSupport/3M/US@3M-Corporate
Date: 07/07/2014 11:33 PM
Subject: Lawrence Livermore NL questions on CAE

Jason and Ted -

Before responding (I was not at the meeting, Larry is a distributor rep) wanted to run this by you. I admit that CAE/ARC still a bit of a mystery to me.

CAE open has NRR of 7. Is that dBC so must first subtract 7, so field rated NRR is zero?

If it will handle peaks of 190 dBP (reducing them to what?), and if someone has enough impulse exposure during their shift, they will probably have TWA > 90 dBA, right? Ryan says their security team incurs up to 111 dBA TWA during weapons training. How would CAE open protect them?

Do we have any additional technical data on CAE which can be shared?

Thanks

3M

**Larry Dick, COHC** | Account Executive, Hearing Conservation & Detection Solutions
Personal Safety Division
Resident of Southern CA | 3M Center, Bldg. 235-2W-70 | St. Paul, MN 55144
Office: 714 960 5547 | Mobile: 714 272 7571 | Fax: 651 732 8061
LDick@mmm.com | www.3M.com/PPEsafety | www.3M.com/Hearing

----- Forwarded by Larry Dick/OE-OHESD/3M/US on 07/07/2014 09:11 PM -----

From: "Kamerzell, Ryan G." <kamerzell2@llnl.gov>
To: "eswalther@mmm.com" <eswalther@mmm.com>, "Gates, Peter A." <gates13@llnl.gov>
Cc: "bill.smith@mmm.com" <bill.smith@mmm.com>, "larry.bothen@SuppliesandSolutions.com" <larry.bothen@SuppliesandSolutions.com>, "ldick@mmm.com" <ldick@mmm.com>
Date: 07/06/2014 09:36 PM
Subject: RE: 3M/S&S Follow Up

Eric, Bill and Larry,

It was great meeting with all of you the other day. I look forward to working with all of you.

Thank you for the information. I am very excited to get my hands on the technical proof that the 3M Combat Arms plugs are effective up to 190 dB, even though they only have an NRR of 21. We want to issue these to our protective force, but can't at the moment with the low NRR. We have 8-hour TWA exposures upwards of 111 dBA. We currently use the foam plug and muffs for double protection.

Looking forward to our next discussion and the information about the Combat Arms plugs.

Thanks in advance!

Ryan

Ryan Kamerzell, CIH
Lawrence Livermore National Laboratory
Worker Safety & Health
925-424-4709

**From:** eswalther@mmm.com [mailto:eswalther@mmm.com]
**Sent:** Sunday, July 06, 2014 9:27 PM
**To:** Gates, Peter A.; Kamerzell, Ryan G.
**Cc:** bill.smith@mmm.com; larry.bothen@SuppliesandSolutions.com; ldick@mmm.com
**Subject:** 3M/S&S Follow Up

Peter, Ryan,

Thank you for taking the time to meet with Bill, Larry and myself yesterday. We are looking forward to assisting you with your PPE consolidation project and the information you shared with us yesterday will help us better partner with you moving forward. I also wanted to follow up on a few items we discussed during our visit.

I CC'd 3M's hearing specialist Larry Dick on this e-mail. Larry has a wealth of knowledge and will be a tremendous resource for you in regards to any hearing related questions you may have. Larry has some literature on the Combat Arms ear plugs and he can answer some of questions Ryan had regarding the NRR ratings that were published.

I attached a PDF on the upcoming hearing conservation seminar in San Jose on September 30th. You can send some key people from your facility to the seminar in San Jose or Larry can set up a time to conduct an on site hearing conservation training.

I will follow up with you shortly regarding your Breath Easy PAPR's.

Let me know if you have any other questions,


Have a great holiday weekend,

3M

**Eric Walther** | Account Representative
Personal Safety Division
3M Center, 0235-02-W-20 | St. Paul, MN. 55144-1000
Mobile: 510 368 2757
eswalther@mmm.com | www.3M.com | www.3M.com/PPESafety

3M Confidential 3M00010147

Confidential - Subject To Protective Order 3M_MDL000010147

*Journal of Occupational and Environmental Hygiene*, 1: 456–462
ISSN: 1545-9624 print / 1545-9632 online
DOI: 10.1080/15459620490465839

71,035

# Limitations of Using Dosimeters in Impulse Noise Environments

**Chucri A. Kardous[1] and Robert D. Willson[2]**

[1]National Institute for Occupational Safety and Health, Cincinnati, Ohio
[2]National Institute for Occupational Safety and Health, Cincinnati, Ohio, and Beta Associates, Cincinnati, Ohio

