# EXHIBIT 11

P1448.1

| From: | ljadams@mmm.com |
|---|---|
| Sent: | 12/9/2014 7:38:47 PM |
| To: | ddfletcher@mmm.com |
| Subject: | Fw: Combat Arms - Renaming Opportunity for CHIM |
| Importance: | Normal |

See below. Infrequent gun shot noise--- -hmmmm. Let's discuss tomorrow when we meet.

Lindsay J. Adams | Marketing
3M Safety
3M Center, 223-4S | St. Paul, MN 55144
Office: 651 737 2338
ljadams@mmm.com | www.3M.com

----- Forwarded by Lindsay J. Adams/EG-Engrg/3M/US on 12/09/2014 01:38 PM -----

From: Jason Jones/US-Corporate/3M/US
To: Lindsay J. Adams/EG-Engrg/3M/US@3M-Corporate
Cc: Doug H. Moses/US-Indianapolis/3M/US@3M-Corporate
Date: 12/09/2014 11:16 AM
Subject: Re: Combat Arms - Renaming Opportunity for CHIM

Lindsay,

Thanks for the note.

I don't have a problem with the renaming of the Combat Arms Earplugs for your markets. But we do have a contract with New Dynamics (changing their name to "Access: Supports for Living Inc.") that says we will exclusively sell CAE thru New Dynamics. Here is the wording from that section of the contract.
3. 3M's Obligations to New Dynamics
3.1 3M will sell to New Dynamics, in bulk, the 3M Components.
3.2 Upon New Dynamics' ability to distribute fully assembled and packaged Earplug Products according to the terms and conditions of this Agreement, and upon the inclusion of the Earplug Products on the federal procurement list, distribution of the 3M Earplugs within the United States shall be exclusively by New Dynamics, and 3M will discontinue sales of the 3M Earplugs within the United States, except for the sale of 3M Components to New Dynamics under this Agreement. Any sale to the United States government or any United States government entity wherever located is deemed a sale in the United States for purposes of this Agreement.

I need to get Doug Moses in on this discussion. We need to discuss this before any renaming. Maybe we change the colors of the tips, etc, to allow the

Confidential - Subject to Protective Order



3M_MDL000473499

If we are able to move forward and have CHIM sell these unders a different name, like Option 2 better. I don't have a problem with the term "Hear Through", but we should get Doug's input. Also for the phrase *Insert yellow end for gunshot noise protection, I would insert the word "infrequent" before "gunshot". A shooter should not go to the range and fire a box of shells with the yellow side in. The yellow side scuts a 140 dB blast down to about 120sB or so. It is safer and you can take a few of these, but not a lot of them

Whatever terminology you use, it will have to be approved by Tech service and Legal.


Jason Jones | US Marketing Manager - Hearing Solutions
3M Personal Safety Division
3M Center, 235-2W-70 | St. Paul, MN 55144-1000
Office: 651 737 1955 | Mobile: 612 207 1969
jjones4@mmm.com | www.3M.com | www.3M.com/PPESafety




From: Lindsay J. Adams/EG-Engrg/3M/US
To: Jason Jones/US-Corporate/3M/US@3M-Corporate
Cc: Sharon D. Armstrong/LA-Legal/3M/US@3M-Corporate
Date: 12/09/2014 10:41 AM
Subject: Combat Arms - Renaming Opportunity for CHIM


Hi Jason -

As we discussed, we have gotten requests from our customers to change the name of the Combat Arms earplug to reflect the appropriate use for the CHIM/Sporting goods channel. Essentially hunting & shooting. We have discussed name options and would like to pursue one of the following. Do you have any thoughts or input? Also - on Hear-Through - this was once a trademark of PSD/Peltor but I understand we dropped it in 2014. Do you know what the rationale was/is for doing that? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ Thanks for your input and thoughts as always....

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


Alternative #1:
Peltor(TM) Sport (Brand Logo)

Hear-Through
Reusable Earplugs

Confidential - Subject to Protective Order                                    3M_MDL000473500

2-in-1 Hearing Protection
*Insert yellow end for gunshot noise protection
*Insert olive end for constant noise protection

Alternative #2:
Peltor(TM) Sport (Brand Logo)

Impulse Blocking
Reusable Earplugs

2-in-1 hearing protection
*Insert yellow end for gunshot noise protection
*Insert olive end for constant noise protection

Lindsay J. Adams | Marketing
3M Safety
3M Center, 223-4S | St. Paul, MN 55144
Office: 651 737 2338
ljadams@mmm.com | www.3M.com

Confidential - Subject to Protective Order

3M_MDL000473501