# EXHIBIT 12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG ) <br> PRODUCTS LIABILITY LITIGATION,) <br> ) <br> *Re: Ronald Sloan* ) <br>    *Case No. 7:20cv1* ) <br> ) <br>    and ) <br> ) <br> *William Wayman* ) <br>    *Case No. 7:20cv149* ) <br>_____) | Case No. 3:19md2885 <br><br> Pensacola, Florida <br> January 12, 2022 <br> 8:13 a.m. |

<u>DAY THREE</u>
(Pages 1 to 338)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE, and a jury.

**A P P E A R A N C E S**

FOR PLAINTIFFS:
   Aylstock, Witkin, Kreis & Overholtz, PLLC
   By:  **BRYAN F. AYLSTOCK**
        <u>baylstock@awkolaw.com</u>

        **JENNIFER HOEKSTRA**
        <u>jhoekstra@awkolaw.com</u>
   17 E Main Street, Suite 200
   Pensacola, Florida  32502

*Donna L. Boland, RPR, FCRR*
*United States Court Reporter*
*1 N Palafox Street * Pensacola, Florida  32502*
*Donna_Boland@flnd.uscourts.gov*

```
09:25    1    would be -- compute to be minus 2 because --
09:25    2    Q.   We know -- sorry.
09:25    3    A.   There's also a constant correction of 3 that's
09:25    4    included in that formula.
09:25    5    Q.   We know that, in fact, the yellow end didn't have no
09:25    6    attenuation.  It had attenuation, right, sir?
09:25    7    A.   Correct.
09:25    8    Q.   And the reason it's negative 2 is not just because of
09:26    9    a constant; it's because you had a lot of variability on
09:26   10    the yellow end as well, right, sir?
09:26   11    A.   There was variability on the yellow end which
09:26   12    contributed to that number being lower.
09:26   13    Q.   Sir, this was the most variable earplug you had ever
09:26   14    tested in your lab?
09:26   15    A.   That's what we observed on the 015 test.  I did say
09:26   16    that, yes.
09:26   17    Q.   Yes, the most variable earplug you had ever tested in
09:26   18    your lab when fitted as is shown in every piece of
09:26   19    marketing literature this company ever presented, correct?
09:26   20    A.   No.
09:26   21    Q.   I'm sorry, sir?  You changed the fitting technique
09:26   22    and did a retest after you stopped this test, correct?
09:26   23    A.   Correct, we went back and looked at --
09:26   24    Q.   We're going to march through this, sir, just a
09:26   25    moment.  You changed the fitting technique, correct?
```

| | | |
|---|---|---|
| 12:14 | 1 | I was aware of, I was not questioned about.  It's |
| 12:14 | 2 | something I've become aware of recently in these |
| 12:14 | 3 | proceedings. |
| 12:14 | 4 | Q.   Right, because after -- we can go back to 2000 real |
| 12:14 | 5 | quick.  And we have your testimony, sir, that this report, |
| 12:14 | 6 | as best you can find in any records, was never transmitted |
| 12:14 | 7 | to the military, correct? |
| 12:14 | 8 | A.   That report was not, correct. |
| 12:14 | 9 | Q.   We have the results, and the NRR of 11 was not |
| 12:14 | 10 | transmitted, correct? |
| 12:14 | 11 | A.   Correct. |
| 12:14 | 12 | Q.   We have, sir, as I understand it from you, and I |
| 12:14 | 13 | think there's reference to this, after this point in time, |
| 12:14 | 14 | there was a fit tip or a flange fold that the company |
| 12:15 | 15 | implemented or suggested could be used to improve fitting; |
| 12:15 | 16 | is that right? |
| 12:15 | 17 | A.   Could you repeat that, please. |
| 12:15 | 18 | Q.   Well, sure.  Let's look at S-GEN-008 and see what you |
| 12:15 | 19 | were saying. |
| 12:15 | 20 |         MR. BUCHANAN:  Plaintiffs offer S-GEN-008 into |
| 12:15 | 21 | evidence. |
| 12:15 | 22 |         THE COURT:  That's admitted, and you may publish |
| 12:15 | 23 | it. |
| 12:15 | 24 |         (S-GEN-008 admitted into evidence.) |
| 12:15 | 25 | BY MR. BUCHANAN: |