# EXHIBIT 13

P1079.1



DEPARTMENT OF THE ARMY

US Army Criminal Investigation Command
Atlanta Fraud Resident Agency
MPFU,USACIDC 1465 Hood Avenue, Building 838
Forest Park, Georgia, 30297-5111

CISA-MSE-A                                                         2018/12/13

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Law Enforcement Report - SIR (Category 3)/Final/Joint - 00019-2016-CID133-014635-8C5/ 9L

1. Offense: 31 USC 3729: Civil False Claims Act (Federal (USC/CFR))

2. Dates/Times/Locations of Occurrences: 0800, 02 Jan 00 - 1700, 30 Dec 15; 700 Robbins St, Philadelphia, PA, 19111

3. Date/Time Reported: 1400, 17 May 16

4. Investigated By:    Mrs. MYONG S. CAPE; SA JENNIFER L. COLEMAN

5. Subjects/Suspects: 3M Defense; 3M Center, St Paul, MN, 55144; [31 USC 3729: Civil False Claims Act]

6. Victims: U.S. Government; Defense Logistics Agency; Defense Supply Center - Philadelphia, 700 Robbins Avenue, Philadelphia, PA, 19111; [31 USC 3729: Civil False Claims Act]

7. Report Summary:
This investigation was developed from information received under Raw Data File 0017-16-CID133.



UNCLASSIFIED // FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

CID File0001



PLAINTIFFS' TRIAL EXHIBIT
P-GEN-00009

UNCLASSIFIED // FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

CISA-MSE-A
SUBJECT: Law Enforcement Report - SIR (Category 3)/Final/Joint - 00019-2016-CID133-014635-8C5/ 9L

During the course of this investigation, numerous interviews and record reviews were conducted reference the testing results and contracting process. Interviews of US Government personnel confirmed that had they known about the February 2000 test results (i.e. that the CAE was too short for proper insertion in the users' ears and, therefore, did not perform well in certain individuals) on the CAE they may not have purchased the items.



Legal Coordination: This investigation was conducted under Department of Justice (DOJ) guidelines pursuant to the DOJ/DoD Memorandum of Understanding and was coordinated with Trial Attorney Brandie Weddle, Civil Frauds Section, US Department of Justice, Washington, DC and Assistant United States Attorney (AUSA) Stan Ragsdale, District of South Carolina, US Attorney's Office.

Attached:

1. Agent's Investigation Report (AIR) of SA Coleman, 3 Aug 2016, detailing the Basis For Investigation.

2. AIR of SA Coleman, 20 Jun 2016, detailing the review of Defense Logistics Agency (DLA) contract documents.

3. AIR of SA Coleman, 3 Aug 2016, detailing the interview of Mr. James Hornstein, Vice President/General Counsel of Moldex-Metric, Inc. (Moldex), Culver City, CA and Dr. Jeffrey Birkner, Vice President of Technical Services, Moldex.

4. AIR of SA Coleman, 13 Sep 2016, detailing the interview of Mr. David Zarenkiewicz, Contracting Officer, DLA, Philadelphia, PA.

UNCLASSIFIED // FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

CID File0002

UNCLASSIFIED // FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

CISA-MSE-A
SUBJECT: Law Enforcement Report - SIR (Category 3)/Final/Joint - 00019-2016-CID133-014635-8C5/ 9L

5. AIR of SA Coleman, 13 Sep 2016, detailing the interview of Mr. James Johanson, Quality Assurance Engineer, DLA, Philadelphia, PA.

6. AIR of SA Coleman, 14 Sep 2016, detailing the interview of Mr. Brian Schott, Chief for Medical Surgical Manufacturer/Distributor, DLA, Philadelphia, PA.

7. AIR of SA Coleman, 14 Sep 2016, detailing the interview of Mr. Thomas Sidor, Retired Contracting Officer, DLA, Philadelphia, PA.

8. AIR of SA Coleman, 21 Sep 2016, detailing the review of documents provided by 3M.

9. Copy of DCIS Form 1 of SA Rosen, 26 Sep 2016, detailing the interview of Mr. Albert Gatica, Supervisor of the Medical Division, DLA Philadelphia, PA.

10. Copy of DCIS Form 1 of SA Rosen, 27 Sep 2016, detailing the interview of Mr. Mark Anthony, Contracting Officer, DLA, Philadelphia, PA.

11. Copy of DCIS Form 1 of SA Rosen, 28 Sep 2016, detailing the interview of Mr. John Komada, Jr., Chemical Engineer, DLA, Philadelphia, PA.

