# EXHIBIT 14

P0925.1

| | |
|---|---|
| **From:** | Elliott Berger |
| **Sent:** | Friday, May 12, 2000 8:58 PM |
| **To:** | brian_myers |
| **Subject:** | REAT on the combat arms |

Here are data on the ultrafit end of the combat arms.  Note the original study was stopped with 8 subjects.  The second study was with the folded back flanges on the end sticking out of the ear.

Should I share this with Ohlin?  It looks like the existing product has problems unless the user instructions are revised.

Confidential - Subject to Protective Order