# EXHIBIT 15

Confidential - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
 2                 PENSACOLA DIVISION
 3
     IN RE: 3M COMBAT ARMS   )  Case No.
 4   EARPLUG PRODUCTS         )  3:19md2885
     LIABILITY LITIGATION     )
 5   _____    )  Judge M. Casey
                              )  Rodgers
 6   THIS DOCUMENT RELATES    )  Magistrate Judge
     TO ALL CASES             )  Gary R. Jones
 7
 8           THURSDAY, JANUARY 23, 2020
 9   CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                    - - -
11           Videotaped deposition of D. Garrad
12   Warren, III, held at the offices of KIRKLAND
13   & ELLIS LLP, 300 North LaSalle, Chicago,
14   Illinois, commencing at 9:02 a.m., on the
15   above date, before Carrie A. Campbell,
16   Registered Diplomate Reporter, Certified
17   Realtime Reporter, Illinois, California &
18   Texas Certified Shorthand Reporter, Missouri
19   & Kansas Certified Court Reporter.
20                    - - -
21
             GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
23
24
25
```

Confidential - Pursuant to Protective Order

1    lunch, we were looking at Exhibit 28 --

2         A.     Yes.

3         Q.     -- how to fold the flanges

4    back?

5         A.     Right.

6         Q.     And the date on that was

7    July 10, 2000, right?

8         A.     Yes, sir.

9                (Warren Exhibit 29 marked for

10               identification.)

11   QUESTIONS BY MR. AYLSTOCK:

12        Q.     All right.  If we look at the

13   next exhibit, 29.

14               And this is a memo from

15   Elliott -- well, from Ron Kieper to Elliott

16   Berger dated August 17, 2000.

17               Do you see that?

18        A.     I do.

19        Q.     And it's talking about these

20   two tests that are reflected in the flange

21   report, Exhibit 28, correct?  The 213015 and

22   213017, right?

23        A.     Yes.  Yes.

24        Q.     And what it says is, "The

25   initial test, 213015, was stopped after eight

Confidential - Pursuant to Protective Order

```
 1   subjects because the results were variable

 2   and the NRR was quite low, 11."

 3              Do you see that?

 4      A.     I do.

 5      Q.     In your experience in passive

 6   hearing protection, that would be a quite low

 7   NRR, correct?

 8      A.     11?

 9      Q.     Yes.

10      A.     It would be lower, yes.

11      Q.     That would make it --

12      A.     The lower end of the scale.

13      Q.     That would make it harder to

14   sell?

15      A.     Absolutely.

16      Q.     If not impossible to sell?

17      A.     Absolutely.

18      Q.     Okay.  "At all tested

19   frequencies, test 213017 means are higher,

20   and SDs are lower than those of 213015, and

21   the NRR is 22."

22              Do you see that?

23      A.     I do.

24      Q.     So at any point in time did you

25   ever see any packaging or instructions or
```