# EXHIBIT 17

| | |
|---|---|
| From: | Whitney, Kevin N Maj USAF AFMSA (USA) |
| To: | Peake, Michael B (Brian) Col USAF AFMSA (USA) |
| Cc: | Rybczynski, Ian C Lt Col USAF AFMSA (USA); Heline, Tiffany R Maj USAF AFMSA (USA) |
| Subject: | RE: ACTION:// 3M Dual-Ended Combat Earplugs - ensure removed from inventory (30 Aug 19) (UNCLASSIFIED) |
| Date: | Tuesday, October 15, 2019 11:12:07 AM |
| Attachments: | 3M Hearing Protection Device Letter - Final.pdf |

CLASSIFICATION: UNCLASSIFIED

Col Peake,

BLUF: Bioenvironmental Engineering (BE) personnel verified that 3M Dual-Ended Combat Earplugs (NIIN: 6515-01-466-2710) are NOT being used for hearing protection purposes in the AF enterprise as of 15 Oct 19.

S/B: 3M Dual-Ended Combat Earplugs were found to be defective and did not protect the wearer to the advertised level of protection, there is a risk of hearing loss should individuals continue to use these earplugs. The Air Force stopped purchasing these items from 3M in 2016. Approximately 27K sets were purchased. The attached letter was shared with BE shops. Each location verified the inventory situation and responded via their MAJCOM BEE to AFMRA.

A: Summary of the final responses per MAJCOM:
AFMC/SGPB - Found in one location only (SFS @ Eglin) and removed
PACAF/SGPB - Found in one location only (LRS @ Anderson) and removed
ACC/SGPB - Found in one location only (EOD @ Tyndall) and removed
AMC/SGPB - No inventory found
USAFE/SGPB - No inventory found
AFGSC/SGPB - No inventory found
AFSPC/SGPB - No inventory found
AFCENT/SGPB - No inventory found
AETC/SGPB - No inventory found
AFSOC/SGPB - No inventory found
AFSENT/SGPB - No inventory found
AFRC/SGPB - No inventory found
ANG/SGPB - No inventory found

It appears that in AF workplaces where an inventory was found these earplugs were potentially dispensed to deploying members. Per DOEHRS support office: these earplugs were NEVER listed as approved HPDs across the entire AF enterprise in DOEHRS. At least one location (Grissom ARB) indicated that these earplugs were sold in the BX at one time, not currently.

R: Share results with BCB, legal and our Public Health counterparts.

V/r,

KEVIN N. WHITNEY, Maj, USAF, BSC, CSHM
Chief, Occupational Health Operations
------------------------------------------------------------------
Office of the Surgeon General
Headquarters, United States Air Force
  Desk: (703) 681-7626 | DSN: 761| FAX: 761-6066



PLAINTIFFS' TRIAL EXHIBIT
P-GEN-02602

CTRL_3M_TOUHY00002253

NIPR: kevin.n.whitney.mil@mail.mil
CLASSIFICATION: UNCLASSIFIED

CTRL_3M_TOUHY00002253



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS UNITED STATES AIR FORCE
WASHINGTON DC

30 Jul 19

MEMORANDUM FOR 43EX/4B0X/CIVILIAN PERSONNEL

FROM:  HQ USAF/SG3PB
       7700 Arlington Blvd
       Falls Church, VA 22042

SUBJECT:  Removal of 3M Dual-Ended Combat Earplugs from Inventory; National Item Identification Number (NIIN):  6515-01-466-2710

    Please verify with all shops on the Hearing Conservation Program and all shops that use hearing protection that any 3M Dual-Ended Combat Earplugs are not being used for hearing protection purposes.  These earplugs were found to be defective.  The Air Force stopped purchasing these items from 3M in 2016, however inventory may remain.

    While it is highly unlikely that these earplugs remain in the inventory, we need each base to verify that this is indeed the case.  Please respond back through your MAJCOM SGPB by 30 Aug 19 when you have completed this task.  My point of contact for this tasker is Major Kevin Whitney, Chief of Occupational Health Operations and he can be reached at kevin.n.whitney.mil@mail.mil or (703) 681-7626 with any questions or concerns.

VIETAS.JAY.A.1005440382
Digitally signed by VIETAS.JAY.A.1005440382
Date: 2019.08.01 07:56:57 -04'00'

JAY A. VIETAS, Col, USAF, BSC
Associate Chief, Bioenvironmental Engineering
Air Force Medical Readiness Agency