# EXHIBIT 18

**Designation Run Report**

ID:MOSES v2

# STELLING - As played at Trial 120721

Moses, Douglas 10-17-2019

**Our Designations  00:21:16**
**Their Counters  00:01:51**
Total Time  00:23:07



ID:MOSES v2

| Page/Line | Source | ID |
|---|---|---|
| | MOSES v2-STELLING - As played at Trial 120721 | |
| 281:16 - 281:25 | **Moses, Douglas 10-17-2019 (00:00:24)**<br>281:16   Q. With regard to making the<br>281:17 decision about the right hearing protector,<br>281:18 certainly it was your expectation as somebody<br>281:19 communicating the characteristics of hearing<br>281:20 products that people receiving that messaging<br>281:21 would be considering the company's claims<br>281:22 about safety and performance, right?<br>281:23   A. I would think it's likely that<br>281:24 they would read those claims and, yes, rely<br>281:25 on them. | MOSES v2.66 |
| 285:18 - 285:23 | **Moses, Douglas 10-17-2019 (00:00:11)**<br>285:18   Q. Okay.  And it was certainly<br>285:19 3M's understanding that decision-makers in<br>285:20 the military would be relying on the truth of<br>285:21 the company's statements about the<br>285:22 performance and safety of its products,<br>285:23 right? | MOSES v2.69 |
| 285:25 - 286:3 | **Moses, Douglas 10-17-2019 (00:00:08)**<br>285:25 THE WITNESS:  Among other | MOSES v2.70 |

Our Designations      Their Counters

| Page/Line | Source | ID |
|---|---|---|

MOSES v2-STELLING - As played at Trial 120721

286:1 internal testing that they might do or
286:2 other information that they might seek
286:3 to find.