# EXHIBIT 19

| | |
|---|---|
| **From:** | ron.throndsen@mmm.com |
| **Sent:** | 8/28/2013 2:45:02 PM |
| **To:** | idenda@mmm.com; kjmcguigan@mmm.com |
| **Cc:** | jeff.hamer@mmm.com; elliott.berger@mmm.com; ikuniya@mmm.com; kkataoka1@mmm.com; syumoto@mmm.com; tkmadison@mmm.com; cyd.kladden@mmm.com |
| **Subject:** | Re: Japan Self-defense Forces ; Ear plug biding Bid business |
| **Attachments:** | battleplugs-datasheet.pdf; CAE brochure - Revised 02-2010.pdf |
| **Importance:** | Normal |

Kevin,
I believe we do have some testing, it is a very comparable product to our CAE generation 3 product. I will check with Elliott and Jeff to see what we have and can share. Not sure it will help us. FYI- There was a patent infringement suite filed but I do not know the current status of that.

Ikuo,
Again I will check with Elliott on third party testing. I do not know for sure what if anything we have. What is concerning me is the product you are submitting for bid. We have discussed this before, you are submitting our first generation product. The Moldex Battle Plug is a copy of our CAE generation 3 product. Why are we not submitting that product? This is what is being sold to the US military today. Very little of the Gen 1 is being sold today. See the attached product comparisons.


Elliott,
Do we have any third party testing to MIL-STD-1474D? If we don't, is this something that Michael's & Assoc can get done in September? Also, Is there any thrid part testing of CAE vs Battleplug and would it help bolster our case?

Jeff, anything on the legal front that we can share?


Ron L. Throndsen | Regional Portfolio Mgr Passive Hearing
3M Personal Safety Division
6510 Telecom Drive, Suite 310 | Indianapolis, IN 46278
Office: 317 216 3166 | Mobile: 317 702 4733 | Fax: 866 362 8547
ron.throndsen@mmm.com | www.3M.com




From: Kevin J. McGuigan/SG-Singapore/3M/US
To: Ikuo Denda/JA-Japan/3M/US@3M-Corporate
Cc: Elliott H. Berger/AH-Aearo/3M/US@3M-Corporate, Isao



PLAINTIFFS' TRIAL EXHIBIT
P-GEN-00108

Kuniya/JA-Japan/3M/US@3M-Corporate, Katsumi Kataoka/JA-Japan/3M/US@3M-Corporate, Lauraine Wells/US-Maplewood/3M/US@3M-Corporate, Ron L. Throndsen/AH-Aearo/3M/US@3M-Corporate, Saori Yumoto/JA-Japan/3M/US@3M-Corporate, Ted K. Madison/US-Corporate/3M/US@3M-Corporate
Date: 08/28/2013 08:02 AM
Subject: Re: Japan Self-defense Forces ; Ear plug biding Bid business


Ikuo,

Great to hear about this opportunity! In addition to what you have requested in the email below, I would be curious to know if you have good competitive intelligence (on Moldex ; 6497 Battle Plugs). I think this type of information would better equip you and the team to position our strengths versus the Moldex product.

Ron,

Do you happen to have a competitive comparison of the Moldex product?

Thanks,

Kevin


Kevin J. McGuigan | Business Development Manager, Asia Pacific
3M Personal Safety Division
3M Asia Pacific, 1 Yishun Avenue 7 | Singapore, 768923
Office: 65 6450 7599 | Mobile: 65 9362 6093
kjmcguigan@mmm.com | www.3M.com | www.3M.com/PPESafetySolutions


NOTICE: Unless expressly stated otherwise, the information contained in this e-mail is confidential and attorney-client privileged. It is intended for the addressee(s) only. Access to this e-mail by anyone else is unauthorized. If you are not the intended addressee, any disclosure or copying of the contents of this email or any action taken (or not taken) in reliance on it is unauthorized, prohibited and may be unlawful. If you are not the addressee, please inform the sender immediately that you received this message in error.


