# EXHIBIT 21

| | | |
|---|---|---|
| **Doug H. Moses**/AH-Aearo/3M/US | To | erin.tucker.ctr@usmc.mil |
| 04/07/2009 08:45 PM | cc | Tom P. Lavalle/AH-Aearo/3M/US@3M-Corporate, Mike Cimino/CA-Canada/3M/US@3M-Corporate, Debra.McLean@us.army.mil |
| | bcc | |
| | Subject | Industry Day - May 21 |

Dear Ms. Tucker,
Thank you for your time on the phone a moment ago. As we discussed, Peltor/3M respectfully request an opportunity to brief the PM-ICE Armor Team on the latest innovations in combat hearing protection, including the next generation Combat Arms Earplug (CAE) and active solutions with communications capabilities.

The following Peltor/3M associates will be in attendance:
Doug Moses
Tom Lavalle
Mike Cimino

I have attached a PPT that demonstrates the evolution of the CAE for your reference.

CAE Slides with images.ppt
Sincerely,
Doug

Douglas Moses, Sr. Brand Manager
Tactical Safety Equipment
Aearo, a 3M Company
5457 W. 79th Street
Indianapolis, IN  46268
(317)692-6695 - phone
(866)377-2918 - fax
doug.moses@mmm.com
www.peltormilitary.com

3M Confidential

PLAINTIFFS'
TRIAL EXHIBIT
P-GEN-01381

3M00011968

Confidential - Subject To Protective Order

3M_MDL000011968

Company Proprietary Information: Do Not Copy or Disclose



# *Original* Combat Arms Earplugs

- Dual Ended
  - Protection From Steady State Noise
  - Protection From Impulse Noise & Disorientation
- One-Size-Fits-All Approach
- Sold in Bulk Pack (no individual instructions)
- Marines Still Deploy With This Earplug
- Launched 2004



DUAL-END DESIGN
Insert the plug's yellow end for ambient "hear-through" protection.

Insert the green end when exposed to steady high level noise (aircraft, armored vehicles, etc.) and the COMBAT ARMS plug will provide a constant NRR of 22 dB.

E·A·R PELTOR®   3M

3M Confidential

3M00011969

Confidential - Subject To Protective Order

3M_MDL000011969

Company Proprietary Information: Do Not Copy or Disclose



# 2nd Generation Combat Arms Earplug

- Single-Sided with Controllable Switch
  - Wearer can select protection.
- Product developed in response to input from US Military personnel
  - Sizes (3-Sm, Med, Lg.)
  - Smaller Core
  - Easier Selection (rotatable dial vs. 2 ends)
  - Less protrusion from ear
  - Cord
- Sold in pillow packs w/ instructions



Launch: August 2007



E·A·R PELTOR®    3M

Company Proprietary Information: Do Not Copy or Disclose



# Next Generation Combat Arms Earplug

- Single-Sided with Controllable Switch
  - Wearer can select protection <u>while plug is in the ear</u>.
- Product developed in response to input from US Military personnel
  - Sizes (3-Sm, Med, Lg.)
  - Tips will be in "Military Colors"
    - OD Green – Small
    - Desert Tan – Medium
    - Coyote Brow – Large
  - Original Filter-lower NRR in Open Position
  - Original Medium Tip Size
  - Less protrusion from ear
  - Corded
- Sold in pillow packs w/ instructions



Open

Closed

Expected Launch: June 1, 2009

4/7/20?? 8:44:18 ?M

**E·A·R PELTOR®**   **3M**

3M Confidential

3M00011971

Confidential - Subject To Protective Order

3M_MDL000011971