# EXHIBIT 22

P0944.1

**From:** Norbert J. Biderman
**Sent:** Tuesday, August 28, 2012 2:32 PM
**To:** Doug H. Moses
**Subject:** Fw: Revised Proof
**Attachments:** 3M_180003506.pdf

You good with the attached?

Regards,

Norb



**Norbert J. Biderman** | Director
3M Defense
3M Center, Building 225-4S-25 | St. Paul, MN 55144
Office: 651 736 9733 | Mobile: 651 216 9105 | Fax: 651 732 8145
njbiderman@mmm.com | www.3M.com/Defense

----- Forwarded by Norbert J. Biderman/US-Corporate/3M/US on 08/28/2012 09:31 AM -----

From: "Mike Calabrese"
To: ,
Date: 08/28/2012 09:21 AM
Subject: Revised Proof

Please review the attached, revised proof for the West Point and Army vs. Navy Football Programs and reply with approval/changes. Thanks!

Mike Calabrese
Professional Sports Publications
570 Elmont Road
Elmont, NY 11003
(646)660-8903
mcalabrese@pspsports.com *(See attached file: 3M_180003506.pdf)*

Confidential - Subject to Protective Order



3M_MDL000281765



Confidential - Subject to Protective Order

3M_MDL000281766