# EXHIBIT 23

# PX-23

# FILED UNDER SEAL



PLAINTIFFS'
TRIAL EXHIBIT
P-GEN-00977

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT WAS PROVIDED IN NATIVE FORMAT UPON REQUEST.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential - Subject to Protective Order

3M_MDL000345403



# COMBAT ARMS™ EARPLUGS

## Patented Design Lets Wearers Hear Clearly. Protects Instantly.

### SPECIALLY DEVELOPED FOR THE ARMED FORCES AND LAW ENFORCEMENT.

COMBAT ARMS earplug's patented design allows wearers to hear low-level sounds critical to mission safety – conversation, footsteps, rifle bolts, approaching enemies. When needed, the plug's "filter" reacts to provide instant protection from high-level noises like weapons fire and explosions. It's that easy. It's that quick.

Now you don't have to sacrifice your hearing in order to protect it.

Specify COMBAT ARMS from E-A-R.®

- Patented Dual-Protection
- Low-Level Sounds Heard Clearly
- High Impulse Noise Blocked Instantly
- Premolded Triple-Flange Design Fits Most Earcanals
- Comfortable & Reusable

No Batteries or Moving Parts

**FOR MORE INFORMATION VISIT WWW.E-A-R.COM.**



**DUAL-END DESIGN**
Insert the plug's yellow end for ambient "hear-through" protection.



Insert the green end when exposed to steady high level noise (aircraft, armored vehicles, etc.) and the COMBAT ARMS plug will provide a constant NRR of 22 dB.



LEADING THE ADVANCEMENT OF HEARING PROTECTION™

33223B  4.06

# COMBAT ARMS™ EARPLUGS
## Dual-end Design Meets Critical Protection Needs.

**Soft, Flexible Flanges For Comfortable Seal**

**No Battery or Moving Parts**

**Made of Washable, Reusable Polymer**

**"Stealth" Green Color**

### INSERT THE YELLOW END:

**No Dangerous Hearing Impairment.**
Other earplugs can put soldiers or police officers in increased danger by suppressing their ability to hear critical ambient sounds around them during tactical maneuvers.

**DETECTION AT DISTANCE**

| HEARING WITHOUT EARPLUG | HEARING WITH YELLOW COMBAT ARMS EARPLUG | HEARING WITH FOAM EARPLUG |
|---|---|---|
| TRUCK 800 M | TRUCK 800 M | TRUCK 400 M |

Army Research Laboratory Data.

The yellow Combat Arms plug features a nonlinear acoustical design with a calibrated filter within its stem. The result? Most low level sounds are heard clearly during wear...virtually unaffected.

**Instant Protection – No Switch Time Delay.**
When loud impulse noises such as weapons fire or explosives occur, the filter "reacts" instantly and suppresses the noise to a safer level. The chance of permanent hearing damage or disorientation from explosion is greatly reduced or eliminated.

### INSERT THE GREEN END:

**Constant Protection For Constant Noise.**
The green end of the Combat Arms Earplug provides steady protection with an NRR of 22 dB. This is the ideal wearing position when exposed to constant high-level sound sources (85 dB and above) such as aircraft, watercraft, armored vehicles or machinery. In this mode, the plug provides excellent protection against noise, but it will block speech and other ambient sounds as well.

**NSN Number (Dual-End Design):   6515-01-466-2710**
**NSN Number (Single-End Design):   6515-01-512-6072**

**NOW AVAILABLE IN A CONVENIENT BLISTER PACK**



**BLISTER PACK INCLUDES:**
1 PR. OF DUAL-ENDED COMBAT ARMS EARPLUGS
CARRYING CASE
INSTRUCTION GUIDE
FLAME RETARDANT LANYARD

Testing to ANSI S3.19-1974 in E-A-RCAL℠ Acoustical Laboratory accredited by NVLAP.

### OCTAVE BAND ATTENUATION DATA (dB)

| CAE VERSION | DEVICE | NRR | Class | Freq (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dual-Ended | Yellow end (level dependent) | 0 | None | Mean | 4.7 | 4.2 | 6.0 | 9.5 | 16.7 | 18.6 | 16.3 | 16.7 | 17.2 |
| | | | | Std. Dev. | 4.0 | 4.3 | 5.0 | 6.7 | 4.9 | 5.7 | 5.8 | 6.1 | 6.8 |
| | Green end (steady state) | 22 | AL | Mean | 32.7 | 31.8 | 33.0 | 32.0 | 34.5 | 37.3 | 38.9 | 43.8 | 43.3 |
| | | | | Std. Dev. | 5.9 | 6.1 | 6.5 | 5.5 | 4.1 | 5.3 | 6.1 | 6.7 | 6.9 |
| Single-Ended | Single-End Combat Arms Plug | 8 | C | Mean | 4.4 | 4.0 | 10.0 | 17.6 | 24.6 | 27.1 | 24.0 | 26.7 | 22.2 |
| | | | | Std. Dev. | 3.4 | 2.7 | 2.6 | 3.1 | 3.2 | 4.5 | 4.5 | 4.5 | 4.7 |

| Product Code | UPC | Description | Minimum Purchase Info | Case Quantity | Case Dimensions L x W x H (in.) | Case Wt. (lbs.) | NRR (Green End) | NRR (Yellow End) |
|---|---|---|---|---|---|---|---|---|
| 370-1011 | 0 80529 70013 1 | Combat Arms Blister Pack | 1 Case | 10 blister packs | 8.25 x 6 x 8 | 1.98 | 22 dB | 0 dB |
| 370-1000 | 0 78371 90579 8 | Bulk Combat Arms Dual-End | 1 Case | 50 pair | 6.75 x 6.50 x 5.25 | 0.48 | 22 dB | 0 dB |
| 370-1010 | 0 80529 70010 0 | Bulk Combat Arms Single-End | 1 Box | 100 pair | 9.25 x 6.25 x 11.75 | 1.14 | NA | 8 dB |

  

EVALUATED AND SPECIFIED BY THE U.S. ARMED FORCES

AEARO TECHNOLOGIES . 8001 WOODLAND DRIVE . INDIANAPOLIS, IN . 46278

EAR®, Combat Arms™ and the Color Yellow are trademarks licensed to Aearo Technologies.   © 2006 Aearo Technologies.
ISL is a trademark of the Research Institute of Saint Louis.