*The National Institute for Occupational Safety and Health (NIOSH) investigated the capabilities of noise dosimeters to measure personal exposure to impulse noise. The two leading types of commercially available dosimeters were evaluated in terms of their ability to measure and integrate impulses generated from gunfire during live-fire exercises at a law enforcement indoor firing range. Sound measurements were conducted throughout the firing range using dosimeters, sound level meters, and a measurement configuration that consisted of a quarter-inch microphone and a digital audiotape recorder to capture the impulse waveforms. Personal dosimetry was conducted on eight shooters, an observer, and the range master. Peak levels from gunfire reached 163 decibels (dB), exceeding the nominal input limit of the dosimeters. The dosimeters "clipped" the impulses by acting as if the gunfire had a maximum level of 146 dB. In other cases, however, peak levels (e.g., 108 dB) were below the dosimeter input limits, but the dosimeters still showed a peak level of 146 dB. Although NIOSH recommends that sound levels from 80 to 140 dB (A-weighted) be integrated in the calculation of dose and the time-weighted average, our present data suggest this criterion may be inadequate. These results showed that some instruments are incapable of providing accurate measures of impulse sounds because of their electroacoustic limitations.*

**Keywords** damage risk criteria, dosimeters, gunfire, impulse noise

Address correspondence to: Chucri Kardous, Hearing Loss Prevention Section, National Institute for Occupational Safety and Health, 4676 Columbia Parkway, C27, Cincinnati, OH 45226; e-mail: ckardous@cdc.gov.

## INTRODUCTION

The National Institute for Occupational Safety and Health (NIOSH) conducted an assessment of various types of noise measuring instruments for monitoring exposure of personnel during live firing exercises at law enforcement indoor firing ranges. Emphasis was placed on evaluating the performance capabilities of personal noise dosimeters for such monitoring. The Occupational Safety and Health Administration (OSHA) established regulations and the NIOSH recommended guidelines state that no exposure should be permitted above 140 dB.[1,2] The OSHA preferred method for determining noise exposures of individuals is by means of personal noise dosimeters. Such dosimeters are required to comply with the American National Standards Institute (ANSI) Specification for Personal Noise Dosimeters, S1.25-1991,[3] which are suitable for measuring impulse, intermittent, and continuous noise. It must be noted however that the OSHA regulations and the ANSI S1.25 standard require that dosimeters operate properly only up to 140 dB.

Most occupational health professionals who use noise dosimeters to monitor hazardous noise environments and to comply with regulations assume that if they operate these dosimeters according to the manufacturer's instructions, accurate and valid data will result. Noise levels associated with gunfire are substantially above and outside the intended 140-dB range of operation of dosimeters complying with ANSI S1.25-1991. Nevertheless, noise dosimeters have been employed for measurements of noise levels above 140 dB. One area of work activity that can also produce such levels is in the construction industry. In addition to regulatory enforcement, some practitioners have an interest in making measurements of levels above 140 dB for the purpose of aiding in the selection of hearing protectors.

The investigation leading to this report examined two brands of commercially available noise dosimeters, the Quest Q400 (Quest Technologies) and the Larson Davis 706 (Larson Davis). Live-fire measurements were conducted at an indoor firing range using noise dosimeters, sound levels meters, and measurement configuration consisting of a quarter-inch microphone and a digital audio tape (DAT) recorder (TASCAM DA-P1, TEAC Corporation, Tokyo, Japan) to capture the actual waveform from firearms. Spectral analyses of the DAT recordings were performed using MATLAB software routines.[4] Analysis of the signals revealed that the dosimeters readings were nearly always in error. Furthermore, for noise levels that exceed 140 dB, contemporary dosimeters generally are not suitable for correct computation of time-weighted

Vol 1(7) p. 456-462

3M00010148

Confidential - Subject To Protective Order

average (TWA) or dose values for unprotected exposures as defined in current OSHA practice.

This article discusses the NIOSH impulse noise measurement methods used to document noise levels in the firing range and illustrates the limitations encountered when dosimeters are used to measure impulse noise.

## METHODS

The noise assessment consisted of (1) conducting sound level measurements to determine the performance of various noise measuring instruments and response to gunfire and (2) conducting personal noise exposure assessment of shooters during a live-fire session.