12. AIR of SA Coleman, 29 Nov 2016, detailing the interviews of personnel at Aberdeen Proving Ground, MD.

13. AIR of SA Coleman, 3 May 2017, detailing the interview of Commander Joel Bealer, Deputy Director of Safety and Occupational Health, Bureau of Medicine, Falls Church, VA.

14. AIR of SA Coleman, 3 May 2017, detailing the interview of Mr. Brian Hobbs, Supervisory Audiologist, Occupational Audiology Division, Navy and Marine Corps Public Health Center, Portsmouth, VA.

15. AIR of SA Coleman, 17 Nov 2017, detailing the interview of Ms. Leeann Domanico, US Public Health Center, Army Hearing Program, Aberdeen Proving Ground, MD.

UNCLASSIFIED // FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED // FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

CISA-MSE-A
SUBJECT: Law Enforcement Report - SIR (Category 3)/Final/Joint - 00019-2016-CID133-014635-8C5/ 9L

16. AIR of SA Coleman, 17 Nov 2017, detailing the interview of Ms. Eileen Resta, Health Information Specialist, US Army Public Health Center, Army Hearing Program, Aberdeen Proving Ground, MD.



19. AIR of SA Coleman, 29 Nov 2018, detailing coordination with MAJ Cameron Edlefson, Attorney-Advisor, Procurement Fraud Division, Office of the Judge Advocate detailing their decision not to any further action against 3M.

20. CID Form 118 E-R, Disclosure Accounting Record.

Not Attached:

None.

STATUS: This is a Final Report. This investigation was conducted jointly with the Defense Criminal Investigative Service, case control number 2016001951.



UNCLASSIFIED // FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED // FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

CISA-MSE-A

SUBJECT: Law Enforcement Report - SIR (Category 3)/Final/Joint - 00019-2016-CID133-014635-8C5/ 9L

8. Unique Circumstances:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Possible Safety issue

Status: This is a Final Report. Commander's Report of Disciplinary or Administrative Action (DA Form 4833) is pending.

Commanders are reminded of the provisions of AR 600-8-2 pertaining to suspension of favorable personnel actions and AR 380-67 for the suspension of security clearances of persons under investigation. Army Law Enforcement reports are exempt from automatic termination of protective markings IAW Chapter 3, AR 25-55. IAW AR 25-22, AR190–45, and DODM 5400.07, information contained in this report is law enforcement sensitive, confidential and private in nature, and any further distribution (forwarding to unauthorized personnel) without the authorization of the Provost Marshal General will be in violation of the UCMJ and USC.

| Report Prepared By | Report Approved By |
|---|---|
| COLEMAN.JENNIFER.LYNN.1117271788  Digitally signed by COLEMAN.JENNIFER.LYNN.1117271788  Date: 2018.12.13 14:40:11 -05'00' | OUTLAW.DAVID.TODD.1110669905  Digitally signed by OUTLAW.DAVID.TODD.1110669905  Date: 2018.12.13 14:37:01 -05'00' |
| Special Agent Jennifer Coleman | Resident Agent in Charge D. Todd Outlaw |

Signature Authority

OUTLAW.DAVID.TODD.1110669905  Digitally signed by OUTLAW.DAVID.TODD.1110669905  Date: 2018.12.13 14:37:14 -05'00'

Resident Agent in Charge D. Todd Outlaw

DISTRIBUTION:

Chief, Procurement Fraud Branch, USALSA: Attn: M

UNCLASSIFIED // FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

5

CID File0005

UNCLASSIFIED // FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

CISA-MSE-A

SUBJECT: Law Enforcement Report - SIR (Category 3)/Final/Joint - 00019-2016-CID133-014635-8C5/ 9L

DCS OPS - SSI Commander, USACIDC, ATTN: CIOP-ZA, 27130 Telegraph Road, VA 22134
LNO USACIDC AMC REDSTONE ARSENAL, AL LNO USACIDC AMC REDSTONE ARSENAL, AL
SEFFO: Evidence Custodian
PFA, DLA Troop Support, Philadelphia PFA, DLA Troop Support, Philadelphia, PA
RAC, Detroit FRA, USACIDC, Troy, MI
RAC, Philadelphia FRA, Media, PA
Southeastern Fraud Field Office: SAC
RAC USACIDC ATLANTA FRAUD RA
Major Procurement Fraud Unit: Deputy Director, OPS
SEFFO: Criminal Intelligence Analyst
Major Procurement Fraud Unit: AOPS
701ST MP GROUP (CID): OPS

CASE HISTORY:

00019-2016-CID133-014635