From: Ikuo Denda/JA-Japan/3M/US
To: Ron L. Throndsen/AH-Aearo/3M/US@3M-Corporate
Cc: Elliott H. Berger/AH-Aearo/3M/US@3M-Corporate, Ted K. Madison/US-Corporate/3M/US@3M-Corporate, Lauraine Wells/US-Maplewood/3M/US@3M-Corporate, Saori Yumoto/JA-Japan/3M/US@3M-Corporate, Katsumi Kataoka/JA-Japan/3M/US@3M-Corporate, Kevin J. McGuigan/SG-Singapore/3M/US@3M-Corporate, Isao Kuniya/JA-Japan/3M/US@3M-Corporate

Confidential - Subject to Protective Order                                                                                       3M_MDL000400756

Date: 08/28/2013 12:25 PM
Subject: Japan Self-defense Forces ; Ear plug biding Bid business

Hello Ron,
Japan Self-defense Forces has bid plan of earplug.

We will entry COMBAT ARMS 370-1011.

1. Bid date : October , 2013
2. Volume : 150000 pair.
3. Competitors : Moldex ; 6497 Battle Plugs, Ear Defender OTS-EDP-04

Japan Self-Defence Forces request third party test report to us, before this bidding.

1. Prepare Attenuation test data report by third party.
The attenuation performance of COMBAT ARMS 370-1011 must be evaluated by MIL-STD-1474D.
COMBAT ARMS 370-1011 must meet MIL-STD-1474D.

2. The permission sound pressure ceiling level of loud impulse noise have to adapt to MIL-STD-1474D.

If we can not prepare it, we can not participate this bidding.

Do you have any repot from third party ?

User is Japan Ground Self Defense Force

Ikuo


Ikuo Denda | Technical Service
Personal Safety Division.
3M Health Care Limited, 8-8, Minami-Hashimoto 3-chome, Chuo-ku, Sagamihara-shi,
Kanagawa Pref, 252-5285 Japan | ã€'252-5285
Office: +81 42 779 2372 | Fax: +81 42 770 3565
idenda@mmm.com | www.3M.com

Confidential - Subject to Protective Order

3M_MDL000400757

P-GEN-00108.4

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT WAS PROVIDED IN
NATIVE FORMAT UPON REQUEST.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3M_MDL000400758



STATUS: UNCLASSIFIED

## CAP CLOSED – PASSIVE NOISE LEVELS

**ATTENUATION DATA / DATOS DE ATENUACIÓN / DONNÉES D'ATTÉNUATION**
Tested According to ANSI Specs S3.19-1974 Michael & Assoc., State College, PA.
Probado de acuerdo a las especificaciones ANSI S3.19-1974 Michael & Assoc., State College, PA.
Tests Conformes aux Spécs. ANSI S3.19-1974 Michael & Assoc., State College, PA.

| Frequency (Hz) / Frecuencia (Hz) / Fréquence (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean Attenuation (dB) / Atenuación de Dato (dB) / Atténuation Moyenne (dB) | 31.3 | 27.0 | 34.2 | 30.7 | 36.1 | 40.9 | 34.1 | 31.1 | 32.3 | NRR 24 | CSA BL |
| Standard Deviation (dB) / Desviación Standard (dB) / Écart Standard (dB) | 4.8 | 4.2 | 4.9 | 3.3 | 3.7 | 4.1 | 3.2 | 2.7 | 3.5 | | |

**Noise Reduction Rating 24 DECIBELS** (WHEN USED AS DIRECTED)
THE RANGE OF NOISE REDUCTION RATINGS FOR EXISTING HEARING PROTECTORS IS APPROXIMATELY 0 TO 30. (HIGHER NUMBERS DENOTE GREATER EFFECTIVENESS)

MOLDEX-METRIC, INC.    BattlePlugs
Culver City, CA    #6487,6488,6489,6497,6498,6499

Federal law prohibits removal of this label prior to purchase. LABEL REQUIRED BY US EPA REGULATION 40 CFR PART 211 SUBPART B

## CAP OPEN – PASSIVE NOISE LEVELS

**ATTENUATION DATA / DATOS DE ATENUACIÓN / DONNÉES D'ATTÉNUATION**
Tested According to ANSI Specs S3.19-1974 Michael & Assoc., State College, PA.
Probado de acuerdo a las especificaciones ANSI S3.19-1974 Michael & Assoc., State College, PA.
Tests Conformes aux Spécs. ANSI S3.19-1974 Michael & Assoc., State College, PA.