### Instrumentation Description

Peak sound levels were measured using a B&K 4136 quarter-inch microphone, B&K 2615 preamplifier, B&K 2807 power supply, and recorded on a Panasonic (Panasonic SV-255, Matsushita Electric Industrial Corporation, Tokyo, Japan) or TASCAM digital audio tape recorder (TASCAM DA-P1, TEAC Corporation, Tokyo, Japan) at 48000 samples per second. The maximum sound pressure for the microphone was rated at 172 decibels (dB sound pressure level [SPL]). Area measurements were conducted using a B&K 2260 and Quest 1800 Type 1 sound level meters. Both meters use half-inch, free-field condenser microphones with frequency range from 4 Hz–20 kHz. Personal and area noise level measurements were also collected using Quest Q400 and Larson Davis 706 dosimeters. The sound level meters and dosimeters conform to the American National Standards Institute (ANSI) specifications.[3,5]

The equipment was calibrated before the visits by the manufacturers. Field calibrations were conducted before and after measurements. Data from the dosimeters were downloaded and analyzed using QuestSuite 4.0[6] and Larson Davis Blaze™[7] software. Data from the DAT were digitally transferred to a computer as wav files, via Lexicon-Core2 24 bit audio card and CoolEditPro 6.0 software.[8] Spectral analysis was performed using MATLAB software routines to obtain peak levels, equivalent levels (Leq), time durations, frequency, octave, and 1/3-octave band spectra.

### Measurement Method

The firing range building included a 20-lane shooting range and adjacent areas consisting of a cleaning room, an observation tower, a classroom, and an office area. Sound level measurements were obtained at 12 different positions throughout the firing range and adjacent areas. The instruments microphones were positioned at ear height for an average shooter (approximately 5½ ft. above ground). The positions were chosen primarily to measure the shooters' typical noise exposure and evaluate the performance of dosimeters under such extreme conditions. Because noise dosimeters were suspected to overload, backup measurements were made using the microphone and DAT recorder, as well as sound level meters. For personal noise monitoring, eight shooters and two range observers wore dosimeters during live-fire exercises. Figures 1 and 2 provide illustrations of the area and personal noise monitoring arrangement.

## RESULTS

Live-fire measurements were conducted during two sessions. Ten shooters fired three different weapons—Remington 870 shotgun (Remington Arms Co., Madison, N.C.), M4 rifle, Beretta 9 mm pistol (Beretta, Accokeek, Md.)—during the first session; 18 shooters fired the Beretta pistol and Remington shotgun separately during the second session. The unweighted peak levels ranged from 152 dB along the back wall of the range and approximately 12 ft. from the shooters to 163 dB just outside the ear of a shooter. Eight shooters and two observers (range master) were equipped with personal noise dosimeters. The microphones were placed on the opposite shoulder from that of the firing arm.

Data from all dosimeters were downloaded and analyzed. The most apparent limitation was peak level clipping of noise levels that exceeded the instrument nominal limit. Figure 3 shows a plot of the Q400 dosimeter response for one of the shooters. Peak level (Lpeak) is clipped at all levels above 146 dB. The Lpeak clipping effect was observed in all the dosimeters inside the firing range. The Larson Davis 706 dosimeters exhibited a similar response by clipping all levels above 150–151 dB as shown in Figure 4. Table I provides a summary of the noise dosimetry measurements and a comparison with measurements obtained with the microphone. The table shows that the dosimeters clipped the impulses by acting as if the gunfire had a maximum peak 146 dB (Q400) or 151 dB (LD706). In some cases, peak levels (e.g., 108 dB in an office area) were below the Q400 input limit, but the dosimeter still showed a peak level of 146 dB.

Current OSHA exposure standard stipulates that no unprotected exposure is permissible if a daily TWA exceeds 90 dBA based on a 5-dB exchange rate. NIOSH recommends a more restrictive guideline—a TWA of 85 dBA with a 3-dB exchange rate. Table II shows the TWA and dose calculated by the Q400 dosimeters. TWA and dose calculations were exceeded for both NIOSH and OSHA standards were exceeded in every instance.

No universally acceptable measurement parameters exist to quantify impulse noise and its potential for contributing to noise-induced hearing loss. However, most impulse noise damage risk criteria rely on the measurement of peak pressure and time duration of an impulse. Table III illustrates a typical summary response of the Q400 dosimeter.

## DISCUSSION

The results highlight the limitations of using dosimeters to integrate impulse noise, and the errors that were produced as a result of those limitations. We anticipated that using the dosimeters directly on shooters would result in "clipping"

3M00010149

Confidential - Subject To Protective Order    3M_MDL000010149



FIGURE 1. Noise measurements at the indoor firing range

and calculation error. However, the extent of the error was unknown.