| Frequency (Hz) / Frecuencia (Hz) / Fréquence (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean Attenuation (dB) / Atenuación de Dato (dB) / Atténuation Moyenne (dB) | 8.4 | 8.5 | 13.7 | 22.4 | 30.9 | 30.5 | 31.5 | 26.1 | 30.2 | NRR 9 | CSA C |
| Standard Deviation (dB) / Desviación Standard (dB) / Écart Standard (dB) | 4.1 | 3.9 | 4.8 | 2.8 | 3.7 | 3.6 | 4.6 | 3.4 | 4.9 | | |

**Noise Reduction Rating 9 DECIBELS** (WHEN USED AS DIRECTED)
THE RANGE OF NOISE REDUCTION RATINGS FOR EXISTING HEARING PROTECTORS IS APPROXIMATELY 0 TO 30. (HIGHER NUMBERS DENOTE GREATER EFFECTIVENESS)

MOLDEX-METRIC, INC.    BattlePlugs
Culver City, CA    #6487,6488,6489,6497,6498,6499

Federal law prohibits removal of this label prior to purchase. LABEL REQUIRED BY US EPA REGULATION 40 CFR PART 211 SUBPART B

### CLEANING & INSPECTION
Wash with soap and water only, and dry thoroughly before re-wearing. Keep filter hole in tip and handle free of earwax, dirt and dust. Confirm filter holes are clear by holding plug up to light source. If you cannot see light shining through filter holes rewash and check again. If unable to clear filter holes, replace earplugs. Inspect plugs for any tears or damage each time they are worn and replace immediately if necessary.

### WARNING TO USER
1. BattlePlugs reusable earplugs must be fitted and worn correctly to provide effective protection. Wash or clean hands before use. Plugs should be routinely washed with mild soap and warm water. CAUTION: Remove with a slow twisting motion to break the seal. Due to the tight seal, rapid removal may damage eardrum.
2. Use this laboratory-derived attenuation data for comparison purposes only. The amount of protection afforded in field use often is significantly lower depending on how the protectors are fitted and worn.
3. Failure to follow all instructions could result in hearing loss or injury. Failure to obtain a proper fit will reduce effectiveness of hearing protectors and could result in hearing loss or injury.
4. BattlePlugs must only be used as part of a hearing conservation program that complies with applicable local safety and health regulations.
5. Overprotection can be dangerous. The wearer must be able to hear warning signals.
6. Wearers with hearing loss should exercise extreme caution.
7. It is the employer's responsibility to ensure that the type of hearing protector and its NRR is appropriate for the user in their particular workplace.
8. Use caution when working around machinery or other equipment to ensure neck cord does not become caught or entangled.
9. Failure to follow these warnings could result in serious injury or death.
10. Although hearing protectors can be recommended for protection against the harmful effects of impulse noise, the Noise Reduction Rating (NRR) is based on the attenuation of continuous noise and may not be an accurate indicator of the protection attainable against impulse noise such as gunfire. (Wording required by EPA)

**DISTRIBUTED BY:**

## ORDERING INFORMATION

| SKU# | Plug Size | Qty./Case | Contents/Bag |
|---|---|---|---|
| 6497 | Small | 50 Bags | Pair of BattlePlugs, cord, Pocket-Pak,® Chain, and Instructions |
| 6498 | Medium | 50 Bags | Pair of BattlePlugs, cord, Pocket-Pak,® Chain, and Instructions |
| 6499 | Large | 50 Bags | Pair of BattlePlugs, cord, Pocket-Pak,® Chain, and Instructions |

**Replacement Tips**

| | | |
|---|---|---|
| 6487T | 50 Pairs of Small Replacement Tips in Zip-Top Bag |
| 6488T | 50 Pairs of Medium Replacement Tips in Zip-Top Bag |
| 6489T | 50 Pairs of Large Replacement Tips in Zip-Top Bag |

### LIMITED WARRANTY IMPORTANT NOTICE TO PURCHASER
This limited warranty is made in lieu of the warranties of merchantability, fitness for particular purposes and all other warranties, express or implied. There are no other warranties which extend beyond the description on the face hereof. The physical standards and specifications of Moldex will be met by products sold. Exclusive Remedies: damages for the breach of this limited warranty are limited to the replacement of such quantity of Moldex products proved to be defectively manufactured. Except as provided above, Moldex shall not be liable or responsible for any loss, damages, or liability, direct, indirect, incidental, special or consequential, arising out of a sale, use or misuse, or the inability to use products by the user.