### Microphone and Electronic Circuitry Limitations

The Quest Q400 and LD 706 dosimeters manuals do not provide instructions on operating the dosimeter in impulse noise environments. Both instrument manuals indicate that the maximum operating range is 146 dB.[9,10] An earlier instruction manual for the Quest M-27 noise dosimeterstates, "Peak noise levels greater than the range of the instrument are clipped and act as if they were at the maximum level of 146 dB."[11, p. 46]

The microphone and electronic circuitry of the Q400 and LD 706 dosimeters clipped peak pressure levels that measured as high as 163 dB outside shooters' ears. On the other hand, peak levels were exceeded by as much as 38 dB in the office area according to the dosimeter readings. This can be explained by the accidental tapping or rubbing of the microphone.[12] The contribution to the overall TWA might be minimal, but in an impulse noise environment such artifact might lead to erroneous conclusion about the actual peak levels.

The clipping of the actual peak level due to the instrumentation limitation leads to error in the calculation of dose, TWA, Leq, average level (Lavg), and sound exposure level

**TABLE I. Comparison of Peak and Equivalent Levels**

| | B&K 4136/DAT | | Quest Q400 | | Larson Davis 706 | |
|---|---|---|---|---|---|---|
| | $L_{peak}$ (dB) | $L_{eq}$ (dBA) | $L_{peak}$ (dB) | $L_{eq}$ (dBA) | $L_{peak}$ (dB) | $L_{eq}$ (dBA) |
| Firing range | 157 | 122 | 146 | 119 | 151 | 112 |
| Shooter X | 163 | 128 | 146 | 123 | 150 | 118 |
| Shooter Y | 162 | 126 | 146 | 119 | 150 | 116 |
| Shooter Z | 162 | 126 | 146 | 122 | 150 | 117 |
| Observer | 152 | 124 | 146 | 117 | 151 | 113 |

Confidential - Subject To Protective Order



**FIGURE 2.** Personal noise exposure measurement

**FIGURE 3.** Quest Q400 dosimeter response for one of the shooters

Confidential - Subject To Protective Order



**FIGURE 4.** Larson Davis 706 dosimeter response for one of the shooters

(SEL). For instance, according to the Quest Q400 instruction manual,[11, p. 88] $L_{EQ}$ is given by the following equation:

$$L_{EQ} = 3.01\left[\text{LOG}_2 \int_0^{\text{RTIME}} 2^{LS/3.01}dt - \text{LOG}_2(TC)\right] \quad \textbf{(1)}$$

where RTIME is the run time in seconds, *LS* is the sound level in dB with selected time constant (slow or fast), and *TC* is the 8-hr criterion time in seconds.

$L_{EQ}$ calculation is based on the accurate measurement of *LS*. Although sound levels often reached 163 dB inside the firing range, the dosimeter calculated *LS* as if sound levels never exceeded the maximum of 146 dB. Similar errors would result from the calculation of dose, TWA, Lavg, and SEL.

Although NIOSH recommends that unprotected exposure to peak sound levels be kept less than 140 dB, most existing

**TABLE II. Q400 Dose and TWA Calculation from Three Shooters**

| | OSHA | | NIOSH | |
|---|---|---|---|---|
| Personnel | TWA (dBA) | Dose (%)$^A$ | TWA (dBA) | Dose (%)$^A$ |
| Shooter X | 121 | 7,393 | 123 | 663,520 |
| Shooter Y | 116 | 3,536 | 119 | 267,867 |
| Shooter Z | 120 | 6,102 | 122 | 472,230 |
| Observer | 112 | 2,204 | 116.5 | 140,694 |

$^A$Based on 8-hour projected exposure.

**TABLE III. Typical Summary Printout from Q400 Dosimeter**

| Parameter | 5-dB Exchange Rate | 3-dB Exchange Rate |
|---|---|---|
| Peak level | 146.4 dB | 146.4 dB |
| Max level | 131.1 dB | 131.1 dB |
| Min level | 65.7 dB | 65.7 dB |
| Lavg | 117.2 dB | 119.0 dB |
| TWA | 102.8 dB | 110.3 dB |
| TWA [8:00] | 117.2 dB | 119.0 dB |
| Dose | 590.52% | 34,107.91% |
| Dose [8:00] | 4,371.90% | 252,521.22% |
| SEL (E/R)$^A$ | 176.9 dB | 154.9 dB |

$^A$SEL = sound exposure level; ER = Exchange Rate.