Keep earplugs away from infants and small children as they may get caught in the windpipe and create a choking hazard.



**MOLDEX-METRIC, INC.**
10111 W. Jefferson Blvd., Culver City, CA 90232
Tel: +1 (800) 421-0668 or +1 (310) 837-6500
Fax: +1 (310) 837-9563
Email: sales@moldex.com www.moldex.com

Moldex Technical Service Department:
+1 (800) 421-0668 or +1 (310) 837-6500 Ext. 512/550

Moldex, Ideas that wear well and the PVC-Free logo are registered trademarks. BattlePlugs is a trademark of Moldex-Metric, Inc. Made in U.S.A. Design Patent #D618333, other patent pending.

9900-035 REV E 8-12

  



# BATTLEPLUGS

Moldex BattlePlugs are now an authorized hearing protector for use by soldiers and Department of the Army civilians.





STATUS: UNCLASSIFIED





**BATTLEPLUGS**      STATUS: UNCLASSIFIED

## MOLDEX® BattlePlugs Impulse Earplugs

Patented Moldex BattlePlugs earplugs use a unique filter built into the plug body to instantaneously reduce dangerous, sudden impulse noises (e.g. weapons fire) plus allow for easy communication and improved awareness in the cap open position – NRR 9dB.

- Now an authorized hearing protector for use by soldiers and Department of the Army civilians.
- Dual Mode Protection.
  – Open cap to hear commands and for loud blasts.
  – Closed cap for continuous/steady noise and impulse noise protection.
- The louder the blast, the more noise reduction (in open position).
- Cap is easy to open and close, in-ear.
- Easy to see when cap is in open or closed mode.
- Easy to clean.



NRR 24 dB — Closed Position

NRR 9 dB — Open Position

Unique patented plug design

Close cap for continuous/steady noise and impulse noise protection

Open cap to hear commands and for loud blasts

## Fitting/Usage Instructions

### Important Information
When cap is open, this earplug can be used to reduce impulse noises, such as gunfire, while also allowing you to hear low level noise. In closed cap position it can be used to help protect against continuous and impulse noises. Training is required. Before first use, practice opening and closing cap while plug is NOT in the ear canal.

### Cautions
Improper fit and failure to wear at all times during exposure to loud noise, will reduce protection and result in hearing loss. Impulse noise will be louder with cap open than closed. Do not use with cap open during continuous high hazardous noise. Remove slowly by twisting to avoid damage to eardrum.

### For use against continuous noise always wear with cap closed (Fig. 1)
A. Before inserting plug check to see that cap is fully closed shut **(Fig 1)**.
B. Reach over the head and pull top of ear upwards **(Fig 2)**.
C. With other hand grasp plug handle and gently push and wiggle into ear canal until a good and comfortable seal is made.

### For use against impulse noise when hearing other sounds/communication is also needed, wear with cap open (Fig. 3)
D. If plug is already being worn with cap closed, you do not need to take plug out to open cap **(Fig 4)**.
E. To open cap, depending on the orientation of the handle, use either your thumb or index finger to gently push out on the cap latch while resting the other on the hinge, (this may take practice) **(Fig 5)**.
F. To insert plug with cap open, reach over the head and pull top of ear upwards **(Fig 6)**.
G. With other hand grasp plug handle and gently push and wiggle into the ear canal until plug is resealed and comfortable.

### Closing cap with plug in ear.
H. To close cap you do not need to take plug out.
I. Depending on the orientation of the handle, use either your thumb or index finger to gently push the cap into the handle until it is fully shut, (this may take practice) **(Fig 7)**.

**Easy to open and close in ear. Easy to see which mode is currently used.**

      

1  2  3  4  5  6  7

## BATTLEPLUGS Cording Instructions



**Step 1** Thread cord through hole #1.

**Step 2** Insert tip of cord into hole #2 to lock cord in place.

Ensure that cord does not interfere with the hinged cap fully closing. Failure to close the hinged cap completely may result in reduced noise attenuation.