Confidential - Subject To Protective Order

impulse noise damage risk criteria (DRC)[13,14] require that accurate measurements be made of true peak levels. Current noise dosimeters cannot be used to provide accurate peak level measurements because of their electroacoustic limitations.

### Uncertainty of Dose-Response Relationship

The dose-response relationship in current dosimeters is based on the assumption that halving the exposure time would create the same degree of hazard as reducing the noise level by 3 dB (NIOSH) or 5 dB (OSHA). Although this might hold true for continuous noise, there is no conclusive scientific evidence to validate this assumption when the noise contains impulse components. The dosimeter dose calculation becomes meaningless and not representative of the actual auditory hazard in an environment that contains both continuous and impulse noise as can be seen in Table II.

Dose is defined as a percentage of the summation of the ratios of the actual time of exposure to a given sound level to the allowed time at that level:

$$D = 100 \times [C_1/T_1 + C_2/T_2 + \ldots . C_n/T_n] \quad (2)$$

where $C_n$ is total time of exposure at a specified noise level, and $T_n$ is exposure duration for which noise at this level becomes hazardous. It is given in the NIOSH criteria document[1, p. 1] by the following equation:

$$T_n = 8/2^{(L-85)/3} \quad (3)$$

where $L$ is the slow exponential-time-weighted, A-frequency-weighted sound level.

$T_n$ is well defined for continuous noise levels under 140 dB. However, it has not been scientifically validated for impulse noise. For instance, a single shot from the Remington shotgun had peak level of 163 dB ($L$ = 126 dBA) and a duration $C_n$ = 456 microseconds calculated by the MATLAB program. Exposure duration, $T_n$ calculates to 2.2 sec. According to the above equation, this single shot contributes a minimal 0.02% to the daily allowable dose. However, studies have shown that the energy necessary to cause noise induced hearing loss is approximately 140 + dB for humans.[15]

At least one author has proposed a formula for calculating the noise dose associated with combined exposure to impulse and continuous noise in a formula that includes a ratio of the actual impulses to a maximum allowable number of impulses.[16]

### Lack of Impulse Noise Parameters Limitation

To evaluate the hazard for damage to hearing, it is necessary to reference currently established guidelines for permissible unprotected exposure to noise. Simply extending the range of operation up to 165–170 dB is technically feasible; however, doses, TWAs, etc., as defined in current OSHA practice for unprotected exposure, are of relatively little value for characterizing impulse noise. The Committee on Hearing, Bioacoustics, and Biomechanics (CHABA)[17] suggests that to fully evaluate the effect of impulse noise on the auditory system, parameters such as peak pressure, duration, rise time, energy, spectral content, number and mixture of impulses, and temporal spacing should be considered. Current dosimeters used in an impulse or impact noise environment do not provide any of these measurement parameters other than peak pressure, and the range and accuracy of peak pressure measurements are not adequate. NIOSH researchers have proposed a new design concept for a noise dosimeter that is capable of accurately performing impulse noise measurements without limitation or distortion. The new design concept is discussed in detail in a separate NIOSH publication.[18] The NIOSH impulse measurement system allows us to measure and calculate the impulse noise parameters highlighted by CHABA and other researchers[19–22] who have been closely associated with impulse noise hearing hazard. As additional metrics are developed and linked to hearing loss from impulse noise, the system would allow recalling of the archived impulses and perform the necessary analyses to obtain those metrics.

## CONCLUSIONS

Contemporary dosimeters have limited capabilities to handle impulse noise and are principally intended for compliance measurements referenced to current regulatory standards. NIOSH conducted an assessment of the performance of noise dosimeters in impulse noise environments. The assessment examined two types of dosimeters, sound level meters, and a measurement system optimized to acquire and analyze impulse noise. This article has highlighted the pitfalls associated with using dosimeters to assess personal exposure from impulse noise and sound levels above 140 dB. Results showed the limitations exhibited by dosimeters, which included peak pressure clipping, unreliable dose-response relationship, and an overall lack of capability to record signal parameters that may better describe and quantify the hearing damage risk from exposure to impulse noise.

A need exists for standards and guidelines as well as instrumentation suitable for recording and measuring high impulse noise levels. A possible goal might be to configure a dosimeter that extends the range up to 170 dB and that also has additional capabilities of recording parameters and values currently under development and investigation.