Available in 3 sizes

  

Small   Medium   Large

## Blast protection data (cap open position). The louder the blast, the more noise-reduction protection provided.

| Frequency (Hz) | 63.0 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|---|---|
| Blast (dB) 138 | -1.6 | -2.1 | -5.6 | -13.6 | -15.3 | -13.8* | -16.0* | -1.8* |
| 148 | -3.0 | -4.0 | -9.6 | -16.0 | -22.8 | -24.3 | -29.3* | -13.0* |
| 156 | -3.3 | -4.8 | -10.2 | -16.6 | -25.4 | -28.6 | -36.1 | -19.9* |
| 166 | -5.8 | -6.8 | -13.7 | -22.8 | -30.4 | -33.5 | -38.0 | -26.6 |

*Values are compromised by low energy in impulse at these frequencies



Left chart tests are performed at specific frequencies. Right chart tests are performed across entire sound spectrum.

P-GEN-00108.7

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT WAS PROVIDED IN
NATIVE FORMAT UPON REQUEST.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3M_MDL000400759

You Protect Us. We Protect You.

Combat Safety Gear

# 3M™ Military Combat Safety Gear
Combat Arms™ Earplugs

## Explanation of the Hear-Through™ Protection
Utilized by the Combat Arms™ Earplugs



### Single-Ended Combat Arms™

| Product Code | NSN # | Description | Minimum Purchase Info | Case Quantity | Case Dimensions L x W x H (in.) | Case Wt. (lbs.) | NRR (Open) | NRR (Closed) |
|---|---|---|---|---|---|---|---|---|
| 370-1030 | 6515-01-576-8837 | Single-Ended CAE (small) | 1 Case | 50 pair | 7.725 x 6.50 x 9.25 | 1.39 | 7 dB | 23 dB |
| 370-1031 | 6515-01-576-8861 | Single-Ended CAE (regular) | 1 Case | 50 pair | 7.725 x 6.50 x 9.25 | 1.39 | 7 dB | 23 dB |
| 370-1032 | 6515-01-576-8869 | Single-Ended CAE (large) | 1 Case | 50 pair | 7.725 x 6.50 x 9.25 | 1.41 | 7 dB | 23 dB |

#### ATTENUATION DATA (ANSI S3.19-1974)

Single-Ended Combat Arms - Open/Weapons Fire mode

| Frequency (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | NRR | CSA CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean Attenuation dB | 4.1 | 4.5 | 11.0 | 18.7 | 24.9 | 29.8 | 25.8 | 18.7 | 26.5 | 7 | C |
| Standard Deviation dB | 2.7 | 2.8 | 3.9 | 3.2 | 3.3 | 2.7 | 3.3 | 3.6 | 3.3 | | |

Single-Ended Combat Arms - Closed/Constant Protection mode

| Frequency (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | NRR | CSA CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean Attenuation dB | 30.3 | 28.7 | 32.2 | 31.9 | 31.7 | 38.0 | 35.1 | 31.9 | 37.8 | 23 | BL |
| Standard Deviation dB | 3.4 | 3.9 | 3.4 | 3.8 | 3.0 | 4.4 | 4.8 | 5.4 | 4.3 | | |

### Dual-Ended Combat Arms™

| Product Code | NSN # | Description | Minimum Purchase Info | Case Quantity | Case Dimensions L x W x H (in.) | Case Wt. (lbs.) | NRR (Open) | NRR (Closed) |
|---|---|---|---|---|---|---|---|---|
| 370-1000 | 6515-01-466-2710 | Bulk CAE Dual-End | 1 Case | 50 pair | 6.75 x 6.50 x 5.25 | 0.48 | 0 dB | 22 dB |
| 370-1011 | Not Applicable | CAE Blister Pack | 1 Case | 10 blister pks | 8.25 x 6.00 x 8.00 | 1.98 | 0 dB | 22 dB |

#### ATTENUATION DATA (ANSI S3.19-1974)

Dual-Ended Combat Arms - Open/Weapons Fire mode (yellow end)

| Frequency (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | NRR | CSA CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean Attenuation dB | 4.7 | 4.2 | 6.0 | 9.5 | 16.7 | 18.6 | 16.3 | 16.7 | 17.2 | 0 | None |
| Standard Deviation dB | 4.0 | 4.3 | 5.0 | 6.7 | 4.9 | 5.7 | 5.8 | 6.1 | 6.8 | | |