## REFERENCES

1. **National Institute for Occupational Safety and Health (NIOSH):** *Criteria for a Recommended Standard—Occupational Noise Exposure.* DHHS (NIOSH) Pub No. 98-126. Cincinnati, Ohio: NIOSH, 1998.
2. **Occupational Safety and Health Administration (OSHA)**: Code of Federal Regulations. 29 CFR 1910.95. U.S. Government Printing Office, Office of the Federal Register. OSHA, Washington, D.C., 1992.
3. **American National Standards Institute (ANSI):** *Specification for Personal Noise Dosimeters* (ANSI S1.25-1991). [Standard] New York: ANSI, 1997.
4. **Mathworks, Inc.:** *MATLAB 6.5*. Natick, Mass.: Mathworks, Inc., 2002.
5. **American National Standards Institute (ANSI):** *Specification for Sound Level Meters* (ANSI S1.4-1983). [Standard] New York, ANSI, 2001.
6. **Quest Technologies:** *QuestSuite*® . Version 4.3. Oconomowoc, Wis., 2001.



3M00010153

Confidential - Subject To Protective Order 3M_MDL000010153

7. **Larson Davis:** *Blaze*™. Version 2.11. North Provo, Utah, 2000.
8. **Syntrillium Software:** *Cool Edit Pro 2.0.* San Jose, Calif.: Syntrillium, 2002.
9. **Quest Technologies Inc.:** Instructions for Q400 and Q500 Noise Dosimeters. Oconomowoc, Wis.: Quest Technologies, 1997. p. 64.
10. **Larson-Davis:** *Spark™ and Blaze™ Personal Noise Dosimeters and Analysis Software User Manual.* Provo, Utah: Larson Davis, 1999. p. 4.
11. **Quest Technologies Inc.:** *Instructions for M-27 Noise Logging Dosimeter.* Oconomowoc, Wis.: Quest Technologies, 1990. p. 49.
12. **Earshen, J.J.:** Sound measurement: Instrumentation and noise descriptors. In *The Noise Manual,* Revised Fifth Edition. E.H. Berger, L.H. Royster, J.D. Royster, D.P. Driscoll, M. Lane (eds.). Fairfax, Va.: AIHA Press, 2000.
13. **National Research Council Committee on Hearing, Bioacoustics, and Biomechanics:** "Proposed Damage Risk Criterion for Impulse Noise (Gunfire)." Report of Working Group 57, W.D. Ward (ed.). Washington, D.C.: National Academy of Sciences, 1968.
14. **Department of Defense:** Design Criteria Standard—Noise Limits. [Standard] MIL-STD-1474D. 1997.
15. **Henderson, D., and R.P. Hamernik:** Impulse noise: Critical review. *J. Acoust. Soc. Am. 80*(2):569–584 (1986).
16. **Cluff, G.L.:** Noise dose from impulse and continuous noise. *Sound Vib.* 16:18–22 (1982).
17. **Ward, W.D., J.H. Fletcher, D.M. Green, R.P. Hamernik, and D. Johnson:** "Hazardous Exposure to Impulse Noise." Washington, D.C.: National Research Council Committee on Hearing, Bioacoustics, and Biomechanics, 1992.
18. **Kardous, C.A.:** "New Design Concept for Impulse Noise Dosimeter." Poster presentation, American Industrial Hygiene Conference and Exposition (AIHCE), Dallas, Texas, May 10–15, 2003.
19. **Price, G.R.:** Impulse noise hazard as a function of level and spectral distribution. In *Basic and Applied Aspects of Noise—Induced Hearing Loss,* R.J. Salvi (ed.). New York: Plenum Publishers, 1986. pp. 379–392.
20. **Patterson, J.H Jr., M. Carrier Jr., K. Bordwell, R.P Hamernik, W.A. Ahroon, and C.E. Hargett Jr.:** "The Hazard of Exposure to Impulse Noise as a Function of Frequency." USAARL Report No. 91-18. Fort Rucker, Ala.: U.S. Army Aeromedical Research Laboratory, 1991.
21. **Patterson, J.H.:** Effects of peak pressure and energy of impulses. *J. Acoust. Soc. Am. 90*:205–208 (1991).
22. **Lei, S.F., R.P. Hamernik, and W.A. Ahroon:** The application of frequency and time domain kurtosis to the assessment of hazardous noise exposures. *J. Acoust. Soc. Am. 96*:1435–1444 (1994).




3M00010154

Confidential - Subject To Protective Order 3M_MDL000010154