Dual-Ended Combat Arms - Closed/Constant Protection mode (green end)

| Frequency (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | NRR | CSA CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean Attenuation dB | 32.7 | 31.8 | 33.0 | 32.0 | 34.5 | 37.3 | 38.9 | 43.8 | 43.3 | 22 | AL |
| Standard Deviation dB | 5.9 | 6.1 | 6.5 | 5.5 | 4.1 | 5.3 | 6.1 | 6.7 | 6.9 | | |



Open/Weapons Fire

Closed/Constant Protection

### Single-Ended Version
If the rocker cover is in Open/Weapons Fire mode, sound travels into the earplug and down the sound channel to the special filter. The filter allows lower-level sounds to pass with limited interruption but high-level impulsive noises are restricted. The more intense the impulse, the more it is limited.

### Dual-Ended Version
Sound travels into the opening at the middle of the earplug and down the sound channel in the yellow end of the earplug to the special filter. The filter allows lower-level sounds to pass with limited interruption but high-level impulsive noises are restricted. The more intense the impulse, the more it is limited.



**3M**

**Occupational Health & Environmental Safety Division**
3M Center
St. Paul, MN 55144-1000
www.3M.com

**For More Information:**
Sales Assistance: 1-800-328-1667
Technical Assistance: 1-800-243-4630
Website: www.3M.com/OccSafety

© 3M 2010. All rights reserved. 3M, Combat Arms, Hear-Through and the color yellow for earplugs are trademarks of 3M Company, used under license in Canada. U.S. patents 6,068,079; 6,148,821. Please recycle. Printed in USA.

70-0715-7194-0
33223D   2.10



You Protect Us. We Protect You.

# Combat Arms™ Earplugs

### Patented Dual-Protection Design
3M™ Combat Arms™ Earplugs (CAE) meet the demanding hearing protection needs of the armed forces. In the Open/Weapons Fire mode, CAE allows greater situational awareness than a common foam earplug yet helps attenuate dangerous peak levels with a filter element that reacts quickly to provide increased protection. In the Closed/Constant Protection mode, CAE protects against high-level steady noises like those in tracked vehicles and air transport. The corded version of the Combat Arms utilizes a new finger-touch rocker cover that can be operated while the earplug is in the ear.



# Designed for Combat

You Protect Us. We Protect You.

### Designed to Meet the Unique Demands of the Armed Forces

The level-dependent technology used in the earplug has been tested and found to be protective up to approximately 190 dBP for outdoor exposures (sufficient to cover most of the weapons in the military inventory, including shoulder-fired rockets)*. The earplug sizing options for the single-ended Combat Arms™ accommodate 98% of the adult population's earcanals for proper fit. There is a 100% product testing protocol for impedance characteristics. Combat Arms earplugs do not require batteries and include convenient retention cords. The single-sided versions feature an in-ear switching mechanism for the user to toggle between impulse noise and steady state noise hazards (23 dB NRR in the Closed/Constant Protection mode).

## Single-Ended Combat Arms™ Earplugs

- Deployed in recent Rapid Fielding Initiatives
- Designed to allow wearer to hear low-level sounds when in the Open/Weapons Fire mode
- High-impulse noise attenuated quickly
- Three sizes of triple-flange-design fits most earcanals
- Comfortable and reusable
- No batteries required



**Small tip NSN #:** 6515-01-576-8837

**Large tip NSN #:** 6515-01-576-8869

**Regular tip NSN #:** 6515-01-576-8861

## Dual-Ended Combat Arms™ Earplugs

- Original patented dual-protection design
- Designed to allow wearer to hear low-level sounds when the yellow side of the earplug is inserted
- High-impulse noise attenuated quickly
- Premolded triple-flange-design fits most earcanals
- Comfortable and reusable
- No batteries required



Uncorded dual-ended version. Optional cord available.
**NSN #:** 6515-01-466-2710

### Patented Dual-Protection Design

Open/Weapons Fire Mode: this earplug's patented design gives wearers a better ability to hear low-level sounds critical to mission safety – conversation, rifle bolts. When needed, the plug's filter provides attenuation of high level noises like weapons fire and explosions.

Closed/Constant Protection Mode: for attenuation of constant noise (aircraft, armored vehicles, etc.) without hear-through.

* Johnson, D.L. <1998>. "Blast Overpressure Studies," U.S. Army Medical Res. and Material Command, DAMD17-93-C3101, Albuquerque, NM.

# FAQ

### FREQUENTLY ASKED QUESTIONS ABOUT THE (single-ended) COMBAT ARMS™ EARPLUGS

#### When is the Combat Arms Earplug (CAE) in the Open/Weapons Fire mode and when is it in the Closed/Constant Protection mode?
When the rocker cover exposes the hole, you are in the Open/Weapons Fire mode. In the closed position, the earplug is in the Closed/Constant Protection mode.

#### When do I set the rocker cover for either Open/Weapons Fire or Closed/Constant Protection?
If you are firing a weapon (in training or in combat) and you have to maintain situational awareness and hear verbal communication, set the rocker cover in the Open/Weapons Fire mode. For steady/continuous noise, like in a helicopter or tracked vehicle, set the rocker cover in the Closed/Constant Protection mode. Noise from weapons fire will be attenuated in either mode, but only from steady/continuous noise in the Closed/Constant Protection mode.

#### How does the CAE protect my hearing from weapons fire or explosions in the Open/Weapons Fire mode?
The blast energy (impulse noise) must pass through two precision holes that filter the more hazardous sound energy. Think of the reduction of this sound energy as sound friction which increases as the impulse noise becomes louder. Meanwhile, lower level sounds like conversation get through the filter relatively unchanged.

#### How protective is the CAE in the Open/Weapons Fire mode?
The level-dependent technology used in the earplug has been tested and found to be protective up to approximately 190 dBP for outdoor exposures (sufficient to cover most of the weapons in the military inventory, including shoulder-fired rockets)*.

#### Why does weapons fire sound louder in the Open/Weapons Fire mode than the Closed/Constant Protection mode?
More low-frequency sound energy, which is not as hazardous to hearing as high-frequency sound, gets through in the Open position.

#### How do I determine the correct size?
It is essential that someone with the appropriate training fits you with the correct size. Sizes are color-coded – small (olive drab), medium (tan) and large (brown). An Eargage™ may help provide an approximation of the correct size, but the insertion of a trial earplug is needed to confirm. A recommended sizing distribution for a military population would be 25% small, 60% medium and 15% large. Approximately 1% will require a different size in each ear. There will be a shift toward the smaller sizes for females, African Americans and younger personnel. Conversely, there is a shift toward the larger sizes for Caucasian males.

#### As long as it stays in my ear, will any size work? What's the problem if the size is a little off?
You want these earplugs to be tough on noise, not your ears. For you own comfort and maximum protection, you want the size that fits best. The correct size also keeps the ear sealed without having to constantly reinsert the plug.

#### How do I insert the earplug properly and know when it is in correctly?
Reach behind your head and pull your ear out to straighten the earcanal; insert the earplug with your free hand. Gently tug on the earplug for a required tension. Your own voice will also sound low-toned, muffled even more so in the Closed mode. If the plugs do not appear to be blocking any sound, try again to reinsert them. If they still do not appear to be working, have a person trained in earplug fitting recheck you for the correct size. Remember, if you don't have them in correctly, you might as well not have them in at all.

#### What is the best way to clean the earplug?
Use plain soap and water only, no harsh chemicals or detergents. Ensure the soap is thoroughly rinsed off so no holes are clogged. For best results, separate the plug from the plastic housing and clean the plug separately.

#### How do I know when to replace the Combat Arms earplug?
Replace if there are tears or cracks under any of the three flanges or if the plastic housing is damaged.

#### How should I store the earplug?
When not in use, keep in the plastic case provided or tie the cords to the helmet webbing for quick access.

#### Can I remove the cord?
Yes, it just snaps off. Note: the cord cannot be re-attached.

#### Are any other modifications to the CAE recommended?
None are recommended. Any other modifications could degrade the ability of the earplug to protect you from hazardous noise and/or interfere with your ability to maintain situational awareness and hear oral communications.